# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 19-90003-E-7 |
| NATHAN BENJAMIN DAMIGO, | |
| Debtor. | |
| ELIZABETH SINES, et al., | Adv. No. 19-9006 |
| Plaintiff, | |
| v. | DATE: January 27, 2022<br>TIME: 2:00 p.m.<br>DEPT: E |
| NATHAN BENJAMIN DAMIGO, | |
| Defendant. | |

## ORDER CONTINUING STATUS CONFERENCE

After review of the Parties' separate requests to continue the August 19, 2021 status conference to a date in February 2022 to allow for the United States District Court for the Western District of Virginia in the Charlottesville Action trial to commence on October 26, 2021; the court's calendar being set only through January 2022 at this time; and good cause appearing,

**IT IS ORDERED** that the status conference scheduled to be heard August 19, 2021, at 2:00 p.m., is continued to **January 27, 2022, at 2:00 p.m.** in the United States Courthouse, 1200 I Street, Modesto, California.

**Dated:** August 03, 2021

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
### Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| Debtor(s) / Defendant-Debtor(s) | Attorney for the Debtor(s) / Defendant-Debtor(s) (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| **Attorney(s) for the Trustee** (if any) | Robert L. Eisenbach, Esq.<br>3 Embarcadero Center, 20th Flr.<br>San Francisco, CA 94111 |