United States Bankruptcy Court
Eastern District of California

Sines,
    Plaintiff

Damigo,
    Defendant

Adv. Proc. No. 19-09006-E

# CERTIFICATE OF NOTICE

District/off: 0972-9     User: auto     Page 1 of 1
Date Rcvd: Dec 13, 2021     Form ID: pdf021     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2021:**

**Recip ID     Recipient Name and Address**
+ Robert L. Eisenbach III, 101 California St 5th Fl, San Francisco, CA 94111-5800

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2021        Signature:     /s/Joseph Speetjens

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NATHAN BENJAMIN DAMIGO,<br><br>　　　　　Debtor.<br>_____<br><br>ELIZABETH SINES, et al.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NATHAN BENJAMIN DAMIGO,<br><br>　　　　　Defendant.<br>_____ | Case No.  19-90003-E-7<br><br><br><br><br><br>Adv. No.  19-9006<br><br><br><br>DATE: January 27, 2022<br>TIME: 2:00 p.m.<br>DEPT: E |

## ORDER CONTINUING STATUS CONFERENCE

After review of the Parties' separate requests to continue the August 19, 2021 status conference to a date in February 2022 to allow for the United States District Court for the Western District of Virginia in the Charlottesville Action trial to commence on October 26, 2021; the court's calendar being set only through January 2022 at this time; and good cause appearing,

**IT IS ORDERED** that the status conference scheduled to be heard August 19, 2021, at 2:00 p.m., is continued to **January 27, 2022, at 2:00 p.m.** in the United States Courthouse, 1200 I Street, Modesto, California.

Dated:  August 03, 2021

By the Court

_____
Ronald H. Sargis, Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
### Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| Debtor(s) / Defendant-Debtor(s) | Attorney for the Debtor(s) / Defendant-Debtor(s) (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| **Attorney(s) for the Trustee** (if any) | Robert L. Eisenbach, Esq.<br>3 Embarcadero Center, 20th Flr.<br>San Francisco, CA 94111 |