# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NATHAN BENJAMIN DAMIGO,<br><br>    Debtor.<br><br>ELIZABETH SINES, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>NATHAN BENJAMIN DAMIGO,<br><br>    Defendant. | Case No. 19-90003-E-7<br><br><br><br>Adv. No. 19-9006<br>Docket Control No. CAE-1<br><br><br>DATE: June 30, 2022<br>TIME: 2:00 p.m.<br>DEPT: E |

### ORDER CONTINUING STATUS CONFERENCE

After review of the Parties' separate requests to continue the January 27, 2022 status conference to a date in June 2022 to allow for the United States District Court for the Western District of Virginia in the Charlottesville Action post-trial motions to be addressed and a judgment entered; and good cause appearing,

**IT IS ORDERED** that the status conference scheduled to be heard January 27, 2022, at 2:00 p.m., is continued to **June 30, 2022, at 2:00 p.m.** in the United States Courthouse, 1200 I Street, Modesto, California.

The parties shall file a joint or separate status report(s) on or before **June 15, 2022**, advising this court of the status of the Virginia Action and recommendation for scheduling in this Adversary Proceeding.

Dated: January 12, 2022

By the Court

*/s/ Ronald H. Sargis*
Ronald H. Sargis, Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
## Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked _____, via the U.S. mail.

| Debtor(s) / Defendant-Debtor(s) | Attorney for the Debtor(s) / Defendant-Debtor(s) (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| **Attorney(s) for the Trustee** (if any) | Robert L. Eisenbach, Esq.<br>3 Embarcadero Center, 20th Flr.<br>San Francisco, CA 94111 |