Filed 06/27/22     Case 19-09006     Doc 39

**Nathan Damigo**
(nathan.damigo@gmail.com)
14773 Orange Blossom Rd.
Oakdale, CA 95361-9581

*Pro Se Defendant*

Case No. 19-90003-E-7
Adv. Pro. No. 19-09006-E

To: Hon. Ronald H. Sargis
Dept: E

Your honor,

At this time there has been no judgement rendered in the *"**Charlottesville Action**"* (Case No. 3:17-cv-00072-NKM). I respectfully request a continuance of the status conference scheduled for **June 30, 2020 at 2:00 p.m.** until December 1, 2022, by which time the parties should have more information on the status and/or outcome of the Charlottesville Action, including any and all post-trial motions.

Respectfully submitted,

Nathan Damigo
June 23, 2022

[signature]

FILED
JUN 27 2022
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA