Filed 06/29/22     Case 19-09006     Doc 40

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NATHAN BENJAMIN DAMIGO,<br><br>       Debtor. | Case No. 19-90003-E-7 |
| ELIZABETH SINES, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>NATHAN BENJAMIN DAMIGO,<br><br>       Defendant. | Adv. Proc. No. 19-9006<br><br>DATE: November 10, 2022<br>TIME: 2:00 p.m.<br>DEPT: E |

**ORDER CONTINUING STATUS CONFERENCE**
**(2:00 p.m. on November 10, 2022)**

     The court has stayed the proceedings in this Adversary Proceeding. Elizabeth Sines, et al., the Plaintiffs, and Nathan Damigo, the Defendant-Debtor, have prosecuted the litigation in the underlying *Charlottesville Action*. Plaintiffs and Defendant-Debtor have both filed Updated Status Reports as requested by the court. Dckts. 38, 39.

     It is reported that the *Charlottesville Action* has been concluded, with a jury verdict reached on certain causes of action based on state law, but the jury did not reach a verdict on certain federal causes of action. Post-trial motions have been filed and are pending. Plaintiffs suggest a continuance to early October 2022, and Defendant-Debtor suggests early December 2022 as appropriate for the post-trial motions to be concluded and judgment entered.

Upon review of the Updated Status Reports, no judgment having yet been entered in the *Charlottesville Action*, post-trial motions therein pending, and good cause appearing;

**IT IS ORDERED** that the Status Conference in this Adversary Proceeding is continued to **2:00 p.m. on November 10, 2022**. The Parties shall file and serve Updated Status Reports on or before **November 3, 2022**.

Dated: June 29, 2022

By the Court

/s/ Ronald H. Sargis
Ronald H. Sargis, Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
**Service List - Not Part of Order/Judgment**

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked _____, via the U.S. mail.

| **Debtor(s) / Defendant-Debtor(s)** | **Attorney for the Debtor(s) / Defendant-Debtor**(s) (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| **Attorney for the Trustee** (if any) | Robert L. Eisenbach, Esq.<br>Cooley LLP<br>3 Embarcadero Center, 20th Flr.<br>San Francisco, CA 94111 |