Nathan Damigo
(nathan.damigo@gmail.com)
14773 Orange Blossom Rd.
Oakdale, CA 9536-9581

*Pro Se Defendant*

Case No. 19-90003-E-7
Adv. Pro. No. 19-09006-E

To: Hon. Ronald H. Sargis
Dept: E

```
                    FILED
                  OCT 28 2022
            UNITED STATES BANKRUPTCY COURT
            EASTERN DISTRICT OF CALIFORNIA
```

Your Honor,

At this time there has been no judgement rendered in the *"Charlottesville Action"* (Case No. 3:17-cv-00072-NKM). I respectfully request a continuance of the status conference scheduled for **November 10, 2022 at 2:00 p.m.** until May 1, 2022, by which time the parties should have more information on the status and/or outcome of the Charlottesville Action, including any and all post-trial motions.

Respectfully submitted,

Nathan Damigo
October 17, 2022

*[signature]*