**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>NATHAN BENJAMIN DAMIGO,<br><br>    Debtor.<br>_____<br><br>ELIZABETH SINES; SETH WISPELWEY; MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ; HANNAH PEARCE; MARCUS MARTIN; NATALIE ROMERO; JOHN DOE; and CHELSEA ALVARDO,<br><br>    Plaintiffs,<br><br>v.<br><br>NATHAN BENJAMIN DAMIGO,<br><br>    Defendant. | Case No.   19-90003-E-7<br><br><br><br><br><br>Adv. Proc. No.  19-9006<br><br><br>DATE:   May 4, 2023<br>TIME:    2:00 p.m.<br>DEPT:    E |

**ORDER CONTINUING STATUS CONFERENCE**
**[Continued to 2:00 p.m. on May 4, 2023]**

The court has stayed the proceedings in this Adversary Proceeding. Elizabeth Sines, et al., the Plaintiffs, and Nathan Damigo, the Defendant-Debtor, have prosecuted the litigation in the underlying Charlottesville Action. Plaintiffs and Defendant-Debtor have both filed Updated Status Reports as requested by the court. Dckts. 43, 44.

It was previously reported that the Charlottesville Action has been concluded, with a jury verdict reached on certain causes of action based on state law, but the jury did not reach a verdict on certain federal causes of action. Post-trial motions had been filed and were pending. Order,

Dckt. 40.

Plaintiffs report in their Updated Status Report (Dckt. 44) that the post-trial motion remains under submission in the District Court and no decision has yet been issued. Plaintiffs request that the Status Conference be continued until early May 2023.

Defendant-Debtor concurs with the request for an early May 2023 continuance, believing that by then the Parties should have more information that will be relevant to this Adversary Proceeding.

Therefore, upon review of the Updated Status Reports of Plaintiffs and Defendant-Debtor, and good cause appearing;

**IT IS ORDERED** that the Status Conference in this Adversary Proceeding is continued to **2:00 p.m. on May 4, 2023.** The Parties shall file and serve Updated Status Reports on or before **April 25, 2023**.

**Dated:** October 31, 2022

**By the Court**

/s/ Ronald H. Sargis
Ronald H. Sargis, Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
**Service List - Not Part of Order/Judgment**

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| **Debtor(s) / Defendant-Debtor(s)** | **Attorney for the Debtor(s) / Defendant-Debtor(s)** (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| **Attorney(s) for the Trustee** (if any) | Robert L. Eisenbach, Esq.<br>Cooley LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-5800 |