# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

**Case Title:** Nathan Benjamin Damigo
**Adversary Title:** Sines et al v. Damigo

**Case No.:** 19-90003 - E - 7
**Adv No.:** 19-09006
**Docket Control No.** CAE-1
**Date:** 05/04/2023
**Time:** 2:00 PM

**Matter:** Continued Status Conference Re: Complaint - [1] - (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef)

**Judge: Ronald H. Sargis**
**Courtroom Deputy: William Minter**
**Reporter: Not Recorded**
**Department: E**

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

## CIVIL MINUTES

STATUS CONFERENCE NOW TO BE HELD ON 11/16/2023 at 2:00 PM at Modesto Courtroom

See Findings of fact and conclusions of law below

    **The court will issue an order.**

Plaintiff's Atty:    Robert L. Eisenbach
Defendant's Atty:    *Pro Se*

Adv. Filed:    1/30/19
Answer:    none

Nature of Action:
Dischargeability - willful and malicious injury

Notes:

Continued from 11/10/22 by request of the Parties. Parties to serve and file Updated Status Reports on or before 4/25/23.

Request for continuance of status conference [by Defendant] filed 4/11/23 [Dckt 48]

Status Report [by Plaintiff] filed 4/17/23 [Dckt 49]

**The Status Conference is continued to 2:00 p.m. on November 16, 2023.**

### MAY 4, 2023 STATUS CONFERENCE

On April 17, 2023, Plaintiff filed an updated Status Report, requesting that the Status Conference be continued to a date in November 2023. Dckt. 49. Plaintiff reports that the District Court has issued the judgment and an appeal has now been taken to the Fourth Circuit Court of Appeals.

Defendant filed an Updated Status Report on April 11, 2023, which also requests that the Status Conference be continued until November 2023, in light of the appeal being prosecuted. Dckt. 48.

As requested by the Parties, the court continues the Status Conference to November 16, 2023, concurring with the Parties that such continuance under these circumstances.