Nathan Damigo
(nathan.damigo@gmail.com)

*Pro Se Defendant*

Case No. 19-90003-E-7
Adc. Pro. No. 19-09006-E



To: Hon. Ronald H. Sargis
Dept: E

Your Honor,

At this time ***The Fourth Circuit Court of Appeals*** has set a date for an oral hearing for my appeal of the "*Charlottesville Action*" (Case No. 3:17-cv-00072-NKM) tentatively set for the first week of December (Case No. 23-1154). I respectfully request a continuance of the status conference scheduled for **November 9, 2023, at 2:00 p.m.** until **May 9, 2024, at 2:00 p.m.** at which time the parties should have more information on the status and/or outcome of the appeal.

Respectfully submitted,

Nathan Damigo
October 7, 2023