**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>NATHAN BENJAMIN DAMIGO,<br><br>　　　　Debtor.<br>──────────────────────────<br>ELIZABETH SINES; SETH WISPELWEY; MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ; HANNAH PEARCE; MARCUS MARTIN; NATALIE ROMERO; JOHN DOE; and CHELSEA ALVARDO,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NATHAN BENJAMIN DAMIGO,<br><br>　　　　Defendant. | Case No.　19-90003-E-7<br><br><br><br><br><br>Adv. Proc. No.　19-9006<br><br><br>DATE:　May 16, 2024 [Continued Date]<br>TIME:　2:00 p.m.<br>DEPT:　E |

**ORDER CONTINUING STATUS CONFERENCE**

　　The court has stayed the proceedings in this Adversary Proceeding. Elizabeth Sines, et al., the Plaintiffs, and Nathan Damigo, the Defendant-Debtor, have prosecuted the litigation in the underlying Charlottesville Action.

　　It was previously reported that the Charlottesville Action has been concluded, with a jury verdict reached on certain causes of action based on state law, but the jury did not reach a verdict on certain federal causes of action. Post-trial motions had been filed and were pending. Order, Dckt. 40.

　　Plaintiffs report in their Updated Status Report (Dckt. 56) that the judgment has been entered

1 and is now on appeal to the Fourth Circuit Court of Appeals. Plaintiffs request that the Status
2 Conference be continued until May 2024.
3     Defendant-Debtor concurs with the request for an May 2024 continuance, believing that by
4 then the Parties should have more information that will be relevant to this Adversary Proceeding.
5     Therefore, upon review of the Updated Status Reports of Plaintiffs and Defendant-Debtor,
6 and good cause appearing;
7     **IT IS ORDERED** that the Status Conference in this Adversary Proceeding is continued to
8 **2:00 p.m. on May 16, 2024.**[1] The Parties shall file and serve Updated Status Reports on or before
9 **May 8, 2024**.

**Dated:** October 20, 2023

**By the Court**

_/s/ Ronald H. Sargis_
Ronald H. Sargis, Judge
United States Bankruptcy Court

---

[1] In the Status Reports the Parties requested the continuance until May 9, 2024. The closest regularly scheduled Status Conference date for Modesto Division Cases is May 16, 2024.

# Instructions to Clerk of Court
**Service List - Not Part of Order/Judgment**

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| **Debtor(s) / Defendant-Debtor(s)** | **Attorney for the Debtor(s) / Defendant-Debtor**(s) (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| **Attorney(s) for the Trustee** (if any) | Robert L. Eisenbach, Esq.<br>Cooley LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-5800 |