Nathan Damigo
(nathan.damigo@gmail.com)

Pro Se Defendant

Case No. 19-9003-E-7
Adv. Pro. No. 19-09006-E

To: Hon. Ronald H. Sargis
Dept: E

At this time **The Fourth Circuit Court of Appeals** has heard oral arguments for my appeal of the "*Charlottesville Action*" (Case No. 3:17-cv-00072-NKM) but has not yet issued a ruling. I respectfully request a continuance of the status conference scheduled for **May, 16, 2024, at 2:00 p.m.** until **November 15, 2024, at 2:00 p.m.** at which time the parties should have more information on the status and/or outcome of the appeal.

Respectfully submitted

Nathan Damigo
May 1, 2024

*[signature]*