# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NATHAN BENJAMIN DAMIGO,<br><br>        Debtor.<br><br>ELIZABETH SINES; SETH WISPELWEY; MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ; HANNAH PEARCE; MARCUS MARTIN; NATALIE ROMERO; JOHN DOE; and CHELSEA ALVARDO,<br><br>        Plaintiffs,<br><br>v.<br><br>NATHAN BENJAMIN DAMIGO,<br><br>        Defendant. | Case No. 19-90003-E-7<br><br><br><br><br><br>Adv. Proc. No. 19-9006<br>Docket Control No. CAE-1<br><br><br><br>DATE:   October 10, 2024 [Continued Date]<br>TIME:   2:00 p.m.<br>DEPT:   E |

**ORDER CONTINUING STATUS CONFERENCE**

The court has stayed the proceedings in this Adversary Proceeding. Elizabeth Sines, et al., the Plaintiffs, and Nathan Damigo, the Defendant-Debtor, have prosecuted the litigation in the underlying Charlottesville Action.

On May 1, 2024, Defendant-Debtor Nathan Damigo filed a Status Report and Request that the Status Conference be continued to November 15, 2024, advising the court that the Court of Appeals still has the related matter under submission and has not yet issued a ruling. On May 2, 2024, Plaintiffs filed their updated Status Report in which they concur with the request for a continuance, but request that the Status Conference be continued to late September 2024.

To avoid unnecessary cost and expense for the Parties, and the court having been given the updated information on the appeal, continuance of the Status Conference is proper. Neither Party identified any scheduling conflicts that related to their continuation date requests.

In consideration of the matter, review of the court's calendars, and available dates for the Modesto Division Calendars, the court sets October 10, 2024 at 2:00 p.m. for the continued Status Conference.

Therefore, upon review of the Defendant-Debtor's request for a continuance, Plaintiffs' concurrence with a continuance, review of the Court's calendar, and good cause appearing;

**IT IS ORDERED** that the Status Conference in this Adversary Proceeding scheduled for May 16, 2024, is continued to **2:00 p.m. on October 10, 2024.** The Parties shall file and serve Updated Status Reports on or before **October 1, 2024**.

Telephonic Appearances are permitted for the October 10, 2024 continued Status Conference.

Dated: May 09, 2024

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
**Service List - Not Part of Order/Judgment**

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| Debtor(s) / Defendant-Debtor(s) | Attorney for the Debtor(s) / Defendant-Debtor(s) (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| **Attorney(s) for the Trustee** (if any) | Robert L. Eisenbach, Esq.<br>Cooley LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-5800 |