# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

**Case Title:** Nathan Benjamin Damigo
**Adversary Title:** Sines et al v. Damigo

**Case No.:** 19-90003 - E - 7
**Adv No.:** 19-09006
**Docket Control No.** CAE-1
**Date:** 05/16/2024
**Time:** 2:00 PM

**Matter:** Continued Status Conference Re: Complaint - [1] - (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef)

**Judge: Ronald H. Sargis**
**Courtroom Deputy: Michelle Peterson**
**Reporter: Not Recorded**
**Department: E**

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

## CIVIL MINUTES

STATUS CONFERENCE NOW TO BE HELD ON 10/10/2024 at 2:00 PM at Modesto Courtroom

See Findings of fact and conclusions of law below

Plaintiff's Atty:   Robert L. Eisenbach, III
Defendant's Atty:  *Pro Se*

Adv. Filed:   1/30/19
Answer: none

Nature of Action:
Dischargeability - willful and malicious injury

Notes:
Continued to 10/10/24 at 2:00 p.m. by order dated May 9, 2024 [Dckt 61]

[CAE-1] Motion to Continue Status Conference [by Defendant] filed 5/1/24 [Dckt 59]

[CAE-1] Status Report [by Plaintiff] filed 5/2/24 [Dckt 60]

**The Status Conference has been continued to 2:00 p.m. on October 10, 2024, by prior Order (Dckt. 61) of the Court.**