Nathan Damigo
(nathan.damigo@gmail.com)

*Pro Se Defendant*

Case No. 19-9003-E-7
Adv. Pro. No. 19-09006-E

To: Hon. Ronald H. Sargis
Dept: E

## Status Report

Nathan Damigo, *pro se defendant* (the "**Defendant-Debtor**"), respectfully submits this Status Report pursuant to the Court's May 9, 2024 Order Continuing Status Conference (the "***Continuance Order***") (Dkt. No. 61), which set a status conference for October 10, 2024, and required parties to file updated status reports on or before October 1, 2024.

At this time all appeals filed on behalf of Defendant-Debtor in the United States District Court for the Western District of Virginia (the "***Virginia District Court***"), Case No. 3:17-cv-00072-NKM (the "***Charlottesville Action***"), have commenced. The court found the Defendant-Debtor liable under Virginia state law. No further appeals have been, or will be made. Therefore, absent divine providence, the Adversarial Proceeding (The "***Adversary Proceeding***") will be set to continue.

Defendant-Debtor is not an attorney and lacks knowledge of bankruptcy law, particularly that of Adversarial Proceedings. These proceedings, which operate on a niche area within the law, would require expert council. Such council would dramatically reduce any such confusion and chaos that might arise from Defendant-Debtor acting as his own attorney. Defendant-Debtor holds no such ill will towards the court to so far as plague it with absurd arguments that would result from his incomparable ignorance of bankruptcy law. Therefore, a 90-day extension of the Status

Conference is respectfully requested to provide Defendant-Debtor time to obtain legal counsel, at which point the party herein will be ready to proceed.


Sincerely,
Nathan Damigo
nathan.damigo@protonmail.com