# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Nathan Benjamin Damigo,<br>　　　　Debtor. | Case No.: 19-90003 - E - 7<br>Adv No.: 19-09006<br>Docket Control No.: CAE-1<br>Document No.: 1 |
| Sines et al.,<br>　　　　Plaintiffs,<br>v.<br>Damigo<br>　　　　Defendant. | Date: 10/10/2024<br>Time: 2:00 PM<br>Dept: E |

## Order

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

　　The Continued Status Conference having been conducted, the Parties reporting that the final judgment has been entered in the related District Court Action and no further appeals will be taken, and good cause appearing,

　　**IT IS ORDERED** that the Status Conference is continued to **2:00 p.m. on January 30, 2025.**

　　**IT IS FURTHER ORDERED** that:

I.　　The Discovery Conference. At least 21 calendar days before the status conference scheduled in the original summons, the parties shall meet and confer at a "Discovery Conference". No party shall initiate or conduct any discovery prior to the Discovery Conference.

II.　　Settlement. At the Discovery Conference, the parties shall consider the nature and basis of their claims and defenses and the possibility of an early settlement.

    III.    Initial Disclosures. At the Discovery Conference the parties shall arrange to make the "initial disclosures" required by Rule 26(a). Within 14 calendar days after the Discovery Conference, each party shall make these initial disclosures to all other parties. These initial disclosures shall include, without limitation, the following:

        A. the identities of all potential witnesses, including expert witnesses;

        B. all documents and other tangible things relevant to the allegations of the pleadings including written reports of expert witnesses;

        C. information concerning damages asserted or denied; and

        D. copies of relevant insurance policies.

All disclosures shall be in writing, signed by the party or his or her attorney, and served on all other parties.

    IV.    Discovery Plan. Unless exempted by Rule 26(a)(1)(B) or by this order from making initial disclosures required by Rule 26(a), at the Discovery Conference, the parties shall also develop a written discovery plan signed by all parties or their counsel, that reflects the parties' views and proposals concerning:

        A. what changes, if any, should be made in the timing, form, or requirements of the initial disclosures;

        B. the timing, subject matter, and limitations, if any, of discovery to be conducted after the initial disclosures; and

        C. the subject of any orders that the court should enter under Fed.R.Bankr.P. 7016(b) and (c) and 7026(a)(1)(E).

Any objection to making the initial disclosures shall be raised at the Discovery Conference and shall be included in the discovery plan. The court will rule on any such objections at the status conference. The discovery plan shall be filed within 14 calendar days after the Discovery Conference.

**Dated:** October 15, 2024

**By the Court**

_____
Ronald H. Sargis, Judge
United States Bankruptcy Court

Continued Status Conference Re: Complaint - [1] - (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Nathan Benjamin Damigo
14773 Orange Blossom Rd
Oakdale CA 95361

Robert L. Eisenbach III
Cooley LLP
3 Embarcadero Center, 20th Fl
San Francisco CA 94111

Gary Farrar
PO Box 576097
Modesto CA 95357

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street , Room 7-500
Sacramento CA 95814