# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re: Nathan Benjamin Damigo<br><br>Debtor(s). | Bankruptcy Case No. 19-9003-E-7 |
|---|---|
| Sines, et al.<br><br>Plaintiff(s),<br>v.<br>Damigo<br><br>Defendant(s). | Adversary Proceeding No. 19-09006 |

## APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 1001-1(c) of the United States Bankruptcy Court for the Eastern District of California and Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, GLEN K. ALLEN, ESQ. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Nathan B. Damigo.

On December 22, 1987 (date), I was admitted to practice and am presently am in good standing in the Courts of Maryland (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association, and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

The $300.00 fee prescribed for filing an application for admission to practice pro hac vice has been paid to the Clerk, U.S. District Court, Eastern District of California. (U.S. District Court receipt number 200010824 ). [NOTE: U.S. District Court receipt number indicating payment is REQUIRED. Applications submitted without a valid U.S. District Court receipt number will NOT be processed.]

Date: 1-2-25 _____     Signature of Applicant: _Glen K. Allen_

EDC 2-602, Rev. 12/18/23

**Pro Hac Vice Attorney**

Applicant's Name: _Glen Keith Allen_

Law Firm Name: _Glen Allen Law_

Address: _5423 Springlake Way_

City: _Baltimore_ State: _MD_ Zip: _21212_

Phone Number ( _410_ ) _802 6453_

City and State of Residence: _Baltimore, MD_

Primary E-mail Address: _glenallenlaw@protonmail.com_

Secondary E-mail Address: _glenallenlaw@gmail.com_

**Local Attorney**

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: _Andrew E. Allen, Esq._

Law Firm Name: _Sole Practitioner_

Address: _340 Golden Gate Ave_

City: _Belvedere_ State: _Calif_ Zip: _94920_

Phone Number: ( _415_ ) _987-7474_

State Bar Number: _69967_
_MERLIN299@AOL.COM_

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _February 3, 2025_ _____

Generated: Jan 7, 2025 2:24PM                   Page 1/1

# U.S. District Court

## California Eastern - Sacramento

Receipt Date: Jan 7, 2025 2:24PM

Glen K Allen
5423 Springlake Way
Baltimore, MD 21212

Rcpt. No: 200010824           Trans. Date: Jan 7, 2025 2:24PM          Cashier ID: #AS

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 111 | Pro Hac Vice | DCAE225LB000013 /001 PRO HAC | 1 | 300.00 | 300.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CH | Check | #515 | 01/2/2025 | | $300.00 |

Total Due Prior to Payment: $300.00
Total Tendered: $300.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

Comments: BK admission 19-90003,19-9006, Pro Hace Vice

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.