COOLEY LLP
ROBERT L. EISENBACH III (124896)
(reisenbach@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Plaintiffs*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

[MODESTO DIVISION]

| | |
|---|---|
| In re:<br>**NATHAN BENJAMIN DAMIGO**,<br>　　　Debtor.<br>Chapter Number: 7 | Case No. 19-90003-E-7 |
| **ELIZABETH SINES, SETH WISPELWEY, SORONYA HUDSON, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, DEVIN WILLIS, CHELSEA ALVARADO, AND THOMAS BAKER,**<br>　　　Plaintiffs,<br>v.<br>**NATHAN BENJAMIN DAMIGO**,<br>　　　Defendant. | Adv. Pro. No. 19-09006-E<br><br>**STATUS REPORT**<br><br>**STATUS CONFERENCE**<br>Date:　April 17, 2025<br>Time:　2:00 p.m.<br>Dept.:　E |

# STATUS REPORT

Elizabeth Sines, Seth Wispelwey, Soronya Hudson, April Muniz, Marcus Martin, Natalie Romero, Devin Willis, Chelsea Alvarado, and Thomas Baker (the "*Plaintiffs*") respectfully submit this Status Report pursuant to the Court's March 17, 2025 Order (the "*Continuance Order*") (Dkt. No. 79), which set a status conference for April 17, 2025.

Since the entry of the Continuance Order, the Defendant-Debtor filed his Answer to the Complaint (Dkt. No. 76), and the Plaintiffs filed an Amended Complaint to reflect the current Plaintiffs and the outcome of the Virginia District Court action, including the Amended Judgment entered in that action. (Dkt. No. 82).

With respect to motions for summary judgment, counsel for the parties have conferred on the filing of those motions and on a briefing schedule and, subject to the Court's approval, have reached the following agreement.

- The parties plan to file respective motions for summary judgment on May 8, 2025, and set the motions for hearing on June 26, 2025 at 10:30 a.m. (Pacific Daylight Time), one of the dates listed as available on the Court's Self-Set Calendar.
- Defendant-Debtor's counsel, Mr. Allen, has advised counsel for the Plaintiffs that he will be out of the country on vacation from May 26, 2025 to June 8, 2025. To accommodate Mr. Allen's vacation schedule, the parties wish to modify the deadlines specified under the Court's Local Rule 7056-1 for filing opposition papers (21 days before the hearing) and reply papers (14 days before the hearing), as set forth below.

| Event | Date |
| --- | --- |
| Filing of Motions for Summary Judgment | May 8, 2025 |
| Deadline to File Oppositions to Motions for Summary Judgment | June 11, 2025 (instead of June 5, 2025) |
| Deadline to File Replies to Motions for Summary Judgment | June 18, 2025 (instead of June 12, 2025) |
| Hearing on Motions for Summary Judgment | June 26, 2025 at 10:30 a.m. (PDT) |

1  If this modified briefing schedule is acceptable to the Court, the Plaintiffs believe the Status
2  Conference currently scheduled for April 17, 2025, at 2:00 p.m. Pacific Daylight Time, could be
3  continued to June 26, 2025 at 10:30 a.m. Pacific Daylight Time, or such other time as the Court may
4  direct.

Dated: April 14, 2025

Respectfully submitted,

**COOLEY LLP**

By:   /s/ *Robert L. Eisenbach III*
              Robert L. Eisenbach III

*Attorneys for Plaintiffs*

# PROOF OF SERVICE
## (FRCP 5)

I am over the age of eighteen years, and not a party to the action. My business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111. On the date set forth below I served the documents described below on the following parties in this action in the manner described below at the direction of a member of the bar of this Court:

- **STATUS REPORT**

 (BY CM/ECF NOTICE OF ELECTRONIC FILING) I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

| | |
|---|---|
| **Gary Farrar**<br>gary@farrartrustee.com<br>gfarrar@ecf.epiqsystems.com<br>P.O. Box 576097<br>Modesto, CA 95357<br>*(Trustee)* | **Office of the U.S. Trustee**<br>ustpregion17.sc.ecf@usdoj.gov<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814<br>*(U.S. Trustee)* |
| Andrew Allen<br>merlin299@aol.com<br>83 Beach Road<br>Belvedere, CA 94920<br>*(Counsel for Defendant)* | Glen Keith Allen<br>Glen K. Allen Law<br>glenallenlaw@protonmail.com<br>5423 Springlake Way<br>Baltimore, MD 21212<br>*(Counsel for Defendant)* |

Executed on April 14, 2025.

_____
Mollie Canby