In re Nathan Benjamin Damigo
United States Bankruptcy Court, Eastern District of California
Case No. 19-90003-E-7
*Sines, et al. v. Damigo*
Adv. Pro. No. 19-09006

**Index of Exhibits to the Declaration of Robert L. Eisenbach III in Support
of Plaintiffs' Motion for Summary Judgment**

**Plaintiffs' Exhibit Volume 1 (PXV-1)**

| Exhibit No. | Document | Page |
|---|---|---|
| 1. | Excerpts from the Trial Transcript for October 29, 2021 in *Sines v. Kessler*, No. 3:17-cv-00072 (W.D. Va.) (the "***Charlottesville Action***"). | 2–25 |
| 2. | Excerpts from the Trial Transcript for November 2, 2021 in the Charlottesville Action. | 26–32 |
| 3. | Excerpts from the Trial Transcript for November 3, 2021 in the Charlottesville Action. | 33–41 |
| 4. | Excerpts from the Trial Transcript for November 4, 2021 in the Charlottesville Action. | 42–58 |
| 5. | Excerpts from the Trial Transcript for November 5, 2021 in the Charlottesville Action. | 59–68 |
| 6. | Excerpts from the Trial Transcript for November 9, 2021 in the Charlottesville Action. | 69–79 |
| 7. | Excerpts from the Trial Transcript for November 10, 2021 in the Charlottesville Action. | 80–126 |
| 8. | Excerpts from the Trial Transcript for November 11, 2021 in the Charlottesville Action. | 127–134 |
| 9. | Excerpts from the Trial Transcript for November 12, 2021 in the Charlottesville Action. | 135–143 |

# PLAINTIFFS' EXHIBIT 1

Sines, et al. v. Kessler, et al., 3:17CV72, 10/29/2021

1                    UNITED STATES DISTRICT COURT
                  FOR THE WESTERN DISTRICT OF VIRGINIA
2                      CHARLOTTESVILLE DIVISION

3  *************************************************************

4  ELIZABETH SINES, ET AL.,      CIVIL CASE NO.:  3:17CV72
                                 OCTOBER 29, 2021, 9:20 AM
5                                JURY TRIAL, DAY 5
           Plaintiffs,
6  vs.

7                                Before:
                                 HONORABLE NORMAN K. MOON
8                                UNITED STATES DISTRICT JUDGE
   JASON KESSLER, ET AL.,        WESTERN DISTRICT OF VIRGINIA
9
           Defendants.
10
   *************************************************************
11
   APPEARANCES:
12

13 For the Plaintiffs:      ALAN LEVINE, ESQUIRE
                            COOLEY LLP
14                          1114 Avenue of the Americas, 46th
                            Floor
15                          New York, NY  10036
                            212.479.6260
16
                            ARPINE S. LAWYER, ESQUIRE
17                          DAVID E. MILLS, ESQUIRE
                            COOLEY LLP
18                          1299 Pennsylvania Avenue, NW,
                            Suite  700
19                          Washington, DC  20004
                            202.842.7800
20

21

22 Court Reporter:  Lisa M. Blair, RPR, RMR, CRR, FOCR
                    255 West Main Street, Suite 304
23                  Charlottesville, Virginia  22902
                    434.296.9284
24
   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY;
25 TRANSCRIPT PRODUCED BY COMPUTER.

Sines, et al. v. Kessler, et al., 3:17CV72, 10/29/2021

1   APPEARANCES CONTINUED:

2   For the Plaintiffs:          MICHAEL L. BLOCH, ESQUIRE
                                 ROBERTA A. KAPLAN, ESQUIRE
3                                Kaplan Hecker & Fink LLP
                                 350 Fifth Avenue, Suite 7110
4                                New York, NY  10118
                                 212.763.0883
5
                                 ALEXANDRA K. CONLON, ESQUIRE
6                                KAREN L. DUNN, ESQUIRE
                                 WILLIAM A. ISAACSON, ESQUIRE
7                                JESSICA E. PHILLIPS, ESQUIRE
                                 Paul, Weiss, Rifkind, Wharton &
8                                Garrison LLP
                                 2001 K Street, NW
9                                Washington, DC  20006
                                 202.223.7300
10

11  For the Defendants:          DAVID L. CAMPBELL, ESQUIRE
                                 Duane, Hauck, Davis, Gravatt &
12                               Campbell, P.C.
                                 100 West Franklin Street, Suite 100
13                               Richmond, VA  23220
                                 804.644.7400
14
                                 CHRISTOPHER CANTWELL, PRO SE
15                               #00991-509
                                 USP Marion
16                               4500 Prison Road, PO Box 2000
                                 Marion, IL  62959
17
                                 BRYAN J. JONES, ESQUIRE
18                               Bryan J. Jones, Attorney at law
                                 106 W. South Street, Suite 211
19                               Charlottesville, VA  22902
                                 540.623.6952
20
                                 JAMES E. KOLENICH, ESQUIRE
21                               Kolenich Law Office
                                 9435 Waterstone Blvd., Suite 140
22                               Cincinnati, OH  45249
                                 513.444.2150
23

24

25

Sines, et al. v. Kessler, et al., 3:17CV72, 10/29/2021

```
 1  APPEARANCES CONTINUED:

 2  For the Defendants:        WILLIAM E. REBROOK, IV, ESQUIRE
                               The ReBrook Law Office
 3                             6013 Clerkenwell Court
                               Burke, VA  22015
 4                             571.215.9006

 5                             JOSHUA SMITH, ESQUIRE
                               Smith LLC
 6                             807 Crane Avenue
                               Pittsburgh, PA  15216
 7                             917.567.3168

 8                             RICHARD SPENCER, PRO SE
                               P.O. Box 1676
 9                             Whitefish, MT  59937

10  ALSO PRESENT:

11  Dillon Hopper

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

N. Romero - Direct

1    essentially.  I couldn't make it out at first.  But yeah.

2    Q    And did you hear any words?

3    A    Eventually.

4    Q    And when you did hear words eventually, what were they?

5    A    "Blood and soil" was one of them.  "White power" were

6    others.  You know, there was another one that I hate repeating

7    because it just -- I, like, hear it in my nightmares.  I hear

8    it if the phone buzzes.  I, like, literally hear the same

9    cadence.  The "you will not replace us" was very, you know --

10   like, that one was just so terrifying.  You could hear it the

11   whole time, the cadence.

12   Q    And after you heard the words that you just said, "you

13   will not replace us" and "blood and soil" and "white power,"

14   what did you do?

15   A    Looked down.  Closed my eyes.  Prayed a little bit.  I

16   looked around.  I was like, oh, my gosh.  I didn't have

17   anything to cover my face.  I really wish I did cover my face.

18   I was terrified.

19   Q    And can you describe for the jury where, with respect to

20   the statue, were you standing?

21   A    So if you're standing at the steps of the Rotunda looking

22   down, I am on the left side.  And if you're on the street, I

23   guess I'm on the other side.

24   Q    And how close were you to the statue?

25   A    Very close.

N. Romero - Direct

1  swarming down towards us. And then we were like -- it just

2  happened so quickly. They surrounded us so quickly. Yeah.

3  It's not at all how I expected my night to go.

4  Q    How did you expect your night to go?

5  A    I have expected to, like, see some friends and go home and

6  have a good night.

7  Q    And you said earlier that you had wished that you brought

8  something to cover your face with. Why do you say that?

9  A    Because once they started to surround us they, like, kind

10 of directly came at Devin and I. And they were saying very

11 specific things to us. So I wish I covered my face, because I

12 felt that I was going to be, like, followed later, or my

13 family. You know, I just -- I felt that I was going to be very

14 personally attacked. And I was, so -- yeah, I just wish I

15 could have concealed myself more and protected me from what

16 ended up happening later.

17 Q    You mentioned just a second ago that certain things were

18 said to you. Can you explain what you're talking about?

19 A    Yeah. It was like, "Go back to where you came from."

20      "What the fuck are you doing here?"

21      "Stupid bitch."

22      Stuff like that.

23      Monkey noises.

24 Q    Mrs. Romero, I'm going to ask you to look in the book you

25 have in front of you at Exhibit PX2695.

N. Romero - Direct

1          MS. DUNN:  Your Honor, I think we can also put it on

2     the screen for the witness, which might make it easier on her

3     with the binder.

4     BY MS. DUNN:

5     Q    Ms. Romero, do you see the photograph on the screen?

6     A    Yes.

7     Q    Do you recognize this photo?

8     A    Yes.

9     Q    Can you identify yourself in the photo?  Just yes or no.

10    A    Yes.

11         MS. DUNN:  Your Honor, we'd move to admit PX2956 and

12    seek permission to publish to the jury.

13         THE COURT:  All right.  Without objection, it's

14    admitted.

15         MR. SMITH:  No objection, Your Honor.

16         MR. KOLENICH:  No objection.

17         (Plaintiff Exhibit 2695 marked.)

18         (Plaintiff Exhibit 2695 admitted.)

19     BY MS. DUNN:

20    Q    Ms. Romero, can you identify yourself in this photo?

21    A    Yes.

22    Q    Can you explain where you are?

23    A    Yeah.  It's very light.  You can see the back of my head,

24    essentially.  The screen, to me, I can't really see, but...

25    Q    Can you see in your book?

N. Romero - Direct

1  A    Yes.  If you can tell, there's Devin next to me.  You can

2  see his back.

3  Q    Is this a photo from the Thomas Jefferson statue on the

4  night of Friday, August 11?

5  A    Yes.

6  Q    Can you explain to the jury what they're seeing in this

7  photograph?

8  A    Well, they're seeing a group of students around the

9  statue.  As you can tell, it's basically surrounded 360.

10 Q    Ms. Romero, I'd like to do the same thing with

11 Exhibit 3011, which we can put up on the screen for you, and

12 it's also in your book.

13 A    Do I just not know how to use this?

14     But yes, I see the image on the screen.

15 Q    You see it on the screen.

16     Is this also a photograph from the night of August 11th?

17 A    Yes.

18         MS. DUNN:  Your Honor, we move to admit and seek to

19 publish PX3011.

20         THE COURT:  Without objection, it's admitted.

21         MR. SMITH:  No objections, Your Honor.

22         (Plaintiff Exhibit 3011 marked.)

23         (Plaintiff Exhibit 3011 admitted.)

24  BY MS. DUNN:

25 Q    Ms. Romero, can you explain to the jury what you see in

N. Romero - Direct

1      For reference, I'm 4'10" and a half.  I'm tiny.  And

2   everyone just giant, screaming -- literally, the torches were

3   like -- they were doing this.  So I was like, they're about to

4   hit me with this.  And like, I wanted to move.  I tried to

5   move.  But no -- I don't know why they did this, right, but

6   like threw the torch at us and it landed at our feet.  Like

7   not -- I can't even say a foot.  I'm saying like centimeters

8   away from my foot.

9      So, that.  I would say that.  I would say the mace that

10  was sprayed at us, because they were spraying mace at us.  Mind

11  you, we're not doing anything.  We're holding hands.  We were

12  singing at first.  Then it was like complete silence.  Like,

13  what do we -- like, what am I going to sing right now?  I'm,

14  like, terrified.  The mace and then -- yeah.

15  Q    Did you witness any physical violence?

16  A    Yes.  Yes.  I saw, like, them attack people, yeah.

17  Q    You said earlier that you couldn't get out.  How long did

18  that last?

19  A    It felt like forever.

20  Q    Did you eventually get out?

21  A    Yes.

22  Q    And how did that happen?

23  A    I ran through where you see that sign, the students

24  holding the sign, in that direction.  I wish I could point it.

25  But, like, through the front, and then tried to exit through

N. Romero - Direct

1   singing happy, like, church songs.  I believe they might have

2   been on the floor, some of them.

3   Q    You believe what?

4   A    They were on the floor, like just kind of along the

5   sidewalk.  They weren't blocking the street.  They were just,

6   like, in a line.

7        And then there was another -- on the other end there were

8   groups of protesters that were coming in in lines.  So they

9   were coming in, like, uniformly, in single-file lines, kind of.

10  And they were coming in with a lot of things.  So I mean, do

11  you want me to, like, just describe some of that?

12  Q    I do.

13       First, though, I want to just make sure that we're on the

14  same page when you say protesters and counter-protesters.

15  A    Yes.

16  Q    So when you say "protesters," who are you talking about?

17  A    I'm referring to them, to, like, people who identify as

18  neo-Nazis and other stuff.

19  Q    When you say "counter-protesters," who are you talking

20  about?

21  A    Referring to the community members that were outside, the

22  clergy, I guess.  That would be counter.

23       I'm trying to also keep up with the words.

24  Q    Yeah.  I understand.

25       And when you say you saw clergy, did you see anybody that

N. Romero - Direct

1   you recognized?

2   A    There was a famous pastor in there and a couple of other

3   folks.

4   Q    What's the name of the famous pastor, if you know?

5   A    It's on the tip of my tongue.  You know, beard.  I don't

6   remember his name.

7   Q    It's okay.  And as far as you could see, did any people in

8   the line of clergy you discussed have any weapons with them?

9   A    No.

10  Q    And based on what you saw, were they blocking the road?

11  A    No.

12  Q    And just a couple of minutes ago you said that you saw

13  some protesters -- which I think we're all on the same page

14  that you're talking about the white nationalists.  Can you

15  explain what you saw?

16  A    I saw -- my God.  I saw hammers.  I saw makeshift poles.

17  I saw a long, like, steel pole that didn't have anything on it.

18  I saw a bunch of others with flags.  You know, I saw a couple

19  Texas flags, Confederate flags, flags with different symbols

20  that I now kind of have actually learned to recognize them,

21  unfortunately.  Then I didn't know what they were.  Shields of

22  all kinds, makeshift, others that had, like, bats in the back,

23  and then the shields.  I saw white shields, all kinds of

24  colored, like, things on them.

25       I saw people with camcords on their side, recording very

N. Romero - Direct

1  specifically people's faces, people's faces that weren't doing

2  anything, just kind of like -- what I learned to understand is

3  the term "doxing," you know, getting people's identities.  I

4  saw, like, for example, one of the camcord recording persons

5  had Hitler on his T-shirt.  There was multiple people with

6  Hitler on T-shirts, swastikas, lots of that.  Lots of that.

7       Jugs.  People were holding jugs of stuff.

8       So much.  So much.

9  Q    At any point that morning did you witness firsthand any

10  physical violence?

11  A    Yes.

12  Q    Please explain.

13  A    One of the filed lines that were coming in -- so there's a

14  library in that corner.  You could see it on where it says

15  Emancipation Park, there's an intersection.  It seemed that

16  there was -- I don't know how many entrances there were for the

17  protesters to go into the park, but a lot of people were trying

18  to find their entrance, and then they would, like, line up in

19  one way and then they'd have to walk around behind the clergy

20  to the other entrance, or they would go, like, in front of them

21  on the sidewalk.

22       I saw kind of like the shoving of certain clergy, of

23  students.  And then at that intersection right in front of the

24  library, multiple instances right there.  There was like --

25            THE COURT:  It would be helpful on the Emancipation

N. Romero - Direct

1  Q    Please tell the jury, Ms. Romero, what happened after you
2  turned up Fourth Street.
3  A    Can you repeat the question?
4  Q    Please tell the jury, Ms. Romero, what happened after you
5  turned up Fourth Street.
6  A    It happened very quickly.  I -- I think I was taking a
7  Snapchat video.  Didn't keep the video, obviously, because I
8  didn't get to finish the video, but I turned in very -- not too
9  far into this way, I guess.  Do you want me to describe
10 essentially -- okay.
11     Okay.  Someone said: "Turn left."  I don't know who.  We
12 started making a left.  I go in.  Really quick -- it was like
13 (indicating) -- you hear someone like -- you heard, like, the
14 commotion, like -- I couldn't tell what it was, but I was
15 pretty close to the front, so -- it all happened so quick.
16     Do I keep going?
17 Q    Yes, please.
18 A    Okay.
19 Q    You can take your time.
20 A    Yeah, there was -- we passed by other vehicles.  People
21 inside were smiling and like, "ooh."  Like, they were clearly
22 trying to make their way through.  I was on the left side,
23 like, not blocking the cars, just walking.
24     I'm passing a -- kind of like a black truck.  I'm like --
25 with Chelsea.  And -- yeah, and then I get hit, and, like, the

N. Romero - Direct

1    next thing I know is just darkness.

2         You know in movies when it's like (indicating sounds), and

3    like that.  Like, I could hear my heart beating.  You know

4    those war scenes where they're having, like -- they were just

5    hit or something, and it's just flashing.  And I couldn't see

6    too much, but I felt dripping on my face.  And I'm like, I need

7    to call my mom, I need to call my mom, because what I was

8    feeling in that moment is like, what's happening?  One, what

9    just happened to me?  Two, I felt that if I -- like, if I

10   closed my eyes further or if I stood still that I was just

11   going to, like, fall into -- into, like, a sleep.  I was like,

12   if I fall asleep -- it's something that -- you know, in

13   trainings we were taught that all the time:  Keep

14   consciousness.  Keep your consciousness, because you could die.

15        So that's what I thought was about to happen.  I thought

16   that I was about to die.  Like, I was like, these are my last

17   seconds of breath.  I need to call my mom right now.  I

18   couldn't stand, though.  So I'm just, like, aimlessly, like,

19   waving my arms, what I feel.

20        I'm on the other side of the truck.  So I clearly, like,

21   he hit me and I was in the middle somewhere, like, of the back

22   of the truck part.  So what I feel happened was that he hit me

23   with his car, because I was hit directly by the car, not in

24   between or by any other vehicle.  I flipped and then I slid.

25   So I think I hit, boom, like, boom, like this, and then I

 1　flipped on the side and then the side like that, like the

 2　impact, you know, just...

 3　　　Somebody -- I heard someone pull me.  And like -- I felt

 4　it obviously, but someone pulled me.  So that's -- I believe

 5　that if I hadn't been pulled, he would have run over my legs.

 6　I had other friends whose legs were run over.  So I believe

 7　that would have been the case.

 8　　　Yeah, he -- the flashes, the noise.  Someone -- a lot of

 9　people are trying to talk to me.  A lot of people are trying to

10　keep me awake.  Other people were asking what I needed, if I

11　needed anything.  I don't know what I need.  I don't know

12　what's happening.  I don't know what just happened to me.  I

13　just know that I need my phone.  I need to call my mom.  I lost

14　my phone.  No one had it.  No one could find it.

15　　　And then they pulled me to the sidewalk where there was a

16　pole.  I was holding the pole because I -- I just wanted to lay

17　down.  I just -- but I knew if I laid down I would fall asleep.

18　And if I fell asleep, I might not wake up.  So I'm just going

19　to hold onto this fucking pole.  I'm just going to hold onto

20　the pole.

21　　　And then someone was helping me.  A lot of people were

22　helping me.  Some of that is a blur.  And then someone is

23　speaking in Spanish to me.  Other people are doing other

24　things.  And then two people familiar to me picked me up and

25　were like, we need to take you to the ambulance.  But the

N. Romero - Direct

1  know, it was like maybe the fourth time that I woke up that

2  they said that it was going to be difficult, but they think I

3  was going to be able to walk.  And then I found out I had like

4  MRIs and all this stuff done to me while I was unconscious.

5  Q     And please describe at that point what injuries you had.

6  A     So the -- was a skull fracture right here.  And they,

7  while I was unconscious, stitched it up.  So there's multiple

8  stitches you can see and feel right here.  It's now flat.

9  There's no curve to this part of my forehead anymore.

10      I had -- the tooth right here was fractured.  So there

11  was -- it shattered the root of my tooth right next to the -- I

12  think it's the molar, right?  This one?  So that's dead.

13  That's a dead tooth in me now.  It was pushed back and the

14  impact of the tooth and everything cut open my lip.  So I had

15  multiple stitches also done while unconscious.  It was, like,

16  ginormous.  I couldn't drink water.  I couldn't drink anything

17  hot.  I could barely eat.

18      So that's boom, boom (indicating).  I had stuff -- you all

19  can't really see it, but I have scars here.  That's, like, a

20  dark -- and here.  And I think it's because I tried to stop

21  myself.  On instinct I tried to cover my face.  But, you

22  know...

23      And then I have cuts and bruises all over my knees, my

24  shins.  There was -- yeah, they had stuff on my legs.  So there

25  was some leg injury there, back, et cetera.  So I had, what it

N. Romero - Direct

1  was is a severe concussion, skull fracture, lip laceration, the

2  shattered root of a tooth, amongst other things.

3  Q    And Ms. Romero, I'm going to ask you to look at

4  Plaintiffs' Exhibit 3043.  Do you recognize that?

5  A    Yes.

6          MS. DUNN:  Your Honor, we'd seek to admit Exhibit

7  3043 and publish it to the jury.

8          THE COURT:  It will be admitted without objection.

9          (Plaintiff Exhibit 3043 marked.)

10          (Plaintiff Exhibit 3043 admitted.)

11  BY MS. DUNN:

12  Q    Ms. Romero, please explain to the jury what they are

13  seeing in this photograph.

14  A    You can kind of see the big scratch on my forehead.  They

15  were covering where they had just stitched up the fracture, my

16  skull fracture.  So you can see there was stuff on my nose, on

17  the bridge here of my face, there was a whole bunch under here,

18  under my chin.

19      This is a selfie I took later.  I actually couldn't use my

20  phone for a couple hours when I woke up.  I couldn't remember

21  the password to my phone.  I panicked because, like, I didn't

22  get my phone until hours after I had regained consciousness.  I

23  lost, like, memory of the day and couldn't even figure out my

24  password.  So I was like -- that sent me into a panic.  How can

25  I not remember my password?  Like, what is it?  How can I

D. Willis - Direct

1  paused, what happened next?

2  A    Yeah, so what happens next is that you start seeing --

3  yeah, you start to see the glow, this mysterious glow on the

4  other side of the Rotunda.  And the shouting and growling,

5  whatever, gets louder, and these people, these lights, start,

6  like, rushing over the steps.

7      So you can see the steps from where I'm standing -- I can

8  see the steps from where I'm standing, and this ocean of light

9  and flames just starts spilling over both sides of the steps,

10  and it's washing down, and you start to hear what they're

11  saying in this, like, really awful chant.  And they basically

12  just rushed the entire area and surrounded all of us in a

13  matter of seconds.

14  Q    Was the size of the crowd that you saw coming over the

15  Rotunda toward you the number of folks you had expected would

16  be there?

17  A    Not at all.  I realized as they were coming and as it was,

18  you know, too late to go anywhere that I was really wrong about

19  how many people would be there.

20  Q    You said you heard an awful chant.  Do you remember what

21  they were saying?

22  A    Yes.  They were saying "blood and soil," "Jews will not

23  replace us," and "you will not replace us".

24  Q    This might seem obvious, but what, to you, was awful about

25  those chants?

D. Willis - Direct

1  know that -- yeah, that's what I want to say.  They were

2  shouting so many hateful things.  I was really just focused on

3  not listening to it and not letting it scare me more than I was

4  already.

5  Q    At the point that the white nationalists surrounded you

6  with torches, they're chanting hateful things, did you want to

7  leave?

8  A    Yes, I wanted to leave.

9  Q    Why didn't you?

10 A    I was unable to.  I was surrounded on all sides by tiki

11 torches.

12          MS. CONLON:  Can we put up PX2680, please, for the

13 witness, and clear the screen?

14  BY MS. CONLON:

15 Q    Do you recognize the picture on your screen?

16 A    Yes.

17 Q    How are you able to recognize it?

18 A    Yeah, I'm -- once again, I'm picturing it.  I can't see

19 myself in the picture here.

20 Q    Do you recognize the event shown in the picture?

21 A    Yes.

22 Q    What day is it from?

23 A    8/11.

24 Q    Is this a fair and accurate depiction of what the scene

25 looked like on August 11th?

D. Willis - Direct

1   you.

2   Q    So how did you hide your face to avoid being doxed?  What

3   did you do?

4   A    Well, looking back, I mean -- yeah, I mean, it wasn't very

5   effective; but I was just trying to look at the floor, at my

6   toes.

7   Q    You also said you put your face down to avoid things being

8   thrown at you.

9   A    Yeah.

10  Q    What was being thrown at you at that time?

11  A    Yeah, so from where I was standing it was very visible

12  that tiki torches, still on fire, were being thrown in our

13  direction.  So tiki torches are being thrown.  They're also

14  being wielded as weapons.  They're being swung at the crowd,

15  and X, Y, and Z, so you're just trying to make yourself as

16  small as possible so you get hit by as few things as possible.

17       And also, there's a lot of pepper spray in the air.

18  Q    Could you see who was throwing the tiki torches?

19  A    It was coming from the direction that the white

20  nationalists were coming from.

21  Q    And you said something about pepper spray?

22  A    Yeah.  So also from that direction, lots of pepper spray

23  was being sprayed, and -- like, repeatedly in my direction.  So

24  I'm trying to keep my head down and, like, not choke.

25  Q    Were you able to avoid the pepper spray?

D. Willis - Direct

1  A    I mean, no.  Like, one, it gets sprayed directly in your

2  direction so you can't -- and you can't run.  So I couldn't get

3  away from it.  And yeah, I was pepper-sprayed.

4     Also, like after it gets sprayed, it lingers in the air.

5  So if this goes on for however many minutes, then it's like

6  there's no fresh air left to breathe.  All you can do is just

7  try to get lower.

8  Q    Apart from lit torches, did anyone throw anything else at

9  you?

10  A    Yes.  I remember that someone from the direction of the

11  mob threw some, like, mysterious fluid.  It looked like it came

12  out of somebody's tiki torch canister, and they threw it at the

13  direction of our feet, which, like I told you, it made me think

14  that -- yeah...

15  Q    What did you think the liquid was that was thrown at your

16  feet out of what appeared to be a tiki torch canister?

17  A    Yeah, it seemed like it might be some type of lighter

18  fluid or something like that, and I thought that their strategy

19  was going to be to burn us alive.

20  Q    Did any of the fluid that you believed was lighter fluid

21  get on your person or your clothes?

22  A    Yeah.  It got on and near my shoes, which was really

23  scary.  So I tried to just get -- maybe, like, break the trail.

24  And so I tried to stand further on, like, the marble of the

25  statue and off of the brick that was, like, now doused.

D. Willis - Direct

1  counter-protesters there?

2  A    Yes.

3  Q    What about white nationalists?

4  A    There were loads of them.

5  Q    Were there more white nationalists than

6  counter-protesters?

7  A    It looked like it on the street, yeah.

8  Q    Were you able to tell whether, by that point, there were

9  white nationalists in Emancipation Park?

10  A    Yes.  So the park, you couldn't even see into the park

11  because all along the perimeter of the park these guys are just

12  hanging out on the edges and heckling all the passerby and all

13  the counter-protesters.  They seemed more interested in what

14  was happening in the street than what was happening inside

15  their rally.

16  Q    Were the white nationalists near you chanting anything?

17  A    Yeah, they were chanting all kind of stuff; a lot of the

18  same things from the night before, like the "white power" and

19  the -- yeah, I remember "white power" in this moment.

20  Q    How did the -- how were the white nationalists dressed?

21  A    So you saw a lot of the same uniform from the night

22  before.  The vast majority of them had some combination of

23  white top, white dress shirt with khaki or navy bottoms,

24  whatever, kind of like the school uniform.  But then you also

25  saw a lot of people in riot gear, like this tactical armor,

D. Willis - Direct

1  these, like, militia, like, fake-fatigue kind of getups.  You

2  had people wearing helmets, carrying massive Nazi flags, or

3  Third Reich flags, whatever you want to call them.  There was a

4  lot more paraphernalia.  And they were just trying to, like --

5  it looked like a costume party or something.  It was weird.

6  Q     Did you see any weapons on any of the white nationalists?

7  A     Yes.  A lot of them had holstered weapons, especially the

8  men in the park, holstered weapons on their hips that, just

9  like July 8th, they were constantly pointing to, armed with

10  pepper spray, which you can also see on their hip or in their

11  hands, and then the flags and the poles and the bats and, like,

12  the wooden sticks they were carrying were weapons, or were

13  doubling as weapons as well.  Similar haircuts again and --

14  yeah.

15  Q     When you say that objects like flags were doubling as

16  weapons, what do you mean?

17  A     Yeah, I saw a lot of people who would, like, roll up their

18  flags and strike people with them.

19  Q     So you're standing in front of the library with the

20  student march folks.

21  A     Yeah.

22  Q     There are white nationalists around you.  What are you and

23  the other students doing?

24  A     So like I said, this time I'm keeping a very safe

25  distance.  I don't really leave that vicinity before the state

Sines, et al v. Kessler, et al., 3:17CV72, 10/29/2021

1              C E R T I F I C A T E

2      I, Lisa M. Blair, RMR/CRR, Official Court Reporter for

3 the United States District Court for the Western District of

4 Virginia, appointed pursuant to the provisions of Title 28,

5 United States Code, Section 753, do hereby certify that the

6 foregoing is a correct transcript of the proceedings reported

7 by me using the stenotype reporting method in conjunction

8 with computer-aided transcription, and that same is a

9 true and correct transcript to the best of my ability and

10 understanding.

11      I further certify that the transcript fees and format

12 comply with those prescribed by the Court and the Judicial

13 Conference of the United States.

14      /s/ Lisa M. Blair                Date: October 29, 2021

15

16

17

18

19

20

21

22

23

24

25

# PLAINTIFFS' EXHIBIT 2

Sines, et al. v. Kessler, et al., 3:17CV72, 11/02/2021

1                    UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF VIRGINIA
2                     CHARLOTTESVILLE DIVISION

3  ***************************************************************

4  ELIZABETH SINES, ET AL.,     CIVIL CASE NO.:  3:17CV72
                                NOVEMBER 2, 2021, 9:03 AM
5                               JURY TRIAL, DAY 7
          Plaintiffs,
6  vs.

7                               Before:
                                HONORABLE NORMAN K. MOON
8  JASON KESSLER, ET AL.,       UNITED STATES DISTRICT JUDGE
                                WESTERN DISTRICT OF VIRGINIA
9
          Defendants.
10
   ***************************************************************
11
   APPEARANCES:
12

13 For the Plaintiffs:      ALAN LEVINE, ESQUIRE
                            COOLEY LLP
14                          1114 Avenue of the Americas, 46th
                            Floor
15                          New York, NY  10036
                            212.479.6260
16
                            DAVID E. MILLS, ESQUIRE
17                          COOLEY LLP
                            1299 Pennsylvania Avenue, NW,
18                          Suite  700
                            Washington, DC  20004
19                          202.842.7800

20

21

22 Court Reporter:  Lisa M. Blair, RPR, RMR, CRR, FOCR
                    255 West Main Street, Suite 304
23                  Charlottesville, Virginia  22902
                    434.296.9284
24
   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY;
25 TRANSCRIPT PRODUCED BY COMPUTER.

Sines, et al. v. Kessler, et al., 3:17CV72, 11/02/2021

1  APPEARANCES CONTINUED:

2  For the Plaintiffs:        MICHAEL L. BLOCH, ESQUIRE
                              ROBERTA A. KAPLAN, ESQUIRE
3                             Kaplan Hecker & Fink LLP
                              350 Fifth Avenue, Suite 7110
4                             New York, NY  10118
                              212.763.0883
5
                              KAREN L. DUNN, ESQUIRE
6                             WILLIAM A. ISAACSON, ESQUIRE
                              ARPINE S. LAWYER, ESQUIRE
7                             JESSICA E. PHILLIPS, ESQUIRE
                              Paul, Weiss, Rifkind, Wharton &
8                             Garrison LLP
                              2001 K Street, NW
9                             Washington, DC  20006
                              202.223.7300
10

11 For the Defendants:        DAVID L. CAMPBELL, ESQUIRE
                              Duane, Hauck, Davis, Gravatt &
12                            Campbell, P.C.
                              100 West Franklin Street, Suite 100
13                            Richmond, VA  23220
                              804.644.7400
14
                              CHRISTOPHER CANTWELL, PRO SE
15                            #00991-509
                              USP Marion
16                            4500 Prison Road, PO Box 2000
                              Marion, IL  62959
17
                              BRYAN J. JONES, ESQUIRE
18                            Bryan J. Jones, Attorney at law
                              106 W. South Street, Suite 211
19                            Charlottesville, VA  22902
                              540.623.6952
20
                              JAMES E. KOLENICH, ESQUIRE
21                            Kolenich Law Office
                              9435 Waterstone Blvd., Suite 140
22                            Cincinnati, OH  45249
                              513.444.2150
23

24

25

Sines, et al. v. Kessler, et al., 3:17CV72, 11/02/2021

1  APPEARANCES CONTINUED:

2  For the Defendants:          WILLIAM E. REBROOK, IV, ESQUIRE
                                (Appearing via Zoom)
3                               The ReBrook Law Office
                                6013 Clerkenwell Court
4                               Burke, VA  22015
                                571.215.9006
5
                                JOSHUA SMITH, ESQUIRE
6                               Smith LLC
                                807 Crane Avenue
7                               Pittsburgh, PA  15216
                                917.567.3168
8
                                RICHARD SPENCER, PRO SE
9                               P.O. Box 1676
                                Whitefish, MT  59937
10
                                DILLON HOPPER, PRO SE
11                              (Appearing via Zoom)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   march at Charlottesville 1.0?

2   A    Correct.

3   Q    And were the torches used because you didn't have

4   flashlights; you needed to light the way?

5   A    No, I don't believe so.

6   Q    And are you aware that the torch march was Nathan Damigo's

7   idea based on a torch march in Germany?  Did you know that?

8   A    No, I did not.

9   Q    All right.  And after the public events with

10  Charlottesville 1.0, there was a private after-party that you

11  attended, generally only attended by white nationalists.  You

12  recall that?

13  A    Yes.

14  Q    All right.  I'd like to show you Plaintiffs' Exhibit 941,

15  which is a Discord post.  You recognize yourself there?

16  A    Yes.

17        MS. DUNN:  Your Honor, we move to admit Plaintiffs'

18  Exhibit 941.

19            (Plaintiffs' Exhibit 941 marked.)

20            (Plaintiffs' Exhibit 941 admitted.)

21            THE COURT:  It will be admitted.

22   BY MS. DUNN:

23  Q    This is a photo of you, Mr. Spencer, and another

24  individual.

25  A    Correct.

M. Heimbach - Direct

1  Q    And it looks like you're in somebody's house for the

2  after-party.  Is that right?

3  A    Correct.

4  Q    That's Mr. Spencer next to you in the green?

5  A    Yes.

6  Q    And in this photo you and the other person next to you are

7  making the white power symbol with your hands; do you see that?

8  A    We are making an "okay" sign, yes.

9  Q    Are you going to deny that the reason you're making the

10  "okay" sign is because it's also the white power symbol?

11  A    Well, I would say the usage of that sign was to speak to

12  the hysteria, specifically of the media, that any sort of

13  symbol or any outlandish sort of thing could be turned into the

14  next news story of the alt-right.  So it was playing, really,

15  on the media that was so eager to jump onto any sort of

16  symbolism or things like that.  It's a joke, yes.

17  Q    So it's a joke, and your testimony is that the reason this

18  was posted in a private Discord chat is so the media would see

19  it?

20  A    Well, it was -- the picture was taken and distributed

21  other places, I believe, as well.

22  Q    Okay.

23  A    But the usage of the symbol, yes, was really a kind of

24  tongue-in-cheek sort of thing that really characterizes a lot

25  of the alt-right subculture.

Sines, et al v. Kessler, et al., 3:17CV72, 11/02/2021

1              C E R T I F I C A T E

2     I, Lisa M. Blair, RMR/CRR, Official Court Reporter for

3  the United States District Court for the Western District of

4  Virginia, appointed pursuant to the provisions of Title 28,

5  United States Code, Section 753, do hereby certify that the

6  foregoing is a correct transcript of the proceedings reported

7  by me using the stenotype reporting method in conjunction

8  with computer-aided transcription, and that same is a

9  true and correct transcript to the best of my ability and

10  understanding.

11     I further certify that the transcript fees and format

12  comply with those prescribed by the Court and the Judicial

13  Conference of the United States.

14     /s/ Lisa M. Blair         Date: November 2, 2021

15

16

17

18

19

20

21

22

23

24

25

# PLAINTIFFS' EXHIBIT 3

Sines, et al. v. Kessler, et al., 3:17CV72, 11/03/2021

1                    UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF VIRGINIA
2                       CHARLOTTESVILLE DIVISION

3    *************************************************************

4    ELIZABETH SINES, ET AL.,    CIVIL CASE NO.:  3:17CV72
                                 NOVEMBER 3, 2021, 8:59 AM
5                                JURY TRIAL, DAY 8
            Plaintiffs,
6    vs.

7                                Before:
                                 HONORABLE NORMAN K. MOON
8                                UNITED STATES DISTRICT JUDGE
     JASON KESSLER, ET AL.,      WESTERN DISTRICT OF VIRGINIA
9
            Defendants.
10
     *************************************************************
11
     APPEARANCES:
12

13   For the Plaintiffs:        ALAN LEVINE, ESQUIRE
                                COOLEY LLP
14                              1114 Avenue of the Americas, 46th
                                Floor
15                              New York, NY  10036
                                212.479.6260
16
                                DAVID E. MILLS, ESQUIRE
17                              COOLEY LLP
                                1299 Pennsylvania Avenue, NW,
18                              Suite  700
                                Washington, DC  20004
19                              202.842.7800

20

21

22   Court Reporter:  Lisa M. Blair, RPR, RMR, CRR, FOCR
                       255 West Main Street, Suite 304
23                     Charlottesville, Virginia  22902
                       434.296.9284
24
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY;
25   TRANSCRIPT PRODUCED BY COMPUTER.

Sines, et al. v. Kessler, et al., 3:17CV72, 11/03/2021

 1  APPEARANCES CONTINUED:

 2  For the Plaintiffs:          YOTAM BARKAI, ESQUIRE
                                 MICHAEL L. BLOCH, ESQUIRE
 3                               ROBERTA A. KAPLAN, ESQUIRE
                                 JONATHAN KAY, ESQUIRE
 4                               Kaplan Hecker & Fink LLP
                                 350 Fifth Avenue, Suite 7110
 5                               New York, NY  10118
                                 212.763.0883
 6
                                 KAREN L. DUNN, ESQUIRE
 7                               WILLIAM A. ISAACSON, ESQUIRE
                                 ARPINE S. LAWYER, ESQUIRE
 8                               JESSICA E. PHILLIPS, ESQUIRE
                                 Paul, Weiss, Rifkind, Wharton &
 9                               Garrison LLP
                                 2001 K Street, NW
10                               Washington, DC  20006
                                 202.223.7300
11

12  For the Defendants:          DAVID L. CAMPBELL, ESQUIRE
                                 Duane, Hauck, Davis, Gravatt &
13                               Campbell, P.C.
                                 100 West Franklin Street, Suite 100
14                               Richmond, VA  23220
                                 804.644.7400
15
                                 CHRISTOPHER CANTWELL, PRO SE
16                               #00991-509
                                 USP Marion
17                               4500 Prison Road, PO Box 2000
                                 Marion, IL  62959
18
                                 BRYAN J. JONES, ESQUIRE
19                               Bryan J. Jones, Attorney at law
                                 106 W. South Street, Suite 211
20                               Charlottesville, VA  22902
                                 540.623.6952
21
                                 JAMES E. KOLENICH, ESQUIRE
22                               Kolenich Law Office
                                 9435 Waterstone Blvd., Suite 140
23                               Cincinnati, OH  45249
                                 513.444.2150
24

25

```
 1   APPEARANCES CONTINUED:

 2   For the Defendants:          WILLIAM E. REBROOK, IV, ESQUIRE
                                  (Appearing via Zoom)
 3                                The ReBrook Law Office
                                  6013 Clerkenwell Court
 4                                Burke, VA  22015
                                  571.215.9006
 5
                                  JOSHUA SMITH, ESQUIRE
 6                                Smith LLC
                                  807 Crane Avenue
 7                                Pittsburgh, PA  15216
                                  917.567.3168
 8
                                  RICHARD SPENCER, PRO SE
 9                                P.O. Box 1676
                                  Whitefish, MT  59937
10
                                  DILLON HOPPER, PRO SE
11                                (Appearing via Zoom)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

D. D'Costa - Direct

1  Q    What did you hear?

2  A    From inside my Lawn room, I could hear the chants of "you

3  will not replace us."  And then I heard "Jews will not replace

4  us," in that, like, rhythmic chant.

5  Q    And could you describe the tone of what you were hearing?

6  A    I could only describe it as like an angry mob.  It was

7  loud.  It kept going.  It was like this guttural belly chant

8  that just kept going, of, like, "Jews will not replace us,"

9  over and over again.

10  Q    Was your door closed at that time to the Lawn?

11  A    It was.

12  Q    Did you try to see what was going on?

13  A    Once I heard the chants, I looked out my peephole, and so

14  I was looking through that peephole to see what was happening.

15  Q    And how big was that peephole?

16  A    Maybe an inch, half an inch.

17  Q    And did you have your eye right at the peephole?

18  A    Once I heard the chants, I was staring through the

19  peephole, just trying to figure out what was happening on the

20  other side.

21  Q    What did you see?

22  A    Through the peephole I just saw, like, the flames going

23  from the south end of the Lawn north.  And I just saw, like, a

24  continual stream of flames.

25  Q    Were there people marching or walking?  What did you see

D. D'Costa - Direct

1   in respect of the flames?

2   A    I saw the people holding the flames marching up the Lawn.

3   Q    So you didn't just see one person standing through the

4   peephole?

5   A    No.  It was a mass.

6   Q    And where were the people in relation to your front door

7   that you were looking through?

8   A    My door opened straight onto the Lawn.  They were no more

9   than four yards in front of me.  Just the sidewalk and then the

10  grass, and they were right on the grass.

11  Q    Describe how you felt at that moment?

12  A    I was terrified.  As a Jewish person, hearing "Jews" --

13         MR. KOLENICH:  Objection.  Your Honor has ruled on

14  this, the emotional impact of third parties, as part of

15  pretrial.

16         MR. LEVINE:  Your Honor didn't rule on this.  This

17  witness --

18         THE COURT:  Not with regard -- she's not a plaintiff

19  in the case, right?

20         MR. LEVINE:  She's not, Your Honor.  But she's

21  describing for herself the events of August 11th.

22         THE COURT:  All right.  She's just telling her

23  present-sense impression.

24         MR. LEVINE:  Exactly.

25         THE COURT:  So that's fine.

D. Lipstadt - Direct

1  A    White genocide replacement theory, white replacement

2  theory, sometimes it's called white Christian replacement

3  theory.

4  Q    Did you see -- in the materials you reviewed for this

5  case, Professor Lipstadt, did you see evidence of this idea of

6  replacement theory?

7  A    I saw it in an overwhelming fashion, more than I expected

8  to see it.  Certainly from the first night of the -- of the --

9  at the events at the University of Virginia with the march,

10  "Jews will not replace us," which confused many people because

11  they said what is that about?  What are they talking about

12  there?  But that's what that was about.

13  Q    Let's watch just a very quick clip of that.  Let's use,

14  Mr. Spalding -- and I apologize for calling you by the wrong

15  name.  But let's watch a clip of Plaintiffs' 3474, 1:50 to

16  2:10, which is in evidence.

17              (Video playing.)

18              MS. KAPLAN:  With the volume.  Can we get volume?

19              (Video playing.)

20   BY MS. KAPLAN:

21  Q    The jury has seen this a bunch of times so I think they

22  have the idea.

23       Professor Lipstadt, can you tell me whether the tiki

24  torches that you see in that video, whether they have any

25  resonance in terms of the issues you study?

D. Lipstadt - Direct

1  A    They definitely have resonance.  Though they've been used

2  in many places, and you could put one in your backyard to ward

3  off mosquitoes or something, but when used in a rally, with the

4  fire, with the marching, that is very much evocative, it

5  evokes, it reminds one who has studied this of the propaganda

6  techniques of the person I previously mentioned, Joseph

7  Goebbels, who was one of Hitler's closest associates.

8      Every time there was a major event, including on January

9  30th, 1933, the night Hitler became chancellor, he would

10  organize one of these marches, with fire, with the tiki

11  torches.  And they -- for a historian who studies this period,

12  the connection is absolutely clear.

13  Q    Professor, I'm going to ask Mr. Spalding to put up

14  Plaintiffs' Exhibit 1827, which was in evidence through

15  Mr. Heimbach, and I think the record reflects that it was

16  written by Mr. Heimbach.  And I want to look at the first

17  paragraph, and ask you, focusing on that paragraph and

18  especially the last sentence, what that says to you about this

19  kind of ideology at play, at least in this document?

20  A    Can I read it aloud?

21  Q    Please.

22  A    "The Unite the Right event in Charlottesville, Virginia,

23  on August 12th is going to be more than yet another successful

24  nationalist event for our rapidly growing and rapidly moving

25  cause.  It's going to be a defining rally, proving that the

Sines, et al. v. Kessler, et al., 3:17CV72, 11/03/2021

1                     C E R T I F I C A T E

2          I, Lisa M. Blair, RMR/CRR, Official Court Reporter for

3    the United States District Court for the Western District of

4    Virginia, appointed pursuant to the provisions of Title 28,

5    United States Code, Section 753, do hereby certify that the

6    foregoing is a correct transcript of the proceedings reported

7    by me using the stenotype reporting method in conjunction

8    with computer-aided transcription, and that same is a

9    true and correct transcript to the best of my ability and

10   understanding.

11         I further certify that the transcript fees and format

12   comply with those prescribed by the Court and the Judicial

13   Conference of the United States.

14         /s/ Lisa M. Blair                Date: November 3, 2021

15

16

17

18

19

20

21

22

23

24

25

# PLAINTIFFS' EXHIBIT 4

Sines, et al. v. Kessler, et al., 3:17CV72, 11/04/2021

```
1              UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF VIRGINIA
2                CHARLOTTESVILLE DIVISION

3   ***************************************************************

4   ELIZABETH SINES, ET AL.,    CIVIL CASE NO.:  3:17CV72
                                NOVEMBER 4, 2021, 9:03 AM
5                               JURY TRIAL, DAY 9
         Plaintiffs,
6   vs.

7                               Before:
                                HONORABLE NORMAN K. MOON
8                               UNITED STATES DISTRICT JUDGE
    JASON KESSLER, ET AL.,      WESTERN DISTRICT OF VIRGINIA
9
         Defendants.
10
    ***************************************************************
11
    APPEARANCES:
12

13  For the Plaintiffs:     ALAN LEVINE, ESQUIRE
                            COOLEY LLP
14                          1114 Avenue of the Americas, 46th
                            Floor
15                          New York, NY  10036
                            212.479.6260
16
                            DAVID E. MILLS, ESQUIRE
17                          COOLEY LLP
                            1299 Pennsylvania Avenue, NW,
18                          Suite  700
                            Washington, DC  20004
19                          202.842.7800

20

21

22  Court Reporter:  Lisa M. Blair, RPR, RMR, CRR, FOCR
                     255 West Main Street, Suite 304
23                   Charlottesville, Virginia  22902
                     434.296.9284
24
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY;
25  TRANSCRIPT PRODUCED BY COMPUTER.
```

Sines, et al. v. Kessler, et al., 3:17CV72, 11/04/2021

1   APPEARANCES CONTINUED:

2   For the Plaintiffs:          MICHAEL L. BLOCH, ESQUIRE
                                 EMILY C. COLE, ESQUIRE
3                                ROBERTA A. KAPLAN, ESQUIRE
                                 Kaplan Hecker & Fink LLP
4                                350 Fifth Avenue, Suite 7110
                                 New York, NY  10118
5                                212.763.0883

6                                KAREN L. DUNN, ESQUIRE
                                 WILLIAM A. ISAACSON, ESQUIRE
7                                ARPINE S. LAWYER, ESQUIRE
                                 JESSICA E. PHILLIPS, ESQUIRE
8                                Paul, Weiss, Rifkind, Wharton &
                                 Garrison LLP
9                                2001 K Street, NW
                                 Washington, DC  20006
10                               202.223.7300

11
    For the Defendants:          DAVID L. CAMPBELL, ESQUIRE
12                               Duane, Hauck, Davis, Gravatt &
                                 Campbell, P.C.
13                               100 West Franklin Street, Suite 100
                                 Richmond, VA  23220
14                               804.644.7400

15                               CHRISTOPHER CANTWELL, PRO SE
                                 #00991-509
16                               USP Marion
                                 4500 Prison Road, PO Box 2000
17                               Marion, IL  62959

18                               BRYAN J. JONES, ESQUIRE
                                 Bryan J. Jones, Attorney at law
19                               106 W. South Street, Suite 211
                                 Charlottesville, VA  22902
20                               540.623.6952

21                               JAMES E. KOLENICH, ESQUIRE
                                 Kolenich Law Office
22                               9435 Waterstone Blvd., Suite 140
                                 Cincinnati, OH  45249
23                               513.444.2150

24

25

```
 1   APPEARANCES CONTINUED:

 2   For the Defendants:          WILLIAM E. REBROOK, IV, ESQUIRE
                                  (Appearing via Zoom)
 3                                The ReBrook Law Office
                                  6013 Clerkenwell Court
 4                                Burke, VA  22015
                                  571.215.9006
 5
                                  JOSHUA SMITH, ESQUIRE
 6                                (Appearing via Zoom)
                                  Smith LLC
 7                                807 Crane Avenue
                                  Pittsburgh, PA  15216
 8                                917.567.3168

 9                                RICHARD SPENCER, PRO SE
                                  P.O. Box 1676
10                                Whitefish, MT  59937

11                                DILLON HOPPER, PRO SE
                                  (Appearing via Zoom)
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

R. Spencer - Direct

1  A    Yes.   There's a little bit of dispute there, but yes.

2  Q    You have given dozens of speeches on the topic of white

3  nationalism, right?

4  A    Yes.

5  Q    You would agree with me, Mr. Spencer, that you are a

6  powerful and bold speaker, right?

7  A    Thank you, Mr. Bloch.

8  Q    Do you agree with that?

9  A    Yes, I do.

10 Q    You know how to persuade people with your words, right?

11 A    Yes.

12 Q    And by 2017, you had become the most well-known alt-right

13 publisher and activist in the United States; isn't that true?

14 A    That's fair.

15 Q    And you had become one of the leaders of the white

16 nationalist movement in this country, right?

17 A    That's fair.

18 Q    And as a leader of the white nationalist movement, by

19 2017, you had developed relationships with other leaders in the

20 movement, right?

21 A    Yes.

22 Q    You were friends in 2017 with Nathan Damigo?

23 A    Yes.

24 Q    He was the leader of Identity Evropa, correct?

25 A    Correct.

R. Spencer - Direct

1    BY MR. BLOCH:

2    Q    Did you say that, Mr. Spencer, in 2017?

3    A    Yes.

4    Q    And when you say, "2017 is the IRL war," "IRL" stands for

5    "in real life," right?

6    A    Correct.

7              THE COURT:  Did you say what the date of that was?

8              MR. BLOCH:  October 2017.

9    BY MR. BLOCH:

10   Q    Mr. Spencer, you're familiar with the concept of

11   triggering?

12   A    Yes.

13   Q    And triggering is sending a message that provokes an angry

14   response, right?

15   A    Yes.

16   Q    You agree that one of the goals of white nationalist

17   rallies in 2017 was to trigger other people, right?

18   A    Yes.

19   Q    Now, there was a rally that took place in April of 2017 in

20   Berkeley, California, right?

21   A    April of 2017?

22   Q    Correct.

23   A    I believe so.  I don't know the exact date.

24   Q    You're familiar with the Battle of Berkeley, right?

25   A    Yes.

R. Spencer - Direct

1  Q    And that took place April 15, 2017, right?

2  A    Fair enough.  Yeah.

3  Q    And a number of white nationalist groups attended that

4  event, right?

5  A    Right.

6  Q    Including Identity Evropa and your friend Nathan Damigo?

7  A    Yes.

8  Q    And as we just discussed, that event became referred to as

9  "the Battle of Berkeley," right?

10  A    Right.

11  Q    And at the Battle of Berkeley, your friend Nathan Damigo

12  punched a 19-year-old woman in the face and knocked her down,

13  right?

14  A    Yes.  There was a melee in which people were getting

15  attacked and that's how it ended.

16  Q    So my question is:  Your friend, Nathan Damigo, punched a

17  19-year-old woman in the face and knocked her down, right?

18  A    Yes.

19  Q    And you're aware that the woman that he punched was

20  referred to by people in the alt-right as "Moldylocks," right?

21  A    I remember that.

22  Q    And that punch was captured on video, right?

23  A    Yes.

24  Q    And it became somewhat of an iconic moment in the

25  alt-right, right?

R. Spencer - Direct

1    A    Correct.

2    Q    Now, you didn't attend that event, right?

3    A    No.

4    Q    But you did actually watch videos of the violence that

5    occurred on social media at the time, right?

6    A    Afterwards, but yes.

7    Q    Well, virtually in real time, correct?  Same day?

8    A    Yes.

9    Q    And the day after the violence happened you spoke about it

10   on a video that you posted on alt-right.com, right?

11   A    I remember that, yes.

12   Q    And the video was called "What Berkeley Means"?

13   A    Probably, yes.

14   Q    You described on that video what happened at Berkeley was,

15   quote, "a new normal, a world of politicized violence," right?

16   A    Yes.

17   Q    You said that:  "War is politics by other means, but in a

18   way, politics is war by other means.  Politics is fundamentally

19   nonconsensual.  It is about the use of force," right?

20   A    That's true, yes.

21   Q    You said that, right?

22   A    Yes.

23   Q    You said:  "We are in a new world of political actors

24   occupying space," right?

25   A    Right.

R. Spencer - Direct

1  Q    And there were approximately 200 people that showed up at

2  Charlottesville 1.0, right?

3  A    That sounds about right.

4  Q    And you were really happy about that, right?

5  A    Yes.

6  Q    And the reason why you were happy about it is because in

7  your mind the alt-right movement was still continuing to grow,

8  right?

9  A    Right.

10  Q    And one of the events that occurred at Charlottesville 1.0

11  was a dinner, right?

12  A    Yes.  Are you referring to the after-party?

13  Q    I'm referring to when there was a dinner where a number of

14  people gave speeches.

15  A    Yes, I remember that.

16  Q    Mr. Kessler gave a speech, right?

17  A    I wouldn't call it a speech, but he spoke.

18  Q    Mr. Damigo gave a speech, right?

19  A    Yes.

20  Q    You gave a speech, right?

21  A    Correct.

22  Q    And there were a couple hundred white nationalists in the

23  audience listening to you, right?

24  A    Yes.

25  Q    And in your speech at Charlottesville 1.0 you said -- you

R. Spencer - Direct

1  and myself.  That is accurate.

2  Q     You had, fair to say, regular calls?

3  A     Yes, as I said.

4  Q     And you discussed Unite the Right on those calls, right?

5  A     Correct.

6  Q     Fair to say that you and Mr. Damigo also shared the same

7  objectives for Unite the Right, correct?

8  A     I --

9        MR. KOLENICH:  Objection as to what Mr. Damigo

10  thought or what his objectives were.

11        MR. BLOCH:  I'll withdraw it.  Judge, I'll rephrase.

12  BY MR. BLOCH:

13  Q     Fair to say that, as you understood Mr. Damigo's

14  objectives for Unite the Right, you shared those objectives?

15  A     As I understood them, yes.

16  Q     And part of Mr. Damigo's role was to encourage people

17  outside of Charlottesville to attend; isn't that right?

18  A     IE members, yes.

19  Q     Let's talk about Mr. Cantwell.  You stated that

20  Mr. Cantwell -- withdrawn.

21        You stated, quote, "Mr. Cantwell was an acquaintance, not

22  a friend.  We shared a few text messages, seven in total, one

23  phone call.  We ate lunch one time."

24        That's what you told this jury, right?

25  A     Yes.

R. Spencer - Direct

1   A    I -- I don't know Vanguard America fairly well.  What does

2   that flag look like?  Or I guess I should say -- if you could

3   back it up I could see what it was.

4        It's an eagle.

5   Q    Do you see that flag?

6   A    Yes, I do.

7   Q    Okay.  Would it be fair to say, Mr. Spencer, that you,

8   Nathan Damigo, Christopher Cantwell, Jason Kessler were united

9   leading a chant celebrating the violence that occurred at

10  Berkeley about six weeks before Unite the Right; would that be

11  fair to say?

12  A    We're celebrating the Moldylocks -- yes.

13  Q    And then after that event, you had a party at your place

14  in Alexandria, right?

15  A    Correct.

16  Q    And your apartment was referred to as "the fash loft,"

17  right?

18  A    I'm sure people called it that, sure.

19  Q    You knew that, right?

20  A    I've heard that before, yes.

21  Q    "Fash" is short for "fascist," right?

22  A    Yes.

23  Q    And a number of your co-defendants attended that party,

24  right?

25  A    Yes.

R. Spencer - Direct

1  Q    Mr. Cantwell, right?

2  A    I don't remember exactly, to be honest.

3  Q    Would looking at your deposition testimony refresh your

4  recollection?

5  A    Well, it would be surprising if he weren't there.  So yes.

6  Q    We can agree he was there?

7  A    We can agree, yes.

8  Q    And Mr. Kline was there, right?

9  A    Yes.

10  Q    Mr. Damigo was there?

11  A    Yes.

12  Q    There were other members of the alt-right there?

13  A    Yes.

14  Q    And one of the things that you discussed at that party was

15  Unite the Right, correct?

16  A    I'm sure we discussed that at the party, yes.

17  Q    In fact, you had three to five parties in the summer of

18  2017 where Unite the Right was discussed, right?

19  A    There is no doubt that at a party we would discuss Unite

20  the Right, yes.

21  Q    So my question is:  You had three to five --

22  A    I just answered yes, Mr. Bloch.

23  Q    And those parties were private, right?

24  A    Yes.

25  Q    Nobody recorded those parties, right?

R. Spencer - Direct

1         (Video playing.)

2    Q    Did you hear that, Mr. Spencer?

3    A    I heard it this time.  "We need some more guys to fill in

4    this way to block them off," is that --

5    Q    "To block these guys off."

6    A    "To block these guys off."

7    Q    Now, the fact of the matter is, Mr. Spencer, you

8    surrounded them at the statue and you wouldn't let them out;

9    isn't that true?

10   A    They were surrounded, and for a time they were fully

11   surrounded.  They eventually did leave.

12   Q    And my question is you surrounded them at the statue and

13   would not let them out, right?

14   A    For a time, yes.

15   Q    Let's show Mr. Spencer PX-2500, please.

16        THE CLERK:  I'm sorry, I can't hear you, Mr. Bloch.

17   BY MR. BLOCH:

18   Q    Do you recognize this, Mr. Spencer, as a tweet you sent?

19   A    Yes.

20        MR. BLOCH:  I would offer this into evidence and

21   publish, please.

22        (Plaintiffs' Exhibit 2500 marked.)

23        (Plaintiffs' Exhibit 2500 admitted.)

24   BY MR. BLOCH:

25   Q    This is a tweet, Mr. Spencer, that you sent -- that you

R. Spencer - Direct

1   tweeted on August 11th, correct?

2   A    Yes.

3   Q    And you're replying to a tweet that says, "They surrounded

4   us at the statue.  They wouldn't let us out," right?

5   A    Yes.

6   Q    And you retweeted that with a quote, and your quote was

7   "fact checked, true," right?

8   A    Yes.

9   Q    Thanks.  And would you agree with me, Mr. Spencer, that

10  the reason why you were trying to pin them in at the statue was

11  as a sign of dominance?

12  A    Yes.

13  Q    Now, you stayed at the Thomas Jefferson statue from the

14  beginning to the end, right?

15  A    The end of?  Of the evening?

16  Q    The evening.

17  A    As I remember it, yes.

18  Q    And isn't it true, Mr. Spencer, that you did not see any

19  of the students do anything aggressive to the alt-right?

20  A    I didn't -- I saw -- as I testified, I believe earlier as

21  well, I remember seeing evidence of pushing and shoving going

22  on.  Now, who started it, I don't know.  I remember seeing

23  that.  In terms of the plaintiffs, I do not remember seeing the

24  plaintiffs at all on that night.  And I don't remember seeing

25  the plaintiffs engage in aggressive action.  That is true.

R. Spencer - Direct

1  August 12th, right, to your NPI listserv, right?

2  A    Yes.  Just for the sake of accuracy, I take responsibility

3  because it is my list.  Evan McLaren, as I remember, wrote it,

4  but again, it's coming from me, so I'll -- you know, that's

5  fair.

6  Q    And it's got your name at the bottom, right?

7  A    Yes.

8  Q    And what this email says is, "as I write this, people are

9  getting in their cars and traveling to Charlottesville to be

10 part of what they saw on TV and the internet last night.  Our

11 numbers are growing, and so is the intensity of our movement,"

12 right?

13 A    Right.

14 Q    You also stated in this email that you sent on August 12th

15 that "this is only the prequel," right?

16 A    That's -- that is -- that's what I wrote, yes.

17 Q    You said, "nothing could have prepared us for the energy

18 and fellowship we felt last night at the University of

19 Virginia.  And imagine, this is only prequel," right?

20 A    Yes.

21 Q    Now, you did in fact attend Unite the Right on

22 August 12th, correct, the second event of Unite the Right,

23 correct?

24 A    Yes.

25 Q    And you went to McIntire Park, right?

R. Spencer - Cross

1  tell for certain.  You know, I wouldn't want to identify anyone

2  in that.  I can identify myself.  I wouldn't want to identify

3  anyone.  It's blurry and their faces are obscured, and they're

4  not --

5  BY MR. KOLENICH:

6  Q    Did you not tell Mr. Bloch that Nathan Damigo was in this

7  video?

8  A    I didn't say that he was in that video.  I think I said

9  that he was at that party.

10 Q    Is it your testimony, sir, to this jury that in the runup

11 to Unite the Right in the summer of 2017 you were not, in fact,

12 sending your employees into Identity Evropa to take control of

13 that organization?

14 A    Yes.  I'm telling them that.  That's absurd.

15 Q    Who was Elliot Kline working for at the Unite the Right

16 event?

17 A    He was working for Identity Evropa.  He was not my

18 bodyguard, nor was he around me at the time.

19 Q    He was providing bodyguard services to you, right?

20 A    He provided bodyguard services for me.  This is amusing.

21 He provided bodyguard services for me in April at a completely

22 unrelated demonstration.

23 Q    He met with you frequently at your residence in

24 Alexandria, Virginia?

25 A    Yes.

R. Spencer - Cross

1                    C E R T I F I C A T E

2        I, Lisa M. Blair, RMR/CRR, Official Court Reporter for

3    the United States District Court for the Western District of

4    Virginia, appointed pursuant to the provisions of Title 28,

5    United States Code, Section 753, do hereby certify that the

6    foregoing is a correct transcript of the proceedings reported

7    by me using the stenotype reporting method in conjunction

8    with computer-aided transcription, and that same is a

9    true and correct transcript to the best of my ability and

10   understanding.

11       I further certify that the transcript fees and format

12   comply with those prescribed by the Court and the Judicial

13   Conference of the United States.

14       /s/ Lisa M. Blair                Date: November 4, 2021

15

16

17

18

19

20

21

22

23

24

25

# PLAINTIFFS' EXHIBIT 5

Sines, et al. v. Kessler, et al., 3:17CV72, 11/5/2021

1                    UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF VIRGINIA
2                      CHARLOTTESVILLE DIVISION

3   ****************************************************************

4   ELIZABETH SINES, ET AL.,      CIVIL CASE NO.:  3:17CV72
                                  NOVEMBER 5, 2021, 8:59 AM
5                                 JURY TRIAL, DAY 10
            Plaintiffs,
6   vs.

7                                 Before:
                                  HONORABLE NORMAN K. MOON
8                                 UNITED STATES DISTRICT JUDGE
    JASON KESSLER, ET AL.,        WESTERN DISTRICT OF VIRGINIA
9
            Defendants.
10
    ****************************************************************
11
    APPEARANCES:
12

13  For the Plaintiffs:           ALAN LEVINE, ESQUIRE
                                  AMANDA LIVERZANI, ESQUIRE
14                                COOLEY LLP
                                  1114 Avenue of the Americas, 46th
15                                Floor
                                  New York, NY  10036
16                                212.479.6260

17                                DAVID E. MILLS, ESQUIRE
                                  COOLEY LLP
18                                1299 Pennsylvania Avenue, NW,
                                  Suite  700
19                                Washington, DC  20004
                                  202.842.7800

20

21

22  Court Reporter:   Lisa M. Blair, RPR, RMR, CRR, FOCR
                      255 West Main Street, Suite 304
23                    Charlottesville, Virginia  22902
                      434.296.9284
24
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY;
25  TRANSCRIPT PRODUCED BY COMPUTER.

Sines, et al. v. Kessler, et al., 3:17CV72, 11/5/2021

1　APPEARANCES CONTINUED:

2　For the Plaintiffs:　　　　MICHAEL L. BLOCH, ESQUIRE
　　　　　　　　　　　　　　　　EMILY C. COLE, ESQUIRE
3　　　　　　　　　　　　　　　ROBERTA A. KAPLAN, ESQUIRE
　　　　　　　　　　　　　　　　Kaplan Hecker & Fink LLP
4　　　　　　　　　　　　　　　350 Fifth Avenue, Suite 7110
　　　　　　　　　　　　　　　　New York, NY　10118
5　　　　　　　　　　　　　　　212.763.0883

6　　　　　　　　　　　　　　　KAREN L. DUNN, ESQUIRE
　　　　　　　　　　　　　　　　WILLIAM A. ISAACSON, ESQUIRE
7　　　　　　　　　　　　　　　ARPINE S. LAWYER, ESQUIRE
　　　　　　　　　　　　　　　　JESSICA E. PHILLIPS, ESQUIRE
8　　　　　　　　　　　　　　　Paul, Weiss, Rifkind, Wharton &
　　　　　　　　　　　　　　　　Garrison LLP
9　　　　　　　　　　　　　　　2001 K Street, NW
　　　　　　　　　　　　　　　　Washington, DC　20006
10　　　　　　　　　　　　　　202.223.7300

11
　　For the Defendants:　　　　DAVID L. CAMPBELL, ESQUIRE
12　　　　　　　　　　　　　　　Duane, Hauck, Davis, Gravatt &
　　　　　　　　　　　　　　　　Campbell, P.C.
13　　　　　　　　　　　　　　　100 West Franklin Street, Suite 100
　　　　　　　　　　　　　　　　Richmond, VA　23220
14　　　　　　　　　　　　　　804.644.7400

15　　　　　　　　　　　　　　CHRISTOPHER CANTWELL, PRO SE
　　　　　　　　　　　　　　　　#00991-509
16　　　　　　　　　　　　　　USP Marion
　　　　　　　　　　　　　　　　4500 Prison Road, PO Box 2000
17　　　　　　　　　　　　　　Marion, IL　62959

18　　　　　　　　　　　　　　BRYAN J. JONES, ESQUIRE
　　　　　　　　　　　　　　　　Bryan J. Jones, Attorney at law
19　　　　　　　　　　　　　　106 W. South Street, Suite 211
　　　　　　　　　　　　　　　　Charlottesville, VA　22902
20　　　　　　　　　　　　　　540.623.6952

21　　　　　　　　　　　　　　JAMES E. KOLENICH, ESQUIRE
　　　　　　　　　　　　　　　　Kolenich Law Office
22　　　　　　　　　　　　　　9435 Waterstone Blvd., Suite 140
　　　　　　　　　　　　　　　　Cincinnati, OH　45249
23　　　　　　　　　　　　　　513.444.2150

24

25

```
 1  APPEARANCES CONTINUED:

 2  For the Defendants:        WILLIAM E. REBROOK, IV, ESQUIRE
                               (Appearing via Zoom)
 3                             The ReBrook Law Office
                               6013 Clerkenwell Court
 4                             Burke, VA  22015
                               571.215.9006
 5
                               JOSHUA SMITH, ESQUIRE
 6                             (Appearing via Zoom)
                               Smith LLC
 7                             807 Crane Avenue
                               Pittsburgh, PA  15216
 8                             917.567.3168

 9                             RICHARD SPENCER, PRO SE
                               P.O. Box 1676
10                             Whitefish, MT  59937

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

T. Baker - Direct

1   A    Yes.

2        (Witness complies.)

3        I believe Fourth Street is here, and we were starting to

4   walk up that way.

5   Q    Once you started walking up Fourth Street, was this the

6   same crowd that you had described before?

7   A    Yes.

8   Q    Were these the same people that you had seen as

9   counter-protesters at the Emancipation Park area?

10  A    Yes.  It was the same people.

11  Q    And can you just tell the jury what happened next?

12  A    So took a left up Fourth Street.  At this point I was

13  nearing the front of this group of people.  And it wasn't long

14  after walking up Fourth Street that I had heard -- you don't

15  forget the sound, no other way to describe it, but these

16  loud -- I heard thumps.  I'd seen bodies in the air.  And at

17  that -- I mean, this all happened in maybe a matter of a

18  second, a couple of seconds would be extremely generous.  It

19  was probably less than a second, that I witnessed that.  And

20  then the car was directly in front of me.

21  Q    What did you do?

22  A    It's funny.  Not having time to really think --

23  Q    Go ahead.

24  A    So as the car was directly in front of me, I kind of like

25  tried to get light on my feet, just kind of instinctual, almost

T. Baker - Direct

1   to jump a bit, although I didn't jump.  I'd done that, and the

2   car had -- I was just off-center of the car, and it hit my

3   lower half.  And because I think I was a little light on my

4   feet it then propelled my face and my chest, my torso into the

5   windshield of the car and then it flipped me over top of the

6   car, and I had landed -- I had landed on my side, on my back

7   and my side.

8   Q    I'll show you a video without sound.  It's a video marked

9   Plaintiffs' Exhibit 1505A.  It's just a clip.

10          (Plaintiffs' Exhibit 1505A marked.)

11          (Video playing.)

12  BY MR. MILLS:

13  Q    Do you recognize this video?

14  A    Yes.

15  Q    And what is that a video of?

16  A    That's a video of the crowd that I was in that day, going

17  up Fourth Street.

18          MR. MILLS:  Your Honor, I'd move to admit 1505A.

19          THE COURT:  Be admitted.

20          (Plaintiffs' Exhibit 1505A admitted.)

21          MR. MILLS:  Could you please play this for the jury.

22          (Video playing.)

23   BY MR. MILLS:

24  Q    Mr. Baker, you described bodies being hit by the vehicle

25  and sounds that you heard.  Could you please describe -- it's

T. Baker - Direct

1   to describe this.  It was catastrophically violent, the

2   feeling.  If you can imagine getting crushed by a speeding

3   piece -- by a car, by speeding metal.  But it's like the force

4   doesn't leave the body.  It's -- the violence that your body

5   absorbs, it's impossible to describe, but it's like it just

6   doesn't leave and you absorb the entirety of that impact.

7   Q    You say that you then were flipped over the car.  What

8   happened then?

9   A    I flipped over the car.  I had landed, I believe it was

10   like on my right side and back mostly.  And, you know, the

11   first -- I was so absolutely confident that that was -- that I

12   was going to die at that moment, so once I hit the ground it

13   was -- you have so much adrenaline going through your body and

14   I was in such shock that I didn't die, your kind of instincts

15   take over.  So I immediately just tried to sense if I could

16   walk, because what I had seen was the car hit, and then it

17   started to reverse again.  And as it was reversing, I remember

18   thinking I'm not -- I'm absolutely not going to survive getting

19   hit a second time.  So I just got up as fast as I could to get

20   myself to safety.  And, you know, again, brains and bodies are

21   weird.  So I saw this guy on the ground.  I don't think he was

22   hit by the car, but he was definitely a bit shell-shocked -- a

23   bit.  Incredibly shell-shocked.  His eyes were just wide open,

24   he was frozen.  I don't know why I did this, but I just picked

25   him up.  And then right after that got myself to what I felt

T. Baker - Direct

1   was safety.

2       And I tripped or I stumbled, I can't remember exactly what

3   happened.  But I fell, and when I fell, it was, just as fast as

4   the adrenaline came into my body, it left.  It left just as

5   fast.  And so I had felt just extreme indescribable pain.  And

6   I was collapsed on the street -- or the sidewalk at that point.

7   Q   Were you taken to the hospital at that point or some point

8   thereafter?

9   A   Yeah, shortly thereafter I was put into someone's car and

10  taken to the hospital.

11  Q   Do you know who took you?

12  A   I don't.

13  Q   Where was your wife during this?

14  A   She was home.

15  Q   I'd like you to take a look at Plaintiffs' Exhibit 294,

16  please.

17      Do you recognize that photo?

18      (Plaintiffs' Exhibit 294 marked.)

19  A   Yes.

20  Q   What is it a photo of?

21  A   That is a photo of me in the hospital the day --

22  immediately after getting hit by the car.

23  Q   Is it a true and accurate depiction of what you looked

24  like that day?

25  A   It is.  Yes.

T. Baker - Direct

1  I had a bandage on my nose, but I was cleaned up.

2  Q    Does this fairly show the swelling that occurred in the

3  aftermath of this car attack?

4  A    No.  It does not.  When I got to the hospital that day,

5  the swelling was so severe in my arm and my hip -- and I had

6  cuts, bruises, swelling, head to toe, on my entire body.  The

7  swelling was so severe that when they did the X-rays, they

8  couldn't tell if anything was broken.  So I had to come back,

9  it was about a week after that, to have further tests.

10  Q    By the way, did your wife take these photos?

11  A    No, she did not.

12  Q    Where was she?

13  A    She was not allowed into the hospital.  It was pretty

14  chaotic.  And actually, at the time the hospital misinformed

15  her that I wasn't even there.  So.

16  Q    When did you next see her?

17  A    Six to eight hours later.

18  Q    Could you just briefly tell the jury what injuries you

19  sustained as a result of this attack?

20  A    Yes.  So I had a concussion.  I had lacerations all over

21  the body, bruising all over the body.  I had a torn ligament in

22  my left wrist and I had a torn labrum to my right hip.

23  Q    You mentioned a concussion.  Could you tell us briefly

24  about that?

25  A    Yeah, it was, you know, a week, two weeks of fogginess,

Sines, et al. v. Kessler, et al., 3:17CV72, 11/5/2021

1              C E R T I F I C A T E

2       I, Lisa M. Blair, RMR/CRR, Official Court Reporter for

3   the United States District Court for the Western District of

4   Virginia, appointed pursuant to the provisions of Title 28,

5   United States Code, Section 753, do hereby certify that the

6   foregoing is a correct transcript of the proceedings reported

7   by me using the stenotype reporting method in conjunction

8   with computer-aided transcription, and that same is a

9   true and correct transcript to the best of my ability and

10  understanding.

11      I further certify that the transcript fees and format

12  comply with those prescribed by the Court and the Judicial

13  Conference of the United States.

14      /s/ Lisa M. Blair              Date: November 5, 2021

15

16

17

18

19

20

21

22

23

24

25

# PLAINTIFFS' EXHIBIT 6

Sines, et al. v. Kessler, et al., 3:17CV72, 11/9/2021

1                    UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF VIRGINIA
2                      CHARLOTTESVILLE DIVISION

3    ****************************************************************

4    ELIZABETH SINES, ET AL.,      CIVIL CASE NO.:  3:17CV72
                                   NOVEMBER 9, 2021, 9:00 AM
5                                  JURY TRIAL, DAY 12
            Plaintiffs,
6    vs.

7                                  Before:
                                   HONORABLE NORMAN K. MOON
8                                  UNITED STATES DISTRICT JUDGE
     JASON KESSLER, ET AL.,        WESTERN DISTRICT OF VIRGINIA
9
            Defendants.
10
     ****************************************************************
11
     APPEARANCES:
12

13   For the Plaintiffs:          ALAN LEVINE, ESQUIRE
                                  COOLEY LLP
14                                1114 Avenue of the Americas, 46th
                                  Floor
15                                New York, NY  10036
                                  212.479.6260
16
                                  MICHAEL L. BLOCH, ESQUIRE
17                                EMILY C. COLE, ESQUIRE
                                  ROBERTA A. KAPLAN, ESQUIRE
18                                Kaplan Hecker & Fink LLP
                                  350 Fifth Avenue, Suite 7110
19                                New York, NY  10118

20

21   Court Reporter:  Lisa M. Blair, RPR, RMR, CRR, FOCR
                      255 West Main Street, Suite 304
22                    Charlottesville, Virginia  22902
                      434.296.9284
23
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY;
24   TRANSCRIPT PRODUCED BY COMPUTER.

25

Sines, et al. v. Kessler, et al., 3:17CV72, 11/9/2021

```
 1   APPEARANCES CONTINUED:

 2   For the Plaintiffs:          KAREN L. DUNN, ESQUIRE
                                  WILLIAM A. ISAACSON, ESQUIRE
 3                                JESSICA E. PHILLIPS, ESQUIRE
                                  Paul, Weiss, Rifkind, Wharton &
 4                                Garrison LLP
                                  2001 K Street, NW
 5                                Washington, DC  20006
                                  202.223.7300
 6

 7   For the Defendants:          DAVID L. CAMPBELL, ESQUIRE
                                  Duane, Hauck, Davis, Gravatt &
 8                                Campbell, P.C.
                                  100 West Franklin Street, Suite 100
 9                                Richmond, VA  23220
                                  804.644.7400
10
                                  CHRISTOPHER CANTWELL, PRO SE
11                                #00991-509
                                  USP Marion
12                                4500 Prison Road, PO Box 2000
                                  Marion, IL  62959
13
                                  BRYAN J. JONES, ESQUIRE
14                                Bryan J. Jones, Attorney at law
                                  106 W. South Street, Suite 211
15                                Charlottesville, VA  22902
                                  540.623.6952
16
                                  JAMES E. KOLENICH, ESQUIRE
17                                Kolenich Law Office
                                  9435 Waterstone Blvd., Suite 140
18                                Cincinnati, OH  45249
                                  513.444.2150
19

20                                WILLIAM E. REBROOK, IV, ESQUIRE
                                  (Appearing via Zoom)
21                                The ReBrook Law Office
                                  6013 Clerkenwell Court
22                                Burke, VA  22015
                                  571.215.9006
23
                                  JOSHUA SMITH, ESQUIRE
24                                Smith LLC
                                  807 Crane Avenue
25                                Pittsburgh, PA  15216
                                  917.567.3168
```

1  APPEARANCES CONTINUED:

2  For the Defendants:          RICHARD SPENCER, PRO SE
                                P.O. Box 1676
3                               Whitefish, MT  59937

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C. Alvarado - Direct

1  Q    What did you do at McGuffey Park?

2  A    I mean, I sat down because I was tired.  I was hot and I

3  was carrying this drum.  And then people were just, like,

4  talking, eating food because there was, like, snacks and stuff.

5  At one point I joined in.  Like, they were having a good jam

6  session and I thought it would be kind of fun.

7       And then, yeah, I was just kind of like sitting around and

8  just, like, listening to people and trying to, you know, see

9  what was going on.

10 Q    At some point did you leave McGuffey Park?

11 A    Yeah.

12 Q    Did you end up at the intersection of Fourth and Water?

13 A    Yes.

14 Q    And what happened when you were at that intersection?

15 A    So, I mean, all I can really remember is that people at

16 the front were saying "to the left," "to the left."  So I just

17 followed along and turned left at Fourth Street.  Yeah.

18 Q    And after you turned left up onto Fourth Street, what

19 happened at that point?

20 A    I mean, I guess we walked up for -- not far, maybe like a

21 minute, and then, you know, next thing you know, the attack

22 happened.

23 Q    And when you say "the attack happened," what do you mean?

24 A    James Alex Fields Jr.'s car plowed into the crowd.

25 Q    And were you hit?

C. Alvarado - Direct

1　A　　Yes.

2　Q　　Can you tell the jury how the car struck you?

3　A　　Yeah.　So I had the drum on my right side.　And then, I

4　mean, I presume, based off of how I saw the drum afterwards,

5　that the car hit my drum first and then the force of that threw

6　me to the side, to the left side.

7　　　　　　MS. PHILLIPS:　Your Honor, I'd like to show the

8　witness Plaintiffs' 0281, please.

9　　　　　　THE COURT:　Bring that up.

10　　　　　　MS. PHILLIPS:　Chelsea, let me know when it comes up

11　on your screen.

12　　　　　　THE WITNESS:　That's good.

13　 BY MS. PHILLIPS:

14　Q　　Do you recognize this photo?

15　A　　Yes.

16　Q　　What is it?

17　A　　The car plowing into the crowd.

18　　　　　　MS. PHILLIPS:　Your Honor, I'd like to admit PX-0281

19　and publish it to the jury, please.

20　　　　　　THE COURT:　Be admitted and you may publish.

21　　　　　　(Plaintiff Exhibit 0281 marked.)

22　　　　　　(Plaintiff Exhibit 0281 admitted.)

23　 BY MS. PHILLIPS:

24　Q　　Chelsea, do you recognize the item to the right of the car

25　in this photograph?

C. Alvarado - Direct

1   BY MS. PHILLIPS:

2   Q    Chelsea, can you please use the screen in front of you to

3   circle the drum?

4   A    (Witness complies.)

5   Q    And can you use the screen in front of you, please, to

6   circle Natalie's blood?

7   A    (Witness complies.)

8   Q    Thank you.

9        MS. PHILLIPS:  You can take that down, Mr. Spalding.

10  Thank you.

11  BY MS. PHILLIPS:

12  Q    Chelsea, did you sustain any physical injuries from the

13  events of August 12th, 2017?

14  A    Yeah.  So primarily I had contusions, which is just a

15  fancy word for bruises, on both of my, like, upper thighs.  I

16  had a hematoma on my left knee, and then I had a bunch of,

17  like, cuts and scrapes on my hands and my arms.

18  Q    I'd like to show the witness Plaintiffs' 0062, please.

19       Is it up on your screen?

20  A    Yeah.

21  Q    Okay.  Great.

22       Chelsea, do you recognize this photograph?

23  A    Yes.

24  Q    Did you take this photograph?

25  A    Yeah.

C. Alvarado - Direct

1        MS. PHILLIPS:  Your Honor, I would like to admit

2   Plaintiffs' 0062 and publish it to the jury, please.

3            THE COURT:  It'll be admitted and may be published.

4            (Plaintiff Exhibit 0062 marked.)

5            (Plaintiff Exhibit 0062 admitted.)

6    BY MS. PHILLIPS:

7   Q    Chelsea, what does this photograph show?

8   A    My left knee.

9   Q    And on what date did you take this photograph?

10  A    I believe the Monday after, so the 14th of August.

11  Q    And do you know where you were when you took this

12  photograph?

13  A    I was at Patient First.

14  Q    Why were you at Patient First?

15  A    Because on the 13th I had started experiencing symptoms of

16  what I believed to be a concussion.  So my friend took me the

17  following day to Patient First.

18  Q    And did they treat you at Patient First?

19  A    Yes.

20  Q    Did they diagnose you at Patient First?

21  A    Yes.  So they said that I had a concussion and to go to

22  the ER to get checked out by them.

23  Q    Did you go to the emergency room?

24  A    Yes.

25  Q    Do you recall which emergency room you went to?

M. Parrott - Direct

1  of white nationalists marching through Market Street to break

2  through the counter-protesters lined up outside Emancipation

3  Park.

4         MR. SMITH:  The question was already saying that

5  there was fighting going on.  So somehow counsel jumped ahead.

6         MR. BLOCH:  Judge, I can rephrase if it's helpful.

7         THE COURT:  Repeat the question.

8   BY MR. BLOCH:

9  Q    After the point at which Michael Tubbs and others led the

10 charge into counter-protesters -- do you know where I'm talking

11 about in time?  Do you understand?

12 A    I understand.  These were from watching videos, open

13 source videos and speaking to other people.  And that was the

14 basis for my deposition, yes.

15 Q    Okay.  And isn't it true that Identity Evropa sent a

16 detachment of fighters to assist you and relay intelligence to

17 Jason Kessler?  Isn't that true?

18 A    That was after the event was already secured, after we had

19 achieved the shield wall at Market Street.  Our goal was to get

20 in, put the shield wall behind us, and that way we're in our

21 permitted event.

22      Identity Evropa did send people to assist.  It was

23 colorful language to call them "fighters" or whatever.  But

24 there was communication with Identity Evropa to figure out what

25 was going on at southeast Market Street, yes.

M. Parrott - Direct

1          MR. BLOCH:  One moment, Judge.

2          (Pause.)

3   BY MR. BLOCH:

4   Q    Mr. Parrott, did you write that:  "Michael Tubbs, an

5   especially imposing League organizer, towered over and pushed

6   through the Antifa like a Tyrannosaurus among raptors as League

7   fighters with shields put their training to work"?  Did you

8   write that?

9   A    I did write that, yes.

10  Q    And then did you go on -- you talk about Cesar Hess, and

11  then you say:  "While most of the Identity Evropa men were

12  occupied with other fronts, they sent a detachment of fighters

13  to assist us and to relay intelligence to Jason Kessler and

14  other organizers.  They offered more fighters, but we had our

15  positions amply covered."

16          Did you write that?

17  A    I did write that.

18  Q    Now, turning to your testimony at page 225, line 6, were

19  you asked, question:  "And you said that, quote, 'We all,

20  united, decisively won the fight,' correct?"

21          Answer:  "Yes."

22          Did you give that testimony?

23  A    Yes, I did.

24  Q    You also testified on page 228, line 21, question:  "Did

25  you once write, Mr. Parrott, after Unite the Right, regarding

Sines, et al. v. Kessler, et al., 3:17CV72, 11/9/2021

1              C E R T I F I C A T E

2     I, Lisa M. Blair, RMR/CRR, Official Court Reporter for

3   the United States District Court for the Western District of

4   Virginia, appointed pursuant to the provisions of Title 28,

5   United States Code, Section 753, do hereby certify that the

6   foregoing is a correct transcript of the proceedings reported

7   by me using the stenotype reporting method in conjunction

8   with computer-aided transcription, and that same is a

9   true and correct transcript to the best of my ability and

10   understanding.

11     I further certify that the transcript fees and format

12   comply with those prescribed by the Court and the Judicial

13   Conference of the United States.

14     /s/ Lisa M. Blair                Date: November 9, 2021

15

16

17

18

19

20

21

22

23

24

25

# PLAINTIFFS' EXHIBIT 7

Sines, et al. v. Kessler, et al., 3:17CV72, 11/10/2021

1                    UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF VIRGINIA
2                      CHARLOTTESVILLE DIVISION

3   ****************************************************************

4   ELIZABETH SINES, ET AL.,     CIVIL CASE NO.:  3:17CV72
                                 NOVEMBER 10, 2021, 8:56 AM
5                                JURY TRIAL, DAY 13
             Plaintiffs,
6   vs.

7                                Before:
                                 HONORABLE NORMAN K. MOON
8                                UNITED STATES DISTRICT JUDGE
    JASON KESSLER, ET AL.,       WESTERN DISTRICT OF VIRGINIA
9
             Defendants.
10
    ****************************************************************
11
    APPEARANCES:
12

13  For the Plaintiffs:          ALAN LEVINE, ESQUIRE
                                 COOLEY LLP
14                               1114 Avenue of the Americas, 46th
                                 Floor
15                               New York, NY  10036
                                 212.479.6260
16
                                 ALEXANDRA EBER, ESQUIRE
17                               DAVID E. MILLS, ESQUIRE
                                 COOLEY LLP
18                               1299 Pennsylvania Avenue, NW,
                                 Suite  700
19                               Washington, DC  20004
                                 202.842.7800
20

21

22  Court Reporter:   Lisa M. Blair, RPR, RMR, CRR, FOCR
                      255 West Main Street, Suite 304
23                    Charlottesville, Virginia  22902
                      434.296.9284
24
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY;
25  TRANSCRIPT PRODUCED BY COMPUTER.

Sines, et al. v. Kessler, et al., 3:17CV72, 11/10/2021

 1   APPEARANCES CONTINUED:

 2   For the Plaintiffs:          EMILY C. COLE, ESQUIRE
                                  ROBERTA A. KAPLAN, ESQUIRE
 3                                Kaplan Hecker & Fink LLP
                                  350 Fifth Avenue, Suite 7110
 4                                New York, NY  10118
                                  212.763.0883
 5
                                  KAREN L. DUNN, ESQUIRE
 6                                WILLIAM A. ISAACSON, ESQUIRE
                                  JESSICA E. PHILLIPS, ESQUIRE
 7                                Paul, Weiss, Rifkind, Wharton &
                                  Garrison LLP
 8                                2001 K Street, NW
                                  Washington, DC  20006
 9                                202.223.7300

10
     For the Defendants:          DAVID L. CAMPBELL, ESQUIRE
11                                Duane, Hauck, Davis, Gravatt &
                                  Campbell, P.C.
12                                100 West Franklin Street, Suite 100
                                  Richmond, VA  23220
13                                804.644.7400

14                                CHRISTOPHER CANTWELL, PRO SE
                                  #00991-509
15                                USP Marion
                                  4500 Prison Road, PO Box 2000
16                                Marion, IL  62959

17                                BRYAN J. JONES, ESQUIRE
                                  Bryan J. Jones, Attorney at law
18                                106 W. South Street, Suite 211
                                  Charlottesville, VA  22902
19                                540.623.6952

20                                JAMES E. KOLENICH, ESQUIRE
                                  Kolenich Law Office
21                                9435 Waterstone Blvd., Suite 140
                                  Cincinnati, OH  45249
22                                513.444.2150

23

24

25

```
 1   APPEARANCES CONTINUED:

 2   For the Defendants:          WILLIAM E. REBROOK, IV, ESQUIRE
                                  (Appearing via Zoom)
 3                                The ReBrook Law Office
                                  6013 Clerkenwell Court
 4                                Burke, VA  22015
                                  571.215.9006
 5
                                  JOSHUA SMITH, ESQUIRE
 6                                (Appearing via Zoom)
                                  Smith LLC
 7                                807 Crane Avenue
                                  Pittsburgh, PA  15216
 8                                917.567.3168

 9                                RICHARD SPENCER, PRO SE
                                  P.O. Box 1676
10                                Whitefish, MT  59937

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

S. Wispelwey - Direct

1          THE COURT:  All right.

2          Mr. Martin, you may step down.

3          Next witness?

4          MS. KAPLAN:  Yes.  Plaintiffs call Reverend Seth

5    Wispelwey.  We just need a moment to bring him up.

6          SETH WISPELWEY, CALLED BY THE PLAINTIFFS, SWORN

7                     DIRECT EXAMINATION

8    BY MS. KAPLAN:

9    Q    Good morning, Reverend Wispelwey.

10   A    Good morning.

11   Q    What is your profession?

12   A    I'm a pastor.

13   Q    Are you a pastor in any particular Christian denomination?

14   A    I'm an ordained minister in the United Church of Christ.

15   Q    Just generally, very briefly and generally speaking, what

16   are the beliefs of the United Church of Christ?

17   A    Sure.  The United Church of Christ is what's called a

18   mainline Protestant denomination.  There's about a million

19   members nationwide.  We're congregationalists, which means that

20   governance and authority is determined at the local level, and

21   then we have structures all the way up to a national level.

22        Broadly speaking, United Church of Christ believes that

23   God is alive and moving in our world today and driving us all

24   to love and justice.

25   Q    Again, Reverend, I'm going to ask you a big question, but

S. Wispelwey - Direct

1   A    Almost the whole length.  We only had maybe 40 to 50

2   people.

3   Q    I'm going to show you a still from a video clip,

4   Plaintiffs' Exhibit 2105C, Reverend, and ask if you recognize

5   it?

6   A    Yes.

7   Q    And what is that?

8   A    That appears to be us turning the corner onto Market

9   Street.

10         MS. KAPLAN:  Your Honor, I move to admit Plaintiffs'

11  Exhibit 2105C and play it for the jury.

12         THE COURT:  Be admitted.

13         MS. KAPLAN:  Please play it, Mr. Spalding.

14         (Plaintiff Exhibit 2105C marked.)

15         (Plaintiff Exhibit 2105C admitted.)

16         (Video playing.)

17   BY MS. KAPLAN:

18  Q    Does this video, Reverend, show what you just described to

19  the jury, walking up and forming a line?

20  A    Yes.  That was early in the morning.

21  Q    Did you see -- at the time did you see any members of

22  Unite the Right coming into Emancipation Park?

23  A    In the clip or --

24  Q    In the clip or --

25  A    For two, two and a half hours, groups of Unite the Right

S. Wispelwey - Direct

1  attendees were walking from the east and then entering the park

2  in the southwest corner, so to my left, and chanting, yelling a

3  lot of slogans and slurs at us.

4  Q    And you see -- you said verbally and you see in the video

5  that the faith leaders are linking arms.  What was the point of

6  that?

7  A    Linking arms had a couple purposes for us.  One was

8  practical.  We were in a single-file line and as the population

9  kind of grew in the park and then also behind us with community

10 members, it was a practical way of staying connected, not

11 losing touch because there was a lot going on.

12      And then spiritually, it just signifies unity.  There was

13 a lot of beautiful traditions and people represented in our

14 line, and it was the visible faithful presence we wanted to

15 communicate, that we were bound together.

16 Q    Now, at this point in time when you're standing, as I

17 understand, in a line outside the south of Emancipation Park

18 with your face to the park, your back to Market Street, were

19 you blocking any entrances to Emancipation Park?

20 A    No.

21 Q    At some point, Reverend, did you kneel?

22 A    Yes.

23 Q    Why did you do that?

24 A    I think it was in the midst of singing and praying.

25 Again, it was part of our goal to visibly represent --

S. Wispelwey - Direct

1   wouldn't let them come.  A whole lot.

2   Q    Reverend Wispelwey, switching topics, have the events of

3   August 11th and 12th, 2017 impacted your mental and

4   psychological health?

5   A    Yes.

6   Q    Can you please explain?

7   A    In a variety of ways.  I have lost a lot of function I

8   used to have and take pride in.  A month after August 2017 I

9   was diagnosed with acute stress disorder, which became a

10  post-traumatic stress disorder diagnosis.  I was just

11  exhibiting all the symptoms.  And I've had trouble sleeping

12  ever since.  High anxiety, night terrors, hypervigilance.  A

13  tremendous cost socially, professionally, and just

14  physiologically to all of that.  It's been rough.  That's a

15  short summation.

16  Q    I want to just pick out a couple of the symptoms that you

17  mentioned, Reverend.  What are night terrors?

18  A    Well, as I've come to find out, they are nightmares to the

19  nth degree.  I woke up -- I started waking up for the first

20  time in my life yelling and screaming after just horrible

21  dreams, where I'd be reliving, like, the car attack scene or

22  reliving something else in the streets.  But it was like my

23  daughter I couldn't find, you know, a mix of details.

24       And then the hypervigilance would kick in and I'd start,

25  like, obsessively kind of checking the locks, checking on her

S. Wispelwey - Direct

1   well-being, that sort of thing.

2   Q    What about panic attacks?  Do you have panic attacks?

3   A    Yes.

4   Q    Can you describe that a little bit to the jury?

5   A    Yeah, for me I tend to lock up, get frozen.  It's not like

6   this hyperventilating thing.  I start to experience a burning,

7   like, constriction.  We've looked for physiological causes, and

8   it's not there.  I even had an endoscopy.  But when anxiety

9   starts to rise, or I feel a threat or there's a trigger, for

10  lack of a better word, I'll kind of lock up and then I'll have

11  this kind of radiating attack where I'm basically in bed for a

12  couple hours.  But it's gone as long as 18 hours before.

13  Q    Are there things that you could do -- I think you've kind

14  of obliquely referenced this, Reverend.  But are there things

15  you were able to do before August 2017 that you are no longer

16  able to do today?

17  A    I couldn't work full-time for the first couple years.  And

18  even now it's one of the hardest things.  I have a temporary

19  job, which felt like a safe enough entry point back into

20  working, but the pandemic has made it longer and more tiring.

21  Socially, I can't go out like I used to, or like I used to want

22  to.  Everyone who knows and loves me knows I'm an extrovert or

23  know I was.  I don't actually know what I am anymore.  But I --

24  I prefer a small, very trusted group of friends if I'm going to

25  go out, whether to eat, and large crowds, public -- yeah, it's

S. Wispelwey - Direct

1  all a lot.

2      I can keep going.  I've gotten some prescriptions for some

3  of this and that helps mellow things a little bit.  I know I'm

4  not the only one who was impacted this way, but that's my part

5  of it.

6  Q    I'm going to ask Mr. Spalding to show you on your screen,

7  Reverend, Plaintiffs' Exhibit 3327.  Do you recognize that

8  document?

9  A    Yes.

10 Q    And what is it?

11 A    This looks like a chart related to therapies, costs, some

12 emergency ones specifically related to impacts of August 11th

13 and 12th and my experiences.

14          MS. KAPLAN:  Your Honor, move to admit Plaintiffs'

15 Exhibit 3327 and publish to the jury.

16          THE COURT:  Be admitted.

17          (Plaintiff Exhibit 3327 marked.)

18          (Plaintiff Exhibit 3327 admitted.)

19  BY MS. KAPLAN:

20 Q    Just a couple more questions, Reverend.

21 A    Sure.

22 Q    Before August 11th and 12th, 2017, were you in contact

23 with anyone you understood to be a member of Antifa?

24 A    No.

25 Q    Did you -- before August 11th and 12th, 2017, had you even

N. Damigo - Direct

1  A     Good afternoon.

2  Q     Mr. Damigo, in 2017 you considered yourself to be a white

3  nationalist, correct?

4  A     I believe so.

5  Q     And you believed in 2017 that America was founded for

6  white people; isn't that right?

7  A     Yes.

8  Q     In 2017 you advocated for a white ethnostate?

9  A     Yes.

10  Q     And racial minorities would not be welcome to live in this

11  white ethnostate, correct?

12  A     Not necessarily.

13  Q     In 2017 you believed that, theoretically speaking,

14  violence might be needed to create this white ethnostate,

15  right?

16  A     I do not recall.

17            MS. PHILLIPS:  Ms. Dunn, if you don't mind handing

18  Mr. Damigo his two depositions in this case.

19  BY MS. PHILLIPS:

20  Q     Mr. Damigo, do you recall being deposed twice in this

21  case?

22  A     Yes.

23  Q     And you were under oath both times, correct?

24  A     Yes.  Which one am I looking at here?

25  Q     I'll refer you to it.  So there was one deposition of you

N. Damigo - Direct

1  that occurred on June 10th, 2020.  And if you could take a look

2  at that, specifically page 90.  And I'll direct you to lines 4

3  through 7.

4      I asked you this question:  "And in 2017 you believed that

5  violence might be needed to create the white ethnostate,

6  correct?"

7      And you answered:  "Theoretically speaking."

8      Does that refresh your recollection?

9  A   Is this 90 of my first deposition or my second?

10 Q   It should be your first, the one on 6-10.  I believe the

11 second was on -- I want to say 6-28.  No, 6-22.

12 A   I'm sorry, I'm not finding it here.  You said page 90.

13 Q   Correct.  Page 90, lines 4 through 7.

14 A   I see here my answer to that question was "theoretically

15 speaking."

16 Q   Correct.  Great.

17          MS. PHILLIPS:  Mr. Spalding, I'd like to show

18 Mr. Damigo Plaintiffs' 2850 at 5:50, please.

19 BY MS. PHILLIPS:

20 Q   Mr. Damigo, this will just play on your screen and I'll

21 ask you to identify yourself if you see yourself in the video.

22          (Video playing.)

23      Is that you, sir?

24 A   Yes, it is.

25 Q   Do you recognize this as a Periscope video that you took?

N. Damigo - Direct

1  A    Yes, I do.

2          MS. PHILLIPS:  Your Honor, I'd like to move to admit

3  PX-2850 and publish it to the jury.

4          THE COURT:  Be admitted and you may publish.

5          MS. PHILLIPS:  Thank you.

6          (Plaintiff Exhibit 2850 marked.)

7          (Plaintiff Exhibit 2850 admitted.)

8          MS. PHILLIPS:  Mr. Spalding, if we could play that

9  video.

10          (Video playing.)

11   BY MS. PHILLIPS:

12  Q    Mr. Damigo, you're referring to yourself there as the

13  racist?

14  A    Yes.

15          MS. PHILLIPS:  I'd like to show Mr. Damigo

16  Plaintiffs' 0341, please.

17          THE COURT:  You may.

18   BY MS. PHILLIPS:

19  Q    Mr. Damigo, your user name on Discord was Fashy Haircut,

20  correct?

21  A    Yes, it was.

22  Q    Your Honor, I would like -- well, let me ask you this,

23  Mr. Damigo.  Do you recognize these as direct messages between

24  yourself, Fashy Haircut, and a Discord user by the name of Karl

25  North?

N. Damigo - Direct

1  thank you.  I'd like to show Mr. Damigo Plaintiffs' 0882.

2  BY MS. PHILLIPS:

3  Q    Mr. Damigo, do you recognize this as a post made by you,

4  Fashy Haircut, in the Identity Evropa server on Discord

5  #antifawatch; do you see that?

6  A    Yes, I do see that.

7  Q    And you recognize this as a post that you made?

8  A    Yes.  I made it to --

9  Q    Mr. Damigo, it was a yes or no question.

10 A    Yes, I made it to the other members to let them know what

11 was coming our way, that we were being attacked quite a bit by

12 Antifa and just saying welcome --

13          THE COURT:  Okay.  Wait.

14          MS. PHILLIPS:  I would move to strike his answer as

15 nonresponsive, Your Honor, past the --

16          THE COURT:  Just answer the question.  She didn't ask

17 you why.  She just asked you if you did.

18          THE WITNESS:  Yes.

19          MS. PHILLIPS:  Okay.  Thank you very much.  Your

20 Honor, I'd like to move this into evidence.  This is

21 Plaintiffs' 0882.

22          THE COURT:  Be admitted.

23          MS. PHILLIPS:  And I'll publish it to the jury,

24 please.

25          THE COURT:  You may.

N. Damigo - Direct

1          (Plaintiff Exhibit 0882 marked.)

2          (Plaintiff Exhibit 0882 admitted.)

3  BY MS. PHILLIPS:

4  Q    So on March 8th, 2017 you posted:  "The lines between

5  politics and violence is blurring.  Welcome to fourth

6  generation warfare."  You posted that, correct?

7  A    Yes, I did.

8          MS. PHILLIPS:  Okay.  Thank you.  You can take it

9  down, Mr. Spalding.

10  BY MS. PHILLIPS:

11  Q    Now, Mr. Damigo, your path to radicalization happened

12  while you were in prison, correct?

13  A    I would say that at that time I came to an understanding

14  of the effects of race and identity and their impacts on

15  society.

16  Q    So is the answer to my question yes?

17  A    Yes.

18  Q    And in prison you read David Duke's *My Awakening,* correct?

19  A    Yes, I did.

20  Q    You know that David Duke is the former grand wizard of the

21  KKK?

22  A    Yes.  And it was very informative.

23  Q    In fact, David Duke's books played a huge part in your

24  radicalization, correct?

25  A    Absolutely.

N. Damigo - Direct

1  Q     Mr. Duke was an inspiration for you?

2  A     Yes.  He had taken quite a bit of time to compile a lot of

3  information that was being omitted from mainstream arguments on

4  politics.  And I spent quite a few years tracking down a number

5  of those sources.  And -- on all sides of the issues.  That's

6  something I really liked about the book, was he presented

7  numerous debates from various sides, and it was very

8  informative.  And I was able to track down all those sources

9  and confirm what he had to say on those things.

10 Q     You felt you owed a lot to him, correct?

11 A     Yes.

12 Q     And you've always been a big fan of his?

13 A     Yes.

14 Q     Mr. Damigo, in 2017 you believed that black people were

15 genetically and intellectually inferior to white people,

16 correct?

17 A     No.  I think it's more complex than that.  I think you

18 have to talk about specific measurements if you're going to

19 answer questions of inferiority or superiority.

20 Q     Well, you believed black people -- sorry, I didn't mean to

21 interrupt you.  Are you done?

22 A     Yeah, I'm done.

23 Q     You believe that black people have higher rates of crime

24 across the board that's out of proportion to their

25 socioeconomic status, correct?

N. Damigo - Direct

1  A    According to FBI crime statistics, yes.

2  Q    My question was is that your belief?

3  A    Yes, I believe those statistics are accurate.

4  Q    Again, my question was --

5        MR. KOLENICH:  Your Honor, objection.  He's already

6  testified that he is a racist, referred to himself as a racist

7  at that time.

8        THE COURT:  Okay.  So you don't have to go too far.

9        MS. PHILLIPS:  Understood.  Thank you, Judge.

10   BY MS. PHILLIPS:

11  Q    And the difference you believe is a matter of genetics and

12  genetic distribution, correct?

13  A    I think that plays a major role, yes.

14  Q    You also think that Jewish people, black people, and their

15  supporters are responsible for a mainstream genocidal campaign

16  against white people, correct?

17  A    I think there are a lot of parties involved with that,

18  including white people, ethnomasochists, capitalists, people

19  who are involved in mass immigration for greed or other

20  purposes.  But yes, I do think that there are some Jews and

21  some blacks that are very much involved with that as well.

22  Q    In 2017 you saw Jewish people as nonwhite individuals and

23  you saw Jewish culture as anti-white, correct?

24  A    Yes, that's correct.

25  Q    Mr. Damigo, I want to talk to you a little bit about

N. Damigo - Direct

1   Identity Evropa.  Okay if I call it IE?

2   A    Yes.

3   Q    Great.  So you founded IE in 2016, correct?

4   A    Yes.

5   Q    And one of the goals of IE was to promote the idea of a

6   white ethnostate?

7   A    Yes.

8   Q    IE only admitted people of European non-Semitic heritage?

9   A    That's correct.

10  Q    And in fact the application form for membership into IE

11  required a person to identify if they were an individual of

12  European non-Semitic heritage, correct?

13  A    Yes, it did.

14  Q    And the purpose of that was to screen out anybody who was

15  of Semitic heritage?

16  A    Yes.

17  Q    So a Jewish person could not join IE, correct?

18  A    No.

19  Q    And black people could not also join IE, correct?

20  A    No.

21  Q    Ultimately the only people who were allowed to join IE

22  were white people of European heritage, correct?

23  A    Yes.

24  Q    And in 2017 IE's views were the same as your personal

25  views, correct?

N. Damigo - Direct

1   A     Yes.

2   Q     Now, IE members often communicated with one another on

3   Discord?

4   A     Yes.

5   Q     And there was an IE server we've seen on the Discord,

6   correct?

7   A     Which Discord are you referring to?

8   Q     I'm referring to the Identity Evropa server on Discord.

9   A     All right.  Yes.

10  Q     And IE members would get an invite to the IE Discord when

11  they joined IE, correct?

12  A     Yes.

13  Q     And you had to be an IE member to post in the IE server?

14  A     Yes, in the IE Discord server, yes.

15  Q     And you created that IE server, right?

16  A     Yes, I did.

17  Q     You were the owner of the IE server on Discord?

18  A     Yes, I was.

19  Q     And you would agree with me that you used the IE server

20  quite often, particularly in the summer of 2017?

21  A     Yes.

22  Q     Okay.  Mr. Damigo, you attended an event that took place

23  in Berkeley, California on April 15, 2017, correct?

24  A     Yes, I did.

25  Q     And that became known as the Battle of Berkeley, right?

N. Damigo - Direct

1   A    Yes, it did.

2   Q    And you attended Berkeley as a representative of IE?

3        Why don't I do it this way.  At your deposition you were

4   asked this question:  "Did you attend on behalf of Identity

5   Evropa?"  And you gave this answer:  "Pretty much anywhere I

6   went was generally -- those events, I mean, just as the founder

7   of the organization, it was generally considered I was

8   representing the organization."

9        So does that refresh your recollection that you attended

10  Berkeley as a representative of IE?

11  A    Yes.

12  Q    And other IE members like Brodie Sutherland and Rob Rundo

13  also attended Berkeley, right?

14  A    I know Brodie Sutherland was an IE member.  I don't know

15  if Rob was an IE member at that time.

16  Q    He was, though, at some point, yes?

17  A    I'm not sure.

18  Q    And some of the members of the Rise Above Movement, also

19  known as RAM, those guys were at Berkeley too, correct?

20  A    Yes, I believe some of them were there.

21  Q    And do you recall an individual who went by the Discord

22  handle FemaCampBandLeader?  You testified in your deposition

23  that you called him Fema for short.  Do you recall that?

24  A    Yes.

25  Q    And he was an IE member who ran boxing training before the

N. Damigo - Direct

1  terrorist organization's banner.

2         MS. PHILLIPS:  Your Honor, I would move to strike

3  everything that came after "yes."

4         THE COURT:  Sustained.

5  BY MS. PHILLIPS:

6  Q    And the individual on the far right is Brodie Sutherland,

7  correct?

8  A    Yes.

9  Q    And that's -- you've testified he was an IE member; at

10 least he was in 2017?

11 A    Yes.

12 Q    And you and Brodie were with these same individuals

13 throughout the day on April 15th, 2017 at the Battle of

14 Berkeley, correct?

15 A    Yes, I believe so.

16        MS. PHILLIPS:  You can take that down.  Thank you,

17 Mr. Spalding.

18 BY MS. PHILLIPS:

19 Q    Mr. Damigo, you attended the events that took place in

20 Charlottesville on May 13th, 2017 that came to be known as

21 Charlottesville 1.0, correct?

22 A    Yes.

23 Q    And IE members also attended this event?

24 A    Yes.

25 Q    Elliot Kline and Richard Spencer, Matt Heimbach, Jason

N. Damigo - Direct

1  Kessler, they were all there, correct?

2  A    It was about four years ago.  I don't recall off the top

3  of my head all of who was there.

4  Q    Okay.  It was your idea to plan the event, correct?

5  A    I believe so.

6  Q    And you also worked with other alt-right groups to plan

7  this event, correct, including the Traditionalist Worker Party

8  and Vanguard America?

9  A    Some of their members came out.  I told our members that

10 if -- if they knew people who they felt trustworthy and would

11 not leak the fact that we were having an event -- we didn't

12 want Antifa coming out and attacking us -- then it was okay for

13 them to come.  And many of them did.

14         MS. PHILLIPS:  Your Honor, I would again move to

15 strike everything after "yes."

16         THE COURT:  Sustained.  Strike.

17         MS. PHILLIPS:  Thank you.

18         THE WITNESS:  Did I say "yes" to that?

19         MR. JONES:  Your Honor, he actually didn't say "yes."

20         MS. PHILLIPS:  Well, let me refresh his recollection

21 with his deposition, then.

22 BY MS. PHILLIPS:

23 Q    Take a look at June 10th, 2020.  I'll direct you to 146,

24 line 7.

25 A    You said page 2020?  Sorry.

N. Damigo - Direct

1  Q    I'm sorry.  Your June 10th deposition, since there are

2  two, and I'm directing you to page 146.

3           MS. PHILLIPS:  Let's do it this way.  Can you show

4  him Plaintiffs' 0920, please?

5  BY MS. PHILLIPS:

6  Q    Mr. Damigo, do you recognize your posts in this Discord

7  server alt-right-events-project, #general channel?

8           THE WITNESS:  Yes.  That appears to be my account.

9           MS. PHILLIPS:  Your Honor, I would move to admit into

10  evidence Plaintiffs' 0920.

11           THE COURT:  Be admitted.

12           (Plaintiff Exhibit 0920 marked.)

13           (Plaintiff Exhibit 0920 admitted.)

14  BY MS. PHILLIPS:

15  Q    And I'll direct your attention to the fourth line down.

16  You say on March 18th, almost a full month before the event

17  itself:  "Should be big.  We are working with other alt-right

18  groups on this."

19       So does this refresh your recollection that you worked

20  with other alt-right groups on Charlottesville 1.0.

21  A    Yes.  Specifically --

22  Q    It was just a yes or no question, Mr. Damigo.

23  A    Oh.  Okay.

24  Q    Thank you.

25           MS. PHILLIPS:  You can take this down, Mr. Spalding.

N. Damigo - Direct

1  Thank you.

2  BY MS. PHILLIPS:

3  Q    Okay.  Charlottesville 1.0 also included a torch march

4  that you participated in, correct?

5  A    Yes, it did.

6  Q    And you came up with the idea for the torch march and you

7  suggested it to other organizers, Mr. Spencer, Mr. Kline, and

8  Mr. Evan Thomas, correct?

9  A    Yes.

10  Q    And you got the idea for the torch march from a YouTube

11  video of a torch march in Germany; do you recall testifying to

12  that in your deposition?

13  A    It was originally a torch march in France, but also one in

14  Germany, yes.

15  Q    Okay.  Well, the only one that you referenced in the Slack

16  channel to these individuals was one from Germany, correct?

17  A    Yes, that was the only link I could find.  The other link

18  was kind of hard to find, oftentimes.

19  Q    And you at no point testified about any France torch

20  march, correct, in your deposition?

21      I'll direct you to line -- or excuse me, to page 156, 3

22  through 18.  You can take a look.

23  A    Which page was that again?  I'm sorry.

24  Q    No problem.  Page 156, 3 through 18.

25      I'll go ahead and read it for the record.

N. Damigo - Direct

1          THE WITNESS:  I was aware that the Klan had in the

2    past used torchlit rallies, like many other organizations and

3    movements, some peaceful and some not peaceful.

4    BY MS. PHILLIPS:

5    Q    You gave a speech at Charlottesville 1.0, correct?

6    A    Yes.

7    Q    And in that speech you referred to Mr. Spencer as "my boy

8    Richard"; do you recall that?

9    A    No.  But I might have.

10   Q    Okay.  And you said in that speech that you were "truly

11   inspired" by seeing Richard in Hungary being arrested and you

12   knew he was a man after your own heart after that; do you

13   recall that?

14   A    I don't recall the speech at all, but I do recall that

15   sentiment.

16          MS. PHILLIPS:  Let's go ahead, Mr. Spalding, and

17   we'll show first to Mr. Damigo Plaintiffs' 2855.

18   BY MS. PHILLIPS:

19   Q    Is that you, Mr. Damigo?

20   A    Yes, it is.

21          MS. PHILLIPS:  Your Honor, I'd like to move

22   Plaintiffs' 2855 into evidence and publish it for the jury.

23   We're just going to play the very last part of your speech here

24   at the clip.

25          THE COURT:  Be admitted.  Go ahead.

N. Damigo - Direct

1          MS. PHILLIPS:  Thank you.

2          (Plaintiff Exhibit 2855 marked.)

3          (Plaintiff Exhibit 2855 admitted.)

4          (Video playing.)

5          THE COURT:  What's the purpose of this?

6          MS. PHILLIPS:  Just confirming what he said.

7          THE COURT:  Well, you know, there are lots of things

8    he said in his life that are not material, particularly to this

9    case.  And you can only impeach somebody on something material.

10         MS. PHILLIPS:  I wasn't trying to impeach him.  I was

11   just trying to get that into evidence.

12         THE COURT:  Well, please.  I mean, this is something

13   that's gone on that's really taken up a lot of time.  Witnesses

14   are taking much more time than they need because we go through

15   this little --

16         MS. PHILLIPS:  Understood, Your Honor.

17         THE COURT:  It's not -- I'll tell you, it's not

18   helpful.

19         MS. PHILLIPS:  I'll move on.  Thank you.

20    BY MS. PHILLIPS:

21   Q    Mr. Damigo, you met Jason Kessler in 2017, correct?

22   A    Yes.

23   Q    And you understood that Charlottesville 2.0 was

24   Mr. Kessler's idea?

25   A    Yes, it was.

N. Damigo - Direct

1   Q    And you had a conversation with him about his idea for the

2   event, correct?

3   A    Yes, I did.

4   Q    And he invited you to attend?

5   A    Yes.

6        MS. PHILLIPS:  Let's put up Plaintiffs' 0067.

7   BY MS. PHILLIPS:

8   Q    Mr. Damigo, these are your certified phone regards from

9   AT&T.  And you'll see at the very --

10       MS. PHILLIPS:  Can you go down to page 347,

11  Mr. Spalding, please?  Thank you.

12  BY MS. PHILLIPS:

13  Q    And you'll see at the top, Mr. Damigo, on the top left it

14  says "voice usage for," and then there's a 408 number, and I

15  won't say the rest of it, but if you could confirm that that's

16  your phone number, please.  Maybe Mr. Spalding could -- there

17  we go.

18       That's your phone number, correct?

19  A    Yes, that was my phone number at the time.

20       MS. PHILLIPS:  Your Honor, I'd move Plaintiffs' 0067

21  into evidence, please.

22       THE COURT:  Admitted.

23       (Plaintiff Exhibit 0067 marked.)

24       (Plaintiff Exhibit 0067 admitted.)

25       MS. PHILLIPS:  And we'll just go down to line -- can

N. Damigo - Direct

1   Q    Were you asked this question?

2        "Okay.  So, Mr. Damigo, you spoke on the phone with

3   Mr. Kessler in May, June, July, and August of 2017, correct?"

4        And you gave the answer:  "It looks so."

5   A    Do you know what page that is?  I'd like to look at it.

6   Q    Sure.  163.

7            THE COURT:  I hope this is really important.

8            MS. PHILLIPS:  I'll move on, Your Honor.

9   BY MS. PHILLIPS:

10  Q    Mr. Damigo, at Mr. Kessler's request, you agreed to

11  promote the event to IE members so that they would attend

12  Charlottesville 2.0, correct?

13  A    Yes.

14  Q    And Mr. Kessler wanted you to attend UTR as well, correct?

15  A    Yes, he did.

16  Q    And I believe you decided to attend at least by July 10th,

17  2017; does that sound right?

18  A    Yeah, that sounds about right.

19  Q    And Mr. Kline was a member and leader of IE in 2017,

20  correct?

21  A    Yes.

22  Q    He became a member of IE in September of 2016.  Are you

23  aware of that?

24  A    That sounds about right.

25  Q    And you and Mr. Kline shared the same views about Jewish

N. Damigo - Direct

1  and black people, correct?

2  A    Generally speaking.

3  Q    And you were the leader of Identity Evropa during the

4  planning of Charlottesville 2.0?

5  A    Say that again.

6  Q    Sure.  You were the leader of Identity Evropa during the

7  planning period for Charlottesville 2.0?

8  A    Yes.

9  Q    And you had a rule that IE members were not allowed to

10 partake in any activism without express permission, correct?

11 A    Yes.

12 Q    You had the authority to approve activism for IE members,

13 of course?

14 A    Yes.

15 Q    And Mr. Kline also had authority to approve activism for

16 IE?

17 A    Yes.  At a certain point, I don't remember exactly when,

18 but I was becoming overwhelmed and needed to start delegating

19 things out to something else.  So, yes, I had given him that

20 permission; but it wasn't like a blanket ability to do any type

21 of activism.  It was only for specific types of activism.

22 Q    You trusted Mr. Kline to approve activism for IE members,

23 correct?

24 A    Yes, after I had a number of conversations with him about

25 what I expected.

N. Damigo - Direct

1  Q    Yeah.  You had several conversations with him, right,

2  about what was acceptable and what wasn't?

3  A    Yes.

4  Q    And you understood that Mr. Kline was working with

5  Mr. Kessler to organize Charlottesville 2.0, right?

6  A    That was my understanding.

7  Q    And you knew that Mr. Kline was one of the primary

8  organizers of the event, right?

9  A    I knew he was very, very involved with Kessler on it, and

10  he had been very helpful for us with previous events.

11  Q    Okay.  And Mr. Kline checked in with you during the

12  planning of Charlottesville 2.0?

13  A    From time to time he would give me updates as to what him,

14  Kessler, and whoever else they were working with had decided on

15  things.

16  Q    And you relied on him to coordinate with the other groups

17  that were planning to participate in the event?

18  A    I mostly relied on him just to give me information about

19  what was going on.

20  Q    Okay.  Were you asked this question and did you give this

21  answer in your deposition?

22      Question:  "And you relied on Mr. Kline to coordinate with

23  other groups that were planning to participate in UTR?"

24      Answer:  "For any information involved with, yes, making

25  decisions on that, yes."

N. Damigo - Direct

1     Do you remember testifying to that?

2   A    That sounds about like what I just said.  What page is

3   that?

4   Q    Sure.  224, line 25, to 225:5.

5          THE COURT:  Well, if it sounds about like what he

6   said, isn't that enough?

7          MS. PHILLIPS:  It wasn't what he said, Your Honor.

8   It was not what he said.  What he said was he relied on

9   Mr. Kline to give him information.

10         THE COURT:  He said, "That sounds about like what I

11  said."

12         MS. PHILLIPS:  I understand, except for if you look

13  at what his answer was, it was "I relied on Mr. Kline to

14  provide me information."  What he testified to in his

15  deposition was that he relied on Mr. Kline -- yes, the answer

16  to my question, which was to coordinate with other groups, was

17  yes.  So that's not what he testified to here.

18         THE COURT:  Well, he just said today -- you said

19  something and he said, "That sounds about like what I said."

20         MS. PHILLIPS:  I understand that's what he said, and

21  I'm showing him that that's not what he just testified to.

22         THE COURT:  Well, what did you read to him -- what

23  question did you ask first?  Then he agreed with you, and now

24  you're saying that you asked him -- tell him he said

25  something -- did you suggest he said something he didn't say?

N. Damigo - Direct

1          MS. PHILLIPS:  My question, Your Honor, was:  "You

2     relied on Mr. Kline" --

3          THE COURT:  Okay.  Look.  I don't want to add to the

4     time.  My fault.  Go ahead.

5          THE WITNESS:  Which page was that that you're looking

6     at?

7          MS. PHILLIPS:  It was on 224.

8          THE COURT:  And it would really help if you would

9     just start out giving the page and let him -- and not go

10    through all of this stuff and then go to the page where he's

11    going to stop and look for it.

12         MS. PHILLIPS:  Understood.  Thank you.

13    BY MS. PHILLIPS:

14    Q    Mr. Damigo, we'll move on.

15         IE was paying Mr. Kline a salary during the time period

16    that he was planning Charlottesville 2.0 with Mr. Kessler,

17    correct?

18    A    I don't recall the specific dates.  I know at some point

19    that summer we were looking at starting to pay him.

20    Q    Okay.  Thank you.  Just to refresh your recollection,

21    we'll put up Plaintiffs' 1273C.

22         (Plaintiff Exhibit 1273C marked.)

23         MS. PHILLIPS:  Mr. Spalding, if you can -- yeah.  Can

24    you show him his phone number, please?

25    BY MS. PHILLIPS:

N. Damigo - Direct

1  Q    Do you recognize this as a text message between you and

2  Mr. Kline?

3  A    Yes, I do.

4  Q    And you say, "I'm going to move forward tomorrow to get

5  you on the payroll," correct?

6  A    Yes, I see that.

7  Q    And this is dated July 1st, 2017?

8  A    Yes, it is.

9  Q    So does it refresh your recollection now that Mr. Kline

10 was on the payroll July 2 or around that time?

11 A    That we were working to get him on the payroll.  I'm not

12 sure how long that took.

13 Q    Understood.  And at some point you --

14        MS. PHILLIPS:  You can take that down, Mr. Spalding.

15 Thank you.

16 BY MS. PHILLIPS:

17 Q    At some point, Mr. Damigo, you nominated Mr. Kline to be

18 the IE PR representative for Charlottesville 2.0, correct?

19 A    I don't recall.  It's been a really long time.  It's been,

20 like, four years.

21 Q    Understood.  I will see if this refreshes your

22 recollection.

23        MS. PHILLIPS:  Mr. Spalding, if you can bring up

24 Plaintiffs' 1303, please.

25        (Plaintiff Exhibit 1303 marked.)

N. Damigo - Direct

1  BY MS. PHILLIPS:

2  Q    Does that refresh your recollection, Mr. Damigo?

3  A    That's language that Mr. Kessler used, not myself.

4  Q    I understand that.  I'm asking you if it refreshes your

5  recollection that you nominated Mr. Kline to be the IE PR

6  representative.

7  A    I never used those words with Kessler when I spoke with

8  him.  When I had spoke with Kessler, I told him I probably

9  wasn't even going to go to the event because I was too busy.  I

10 was in college and had a girlfriend, had a lot going on, and it

11 was my understanding that Kline was already talking with him.

12 So I said, yeah, just, you know, go ahead and talk to Kline,

13 and he'll fill me in on whatever.

14 Q    Okay.  Thank you.  You can take that down.

15      Moving on to Mr. Spencer, you exchanged text messages with

16 Mr. Spencer that summer of 2017, correct?

17 A    I'm sure I did.

18 Q    You had Skype calls with him that summer leading up to

19 Charlottesville 2.0?

20 A    Probably.

21 Q    Okay.  And telephone conversations with him each month in

22 the spring and summer of 2017?

23 A    I know we had calls quite often.  I was trying to help him

24 with a college tour that he was trying to do and put on.  So we

25 were talking about various projects, I think, at that time.

N. Damigo - Direct

1  you did so in this text?

2  A    Yes, I guess.

3           MR. SPENCER:  Objection, she's misstating evidence.

4  That's August 4th, 2017, the fash loft was in Alexandria,

5  Virginia.  This is deceptive presentation of evidence.

6           THE COURT:  You can object, but I don't --

7           MR. SPENCER:  What is the name of that exhibit?

8           MS. PHILLIPS:  Sure.  It is -- the number is 3084A.

9  And it's into evidence now.

10          We can take that down.  Thank you.

11   BY MS. PHILLIPS:

12  Q    Mr. Damigo, you would agree that IE, your organization,

13  helped with a lot of the planning and organizing for UTR,

14  correct?

15  A    There were a lot of members involved with the organizing,

16  yes.

17  Q    Okay.  Great.  And that included Mr. Kline acting as one

18  of the primary organizers, right?

19  A    Yes.  He was very involved with Kessler from my

20  understanding.

21  Q    Okay.  And Erica Alduino was also involved for a time with

22  the organizing; is that correct?

23  A    I think so.

24  Q    She was an IE member?

25  A    Yes.

N. Damigo - Direct

1  Q    And a Discord user called Ajax, he was also an IE member,

2  correct?

3  A    Yes, he was.

4  Q    Okay.  And he was involved with some organizational

5  aspects of Charlottesville 2.0?

6  A    I'm not sure.

7  Q    Okay.  And you gave IE -- excuse me, IE members permission

8  to attend Charlottesville 2.0, correct?

9  A    Yes, I did.

10  Q    And IE members, at least some of them did attend, correct?

11  A    Yes.

12  Q    Okay.  And you approved equipment for IE members to use at

13  UTR, correct?

14  A    Yes.  Originally I had planned on banning --

15  Q    It was a yes or no question, Mr. Damigo.

16  A    Yes, I had.

17  Q    You approved the use of shields, correct?

18  A    Yes, I did.

19  Q    You approved the use of helmets, correct?

20  A    Yes, I did.

21  Q    You approved the use of gloves, correct?

22  A    Yes, I did.

23          THE COURT:  All right.  We'll take about a 15-minute

24  recess -- 20-minute recess.

25  **(Jury out, 3:03 p.m.)**

N. Damigo - Direct

1  Q    October 16, 2016, correct?

2  A    Yes.

3          MS. PHILLIPS:  We'd move to admit Plaintiffs' 0880,

4  Your Honor, and publish it to the jury.

5          THE COURT:  Be admitted.

6          (Plaintiff Exhibit 0880 marked.)

7          (Plaintiff Exhibit 0880 admitted.)

8  BY MS. PHILLIPS:

9  Q    And in this post you write:  "@everyone I need someone to

10 make a fake Antifa account and stand by for further

11 instructions."

12     You posted that, correct?

13 A    Yes, I did.

14          MS. PHILLIPS:  Mr. Spalding, let's show 0881.

15 BY MS. PHILLIPS:

16 Q    Again, Mr. Damigo, I'll ask you if you recognize this

17 Discord post by you, Fashy Haircut, also made on October 16,

18 2016?

19 A    Yes, I do.

20          MS. PHILLIPS:  And I'd move to admit that as well,

21 Your Honor -- that's Plaintiffs' 0881 -- and publish that to

22 the jury, please.

23          THE COURT:  Be admitted and may be published.

24          (Plaintiff Exhibit 0881 marked.)

25          (Plaintiff Exhibit 0881 admitted.)

N. Damigo - Direct

1  BY MS. PHILLIPS:

2  Q    And you post:  "Actually, as many people as possible need

3  to create accounts.  Create multiple if possible.  Make them as

4  realistic as you can, and then post the link to the account

5  here so other people can follow them, making them look more

6  realistic.  I need a small, fake Antifa army."

7       And you posted that, correct?

8  A    Yes, I did.

9          MS. PHILLIPS:  Can you take that down, Matt?  Thank

10  you.

11   BY MS. PHILLIPS:

12  Q    On August 12th, Mr. Damigo, you decided to stay at

13  Emancipation Park after the state of emergency was declared and

14  defy police orders, correct?

15  A    Yes, that is correct.

16  Q    And I believe you previously testified that Richard

17  Spencer, Brodie Sutherland, Kilian Glish, and Evan McLaren

18  stayed with you in the park; is that correct?

19  A    Are you -- are you referring to something in the

20  deposition?

21  Q    I am, yes.

22  A    Oh.

23  Q    I can just read it into the record again.

24       Question:  "Who else" --

25          THE COURT:  Just a minute.  Was that the juror or was

N. Damigo - Direct

1   that -- the person who left?  Who left the courtroom?

2            BAILIFF:  That was a reporter.

3            THE COURT:  Oh.  Go ahead.  I'm sorry.

4    BY MS. PHILLIPS:

5   Q    Were you asked this question and did you give this answer?

6        Question:  "Who else decided to stay with you?"

7        Answer:  "There were a number of other people.  I recall

8   Richard Spencer being there.  I recall Brodie being there.  I

9   recall Kilian being there.  And I think Evan McLaren was there,

10  too."

11       Question -- we'll leave it at that.  So --

12  A    Sounds about right.

13  Q    And you were arrested after you refused to leave the park?

14  A    Yes, I was.

15  Q    On the evening of August 12th, 2017, you attended an

16  afterparty to celebrate with other rally attendees, correct?

17  A    Yes, I did.

18  Q    And people were celebrating, drinking, talking, and

19  enjoying themselves?

20  A    Yes, they were.

21  Q    And in the wake of Charlottesville 2.0, you stated that

22  you believed it was a huge success, correct?

23  A    Yes.  At the time I did state that and did believe that.

24  Q    And you left Charlottesville and went and stayed with

25  Mr. Spencer for a few days after Charlottesville 2.0, correct?

N. Damigo - Direct

1          (Plaintiff Exhibit 0846 marked.)

2          (Plaintiff Exhibit 0846 admitted.)

3    BY MS. PHILLIPS:

4    Q    In this post, another IE member posts:  "Today is a net

5    victory.  All of our guys who were there are great men."

6          Do you see that?

7    A    Yes, I do.

8          MS. PHILLIPS:  You can take that down.  Thank you.

9     BY MS. PHILLIPS:

10   Q    Now, after August 12th, 2017, Mr. Damigo, you were praised

11   by IE members, correct?

12   A    Yes, I believe some did.

13          MS. PHILLIPS:  Mr. Spalding, if we could put up

14   Plaintiffs' 0848, please.

15   BY MS. PHILLIPS:

16   Q    Do you see if you look, Mr. Damigo, the fourth post down

17   is by you, Fashy Haircut, on August 14, 2017.

18          Do you see that?

19   A    Yes, I do.

20          MS. PHILLIPS:  Your Honor, we'd move

21   Plaintiffs' 0848, please, and publish it to the jury.

22          THE COURT:  Be admitted.  You may publish.

23          (Plaintiff Exhibit 0848 marked.)

24          (Plaintiff Exhibit 0848 admitted.)

25    BY MS. PHILLIPS:

N. Damigo - Direct

1  Q    And the body says -- I'm sorry.

2       First, this is a text message from August 14th, 2017,

3  correct?

4  A    Yes, it is.

5  Q    And the body says:  "Should we shut down the intel server?

6  Should I issue an announcement reminding our members not to

7  talk to the police?"

8  A    Yes, I see that.

9  Q    We'll put up your response.

10           MS. PHILLIPS:  If we can put up 1851B, please.

11   BY MS. PHILLIPS:

12  Q    And Mr. Damigo, do you recognize this again as a text

13  message between you and Patrick Casey?

14  A    Yes, I see that.

15  Q    This is also from August 14th, 2017?

16  A    Yes, I see that.

17  Q    And your response is:  "Yes, on both accounts," correct?

18  A    Correct.

19  Q    You can put that down.  Thank you.

20           MS. PHILLIPS:  Oh, I'm sorry.  Mr. Spalding reminds

21  me that I should move this into evidence, Your Honor.  I would

22  like to admit 1851B and publish it to the jury, please.

23           THE COURT:  Be admitted.

24           MS. PHILLIPS:  Thank you.

25           (Plaintiff Exhibit 1851B marked.)

N. Damigo - Direct

1              (Plaintiff Exhibit 1851B admitted.)

2      BY MS. PHILLIPS:

3      Q    Mr. Damigo, at the conclusion of Charlottesville 2.0, you

4      praised Mr. Kline for his work in organizing the event,

5      correct?

6      A    I do not recall if I did or not.

7      Q    Were you asked this question and did you give this answer?

8           Question:  "So Mr. Kline was celebrated as doing an

9      excellent job and deserving the highest praise from the entire

10     organization, correct?"

11          Answer:  "Yes."

12          Do you remember that?

13     A    No.  Is that somewhere in the deposition we went over?

14     Q    It is.  If you look in the 6-22 deposition, the second

15     one, at 2:39.

16               THE COURT:  If you'll tell me the -- just state the

17     line.

18               MS. PHILLIPS:  Sure.  It's lines 17 through 20 in

19     your 6-22-2020 deposition.

20               THE COURT:  Members of the jury, the record shows

21     that question was asked and that was his answer.

22               MS. PHILLIPS:  Thank you, Your Honor.

23     BY MS. PHILLIPS:

24     Q    Approximately two weeks after Charlottesville 2.0, you

25     turned Identity Evropa over to Mr. Kline because you trusted

N. Damigo - Cross

1   him to lead the organization that you founded, correct?

2   A    I had begun to hand it over to him.  He was operating as

3   the --

4   Q    Is the answer yes?

5   A    Well, no, because I never really fully handed it over to

6   him.

7   Q    Okay.  Were you asked this question and did you give this

8   answer?

9        Question:  "Shortly after the Unite the Right rally you

10  turned Identity Evropa over to Mr. Kline, correct?"

11       Answer:  "That is correct."

12  A    As the CEO.

13           MS. PHILLIPS:  I have no further questions, Your

14  Honor.

15           THE COURT:  Thank you.  All right.

16           Who wants to cross?

17           MR. KOLENICH:  No questions, Your Honor.

18                      CROSS-EXAMINATION

19   BY MR. SPENCER:

20  Q    Hello.  My name is Richard Spencer and I am acting on my

21  own behalf.

22       So, Mr. Damigo, you were the founder and leader of

23  Identity Evropa?

24  A    Yes, that is correct.

25  Q    Was I, Richard Spencer, ever a member of Identity Evropa?

N. Damigo - Cross

1  Q    On August 12th, just to remind everyone, were we staying

2  in the same house or anything like that?  Were we

3  communicating?

4  A    No.

5  Q    Okay.  Do you remember seeing me on August 12th?

6  A    I might have seen you in the -- yeah, I did see you August

7  12th, yeah.

8  Q    Okay.  So when we -- everyone had to deal with entering

9  the park, entering Lee or Emancipation Park on August 12th.

10 How did you do that?

11 A    There had been a bunch of vans that had been rented out

12 and they were supposed to, from what I was told, they were

13 supposed to go directly to the front of the park and drop

14 people off so they didn't have to walk between

15 counter-protesters and there wouldn't be any sort of scuffles

16 or any problems.  And for whatever reason, I was told by Kline

17 that morning that the law enforcement was changing up

18 everything --

19          MS. PHILLIPS:  Objection, Your Honor.

20          THE WITNESS:  -- and they weren't --

21          MS. PHILLIPS:  I would object on the basis of

22 hearsay.  He's testifying about what somebody else told him.

23          THE COURT:  All right.  Sustained.

24  BY MR. SPENCER:

25 Q    You mentioned these vans.  Who rented these vans?

N. Damigo - Cross

 1  A    I'm not sure who actually went and rented them, but we had

 2  been asked to donate -- we as in IE had been asked to donate

 3  money for them.  And it was explained to me that it would be

 4  for the purpose of getting everyone to the park safely.  And so

 5  I thought it was a good idea and I put the money up.  I think

 6  it was like $600 or maybe a little bit more.  I don't remember

 7  the exact amount.

 8  Q    Did I put up any money for these vans to your knowledge?

 9  A    Not to my knowledge, no.

10  Q    Did I ride in these vans?

11  A    I do not know.

12  Q    Okay.  That's fine.  So how did you enter the park on

13  August 12th; do you remember?

14  A    So myself and multiple other people were dropped off about

15  two blocks away from the park, and I remember it being strange

16  because I thought we were supposed to be getting out right at

17  the park.  And again, I was told, no, everything has been

18  changed up.  So we're getting out here two blocks away.  And as

19  I turned around, I think -- is that Market Street that was the

20  road that everybody was going down?

21  Q    I believe so, if I can represent that.

22  A    So there was just a lot of people heading in that

23  direction.  We all kind of just jumped in.  There was -- as we

24  got closer to the park, there were counter-protesters

25  surrounding us on all sides, and we just -- I was a little

N. Damigo - Recross

1        MS. KAPLAN:  Your Honor, he already crossed -- he

2   already spoke.

3        MR. SPENCER:  I know.  I missed something under our

4   notes.

5        MS. KAPLAN:  Your Honor, we're under great time

6   pressure here.  He doesn't get two chances to cross-examine.

7        THE COURT:  Well, no, you don't get two chances, but

8   I've never been in a case where somebody said they forgot to

9   ask a question and we didn't let them ask it.

10       MR. SPENCER:  Thank you.  I'll be very brief.

11                    RECROSS-EXAMINATION

12  BY MR. SPENCER:

13  Q    You testified today that Eli Kline, also known as Eli

14  Mosley, joined Identity Evropa in September of 2016.  Does that

15  sound about right?

16  A    Yes.

17  Q    Was Eli Kline in my employ or, to your knowledge, did I

18  know Eli Kline at that point when he joined?

19       THE COURT:  He doesn't know who you know.

20       MR. SPENCER:  Fair enough.

21  BY MR. SPENCER:

22  Q    Was Eli Kline ever on the IE payroll?  There was a

23  discussion of this mention made.

24  A    I believe he was shortly.  It was a very short period of

25  time, but I think he was.

Sines, et al. v. Kessler, et al., 3:17CV72, 11/10/2021

1                    C E R T I F I C A T E

2        I, Lisa M. Blair, RMR/CRR, Official Court Reporter for

3   the United States District Court for the Western District of

4   Virginia, appointed pursuant to the provisions of Title 28,

5   United States Code, Section 753, do hereby certify that the

6   foregoing is a correct transcript of the proceedings reported

7   by me using the stenotype reporting method in conjunction

8   with computer-aided transcription, and that same is a

9   true and correct transcript to the best of my ability and

10  understanding.

11       I further certify that the transcript fees and format

12  comply with those prescribed by the Court and the Judicial

13  Conference of the United States.

14       /s/ Lisa M. Blair                Date: November 10, 2021

15

16

17

18

19

20

21

22

23

24

25

# PLAINTIFFS' EXHIBIT 8

Sines, et al. v. Kessler, et al., 3:17CV72, 11/11/2021

1                    UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF VIRGINIA
2                     CHARLOTTESVILLE DIVISION

3    ****************************************************************

4    ELIZABETH SINES, ET AL.,      CIVIL CASE NO.:  3:17CV72
                                   NOVEMBER 11, 2021, 9:00 AM
5                                  JURY TRIAL, DAY 14
            Plaintiffs,
6    vs.

7                                  Before:
                                   HONORABLE NORMAN K. MOON
8                                  UNITED STATES DISTRICT JUDGE
     JASON KESSLER, ET AL.,        WESTERN DISTRICT OF VIRGINIA
9
            Defendants.
10
     ****************************************************************
11
     APPEARANCES:
12

13   For the Plaintiffs:      ALAN LEVINE, ESQUIRE
                              COOLEY LLP
14                            1114 Avenue of the Americas, 46th
                              Floor
15                            New York, NY  10036
                              212.479.6260
16
                              DAVID E. MILLS, ESQUIRE
17                            CAITLIN B. MUNLEY, ESQUIRE
                              JOSHUA SIEGEL, ESQUIRE
18                            COOLEY LLP
                              1299 Pennsylvania Avenue, NW,
19                            Suite  700
                              Washington, DC  20004
20                            202.842.7800

21

22   Court Reporter:  Lisa M. Blair, RPR, RMR, CRR, FOCR
                       255 West Main Street, Suite 304
23                     Charlottesville, Virginia  22902
                       434.296.9284
24
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY;
25   TRANSCRIPT PRODUCED BY COMPUTER.

Sines, et al. v. Kessler, et al., 3:17CV72, 11/11/2021

1   APPEARANCES CONTINUED:

2   For the Plaintiffs:        YOTAM BARKAI, ESQUIRE
                               EMILY C. COLE, ESQUIRE
3                              ROBERTA A. KAPLAN, ESQUIRE
                               Kaplan Hecker & Fink LLP
4                              350 Fifth Avenue, Suite 7110
                               New York, NY  10118
5                              212.763.0883

6                              KAREN L. DUNN, ESQUIRE
                               WILLIAM A. ISAACSON, ESQUIRE
7                              JESSICA E. PHILLIPS, ESQUIRE
                               Paul, Weiss, Rifkind, Wharton &
8                              Garrison LLP
                               2001 K Street, NW
9                              Washington, DC  20006
                               202.223.7300

10

11  For the Defendants:        DAVID L. CAMPBELL, ESQUIRE
                               Duane, Hauck, Davis, Gravatt &
12                             Campbell, P.C.
                               100 West Franklin Street, Suite 100
13                             Richmond, VA  23220
                               804.644.7400

14
                               CHRISTOPHER CANTWELL, PRO SE
15                             #00991-509
                               USP Marion
16                             4500 Prison Road, PO Box 2000
                               Marion, IL  62959

17
                               BRYAN J. JONES, ESQUIRE
18                             Bryan J. Jones, Attorney at law
                               106 W. South Street, Suite 211
19                             Charlottesville, VA  22902
                               540.623.6952

20
                               JAMES E. KOLENICH, ESQUIRE
21                             Kolenich Law Office
                               9435 Waterstone Blvd., Suite 140
22                             Cincinnati, OH  45249
                               513.444.2150

23

24

25

```
 1   APPEARANCES CONTINUED:

 2   For the Defendants:          WILLIAM E. REBROOK, IV, ESQUIRE
                                  (Appearing via Zoom)
 3                                The ReBrook Law Office
                                  6013 Clerkenwell Court
 4                                Burke, VA  22015
                                  571.215.9006
 5
                                  JOSHUA SMITH, ESQUIRE
 6                                (Appearing via Zoom)
                                  Smith LLC
 7                                807 Crane Avenue
                                  Pittsburgh, PA  15216
 8                                917.567.3168

 9                                RICHARD SPENCER, PRO SE
                                  P.O. Box 1676
10                                Whitefish, MT  59937

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

A. Muniz - Direct

1  BY MS. PHILLIPS:

2  Q    Ms. Muñiz, do you recognize this photograph?

3  A    Yes, I do.

4         MS. PHILLIPS:  And Mr. Spalding, are you able to pull

5  the photograph down so that we -- there we go.  Thank you very

6  much.

7  BY MS. PHILLIPS:

8  Q    Do you see yourself in this photograph?

9  A    Yes, I do.

10         MS. PHILLIPS:  Your Honor, I'd like to introduce

11  Plaintiffs' 1692 and publish it to the jury, please.

12         THE COURT:  Be admitted.

13         (Plaintiffs' Exhibit1692 admitted.)

14  BY MS. PHILLIPS:

15  Q    Ms. Muñiz, again, can you circle yourself so the jury can

16  see you in this picture?

17  A    Yes.  (Witness complies.)  Maybe.

18  Q    Is that you right there?

19  A    Yes, that is me.

20  Q    What happened after you saw the vehicle come down and hit

21  individuals and these other cars?

22  A    Immediately after, I stood there for a few seconds and

23  looked at the carnage that was in front of me.  And very

24  quickly, that Dodge Challenger backed up, just as quickly as it

25  had come down the hill.  And when it did that, it hit more

A. Muniz - Direct

1   people.

2       You can kind of see in this picture -- let me see if I can

3   draw here.  This actually is Marcus Martin, and he's leaning on

4   a truck there.  And as I recall, he actually cleared that

5   truck, but there was another person standing right there as

6   this car was backing up.  And it squished her between the

7   Challenger and the truck, really right in my view.

8   Q    How did you feel when you saw the car backing away?

9   A    I was terrified.  And I had an immediate sense that the

10  only reason he would be backing away would be to come right

11  back at us to plow us all down.

12  Q    What did you do after that?

13  A    Many people started yelling, "Run, run, run."  And I did.

14  I ran down the hill in that direction and around the corner.

15  This is the Charlottesville Albemarle Community Foundation

16  building, and there's an alcove right on Water Street, and I

17  tucked in there to hide.

18  Q    At some point, did you leave the scene?

19  A    Yes.  I left there rather quickly because other people

20  were doing the same thing and they filled it up.  And I had

21  already experienced feeling like I was going to get trampled

22  when I was running there.  I had stepped over injured people,

23  and so I was very fearful of getting trampled.  And I left that

24  alcove and crossed Water Street, and then turned back to look

25  at what had just happened.

A. Muniz - Direct

1   once a week, and then once a month.  Now I'm really seeing her

2   on an as-needed basis, but, you know, every few months we have

3   a check-in.

4   Q   Did that certified trauma specialist ever provide you with

5   a diagnosis?

6   A   She did.  In fact, she's provided me with two diagnoses.

7      The first was acute stress disorder, which -- people are

8   more familiar with the second diagnosis, which is

9   post-traumatic stress disorder.  Acute stress disorder is

10   similar to that, but it's bound by a time frame.  It happens to

11   trauma victims either immediately at trauma or within the first

12   month.  If you go longer than those first four weeks, it turns

13   into, diagnostically, PTSD.

14   Q   Do you suffer from triggers, Ms. Muñiz?

15   A   Oh, yes.

16   Q   What kind of things trigger you?

17   A   A variety of things trigger me.  A lot of them are related

18   to cars, no doubt.  Whenever I see a Dodge Challenger -- the

19   Charlottesville Police Department has a Dodge Challenger with

20   tinted windows that looks just like that, so I see that pass by

21   me more often than I'd like.

22      For a while, lots of white cars in a row would trigger me,

23   because there were so many just rented white vans and cars in

24   town that day.

25      The sound of a helicopter triggers me because there was a

Sines, et al. v. Kessler, et al., 3:17CV72, 11/11/2021

1              C E R T I F I C A T E

2        I, Lisa M. Blair, RMR/CRR, Official Court Reporter for

3    the United States District Court for the Western District of

4    Virginia, appointed pursuant to the provisions of Title 28,

5    United States Code, Section 753, do hereby certify that the

6    foregoing is a correct transcript of the proceedings reported

7    by me using the stenotype reporting method in conjunction

8    with computer-aided transcription, and that same is a

9    true and correct transcript to the best of my ability and

10   understanding.

11        I further certify that the transcript fees and format

12   comply with those prescribed by the Court and the Judicial

13   Conference of the United States.

14        /s/ Lisa M. Blair              Date: November 11, 2021

15

16

17

18

19

20

21

22

23

24

25

# PLAINTIFFS' EXHIBIT 9

Sines, et al. v. Kessler, et al., 3:17CV72, 11/12/2021

1                   UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF VIRGINIA
2                     CHARLOTTESVILLE DIVISION

3   ****************************************************************

4   ELIZABETH SINES, ET AL.,      CIVIL CASE NO.:  3:17CV72
                                  NOVEMBER 12, 2021, 8:56 AM
5                                 JURY TRIAL, DAY 15
            Plaintiffs,
6   vs.

7                                 Before:
                                  HONORABLE NORMAN K. MOON
8                                 UNITED STATES DISTRICT JUDGE
    JASON KESSLER, ET AL.,        WESTERN DISTRICT OF VIRGINIA
9
            Defendants.
10
    ****************************************************************
11
    APPEARANCES:
12

13  For the Plaintiffs:           EMILY C. COLE, ESQUIRE
                                  ALEXANDRA K. CONLON, ESQUIRE
14                                ROBERTA A. KAPLAN, ESQUIRE
                                  JONATHAN R. KAY, ESQUIRE
15                                Kaplan Hecker & Fink LLP
                                  350 Fifth Avenue, Suite 7110
16                                New York, NY  10118
                                  212.763.0883
17

18

19

20

21

22  Court Reporter:  Lisa M. Blair, RPR, RMR, CRR, FOCR
                     255 West Main Street, Suite 304
23                   Charlottesville, Virginia  22902
                     434.296.9284
24
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY;
25  TRANSCRIPT PRODUCED BY COMPUTER.

Sines, et al. v. Kessler, et al., 3:17CV72, 11/12/2021

1 APPEARANCES CONTINUED:

2 For the Plaintiffs:   NICHOLAS A. BUTTO, ESQUIRE
             KAREN L. DUNN, ESQUIRE
3           MAKIKO HIROMI, ESQUIRE
             WILLIAM A. ISAACSON, ESQUIRE
4           JESSICA E. PHILLIPS, ESQUIRE
             Paul, Weiss, Rifkind, Wharton &
5           Garrison LLP
             2001 K Street, NW
6           Washington, DC  20006

7 For the Defendants:   DAVID L. CAMPBELL, ESQUIRE
             Duane, Hauck, Davis, Gravatt &
8           Campbell, P.C.
             100 West Franklin Street, Suite 100
9           Richmond, VA  23220
             804.644.7400
10

             CHRISTOPHER CANTWELL, PRO SE
11          #00991-509
             USP Marion
12          4500 Prison Road, PO Box 2000
             Marion, IL  62959
13

             BRYAN J. JONES, ESQUIRE
14          Bryan J. Jones, Attorney at law
             106 W. South Street, Suite 211
15          Charlottesville, VA  22902
             540.623.6952
16

             JAMES E. KOLENICH, ESQUIRE
17          Kolenich Law Office
             9435 Waterstone Blvd., Suite 140
18          Cincinnati, OH  45249
             513.444.2150
19

             WILLIAM E. REBROOK, IV, ESQUIRE
20          The ReBrook Law Office
             6013 Clerkenwell Court
21          Burke, VA  22015
             571.215.9006
22

             JOSHUA SMITH, ESQUIRE
23          (Appearing via Zoom)
             Smith LLC
24          807 Crane Avenue
             Pittsburgh, PA  15216
25          917.567.3168

```
 1  APPEARANCES CONTINUED:

 2  For the Defendants:        RICHARD SPENCER, PRO SE
                               P.O. Box 1676
 3                             Whitefish, MT  59937

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

S. Reavis - Direct

1    the jury.

2         MR. CANTWELL:  Thank you.

3         MS. DUNN:  Thank you.

4         THE COURT:  Thank you.

5    **(Jury in, 9:02 a.m.)**

6         THE COURT:  All right.  Good morning, ladies and

7    gentlemen.  Happy to see you all here today.  We are ready to

8    proceed.  Next witness?

9         MS. KAPLAN:  Your Honor, plaintiffs call Sharon

10   Reavis to the stand.  And I think Ms. Dunn just went outside to

11   get her.

12        SHARON L. REAVIS, CALLED BY THE PLAINTIFFS, SWORN

13        MS. PHILLIPS:  May I begin?

14        THE COURT:  You may proceed.

15                   DIRECT EXAMINATION

16   BY MS. PHILLIPS:

17   Q    Good morning, Ms. Reavis.

18   A    Good morning.

19   Q    Will you please state your full name?

20   A    Sure.  Sharon L. Reavis, R-E-A-V-I-S.

21   Q    Ms. Reavis, will you please describe your educational

22   background?

23   A    I'm a registered nurse.  I'm a graduate from a

24   hospital-based school of nursing.  I have a bachelor's degree

25   in healthcare administration, a master's degree in

S. Reavis - Direct

1      And then I went about developing the life care plan by

2   having a conference with Dr. Gwathmey, who was his surgeon, and

3   still is, at UVA.  And we collaborated on the plan and then I

4   brought Mr. Baker in on the plan to see if that was a plan he

5   was willing to follow and felt that it was helpful to him.

6      After that I went about to develop the cost of the care

7   and to find the services; in other words, where was he going to

8   get this and what was it going to cost?  And the way I do that,

9   I have a market survey that I utilize.  That means I talk

10  directly to the providers to determine what the care would cost

11  and if they have the availability and the proper qualifications

12  to provide the care.  And then I do comparisons.

13     And medical care is coded.  For instance, if you go to

14  your doctor and it's just a short visit, you know, under 20

15  minutes, then he's going to charge you a 99213 CPT code.

16  That's the codes they go by.  If you go in the hospital,

17  they're going to give you an ICD-9 code.  So those are the

18  things that identify what service you're getting, the extent of

19  service, and what the cost would be, so I can go back and make

20  comparisons based on what is available and whether it's a

21  reasonable cost within that particular code.

22  Q    Ms. Reavis, may I show you a chart we marked PX-4020.

23  Mr. Spalding, if you'd bring up the first slide, please.

24     Is this a chart summarizing your life care plan for

25  Mr. Baker?

S. Reavis - Direct

1          THE COURT:  Be admitted.

2          (Plaintiff Exhibit 4021 admitted.)

3    BY MS. PHILLIPS:

4    Q    Ms. Reavis, there are some additional categories listed

5    under Mr. Martin's life care plan that we did not see, for

6    example, in Mr. Baker's.  Can you describe, for example, the

7    vocational services category?

8    A    Sure.  Mr. Martin has an injury to his right ankle that

9    has been problematic ongoing.  He did have surgical procedures,

10   but he continues to have chronic pain.  And there are areas

11   that are difficult for him and areas he should avoid.  He's had

12   several occupations that haven't been successful for him.  And

13   just recently he started another job, which is heavy equipment.

14   It does allow him to be sedentary, but he has difficulty

15   getting in and out of the equipment because he has to slide

16   down out of the heavy equipment so that he won't re-injure his

17   ankle and avoid pain.  And it's also probably not the best job

18   for him because of the vibration.  He has trouble with uneven

19   terrain, etc.

20       So I really think the best thing for him, and in

21   discussion with Dr. Gwathmey, is to have some counseling to see

22   if we can find a job that might be a little less rigorous for

23   him and not aggravate his chronic pain.  It might require

24   retraining, it might require additional education, but that

25   would be in his best interest to avoid potential other surgical

E. Sines - Direct

1  And I see her regularly now.

2  Q    Was there anything that particularly prompted you to start

3  therapy?

4  A    Yeah.  I think things were just getting -- like, it was

5  just getting a lot tougher to be able to focus on my work.  And

6  I was here this summer for a few days because my friends --

7  well, I guess it was only one day.  We were on a road trip and

8  we stopped in Charlottesville, and I was walking right on the

9  corner with my friends.  We picked up Roots, and we were --

10  which is a restaurant, bringing food from a restaurant.  We

11  were talking towards the statue and I had, like, a flashback of

12  everything that had happened and I started to have a panic

13  attack.  And I had never had a panic attack in public before.

14  That was very new to me.  And it just felt like I needed help.

15  And I finally realized, like, I wasn't going to be able to do

16  it on my own.

17  Q    Have you received any diagnoses in the treatment you were

18  getting?

19  A    Yes, I have.  I've been diagnosed with PTSD from the

20  events of 8-11 and 8-12, and major depressive disorder related

21  to my PTSD.

22  Q    What kind of symptoms do you have associated with the

23  PTSD?

24  A    Yeah, I have flashbacks, nightmares, and just generalized

25  anxiety about those events.

J. Schoep - Cross

1           C E R T I F I C A T E

2      I, Lisa M. Blair, RMR/CRR, Official Court Reporter for

3  the United States District Court for the Western District of

4  Virginia, appointed pursuant to the provisions of Title 28,

5  United States Code, Section 753, do hereby certify that the

6  foregoing is a correct transcript of the proceedings reported

7  by me using the stenotype reporting method in conjunction

8  with computer-aided transcription, and that same is a

9  true and correct transcript to the best of my ability and

10  understanding.

11      I further certify that the transcript fees and format

12  comply with those prescribed by the Court and the Judicial

13  Conference of the United States.

14      /s/ Lisa M. Blair                Date: November 12, 2021

15

16

17

18

19

20

21

22

23

24

25