# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Nathan Benjamin Damigo,<br><br>Debtor(s). | Bankruptcy Case No.<br>19-90003-E-7 |
| Elizabeth Sines, et al.,<br><br>Plaintiff(s),<br>v.<br>Nathan Benjamin Damigo,<br><br>Defendant(s). | Adversary Proceeding No.<br>19-09006-E |

## APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

    Pursuant to Local Rule 1001-1(c) of the United States Bankruptcy Court for the Eastern District of California and Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Caitlin B. Munley hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Elizabeth Sines, et al.

    On 11/6/2014; 11/20/2014; and 9/8/2017 (date), I was admitted to practice and am presently am in good standing in the State of New Jersey, Commonwealth of Pennsylvania, and Washington, D.C., respectively (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association, and there are not disciplinary proceedings against me.

    [ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

    The $300.00 fee prescribed for filing an application for admission to practice pro hac vice has been paid to the Clerk, U.S. District Court, Eastern District of California. (U.S. District Court receipt number 20013497). **[NOTE: U.S. District Court receipt number indicating payment is REQUIRED. Applications submitted without a valid U.S. District Court receipt number will NOT be processed.]**

Date: June 24, 2025      Signature of Applicant: *Caitlin Munley*

EDC 2-602, Rev. 12/18/23

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Caitlin B. Munley |
| Law Firm Name: | Cooley LLP |
| Address: | 1299 Pennsylvania Avenue, NW, Suite 700 |
| City: | Washington, DC    State:    Zip: 20004 |
| Phone Number | ( 202 ) 776-2557 |
| City and State of Residence: | Washington, DC |
| Primary E-mail Address: | cmunley@cooley.com |
| Secondary E-mail Address: | |

**Local Attorney**

    I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Robert L. Eisenbach III |
| Law Firm Name: | Cooley LLP |
| Address: | 3 Embarcadero Center, 20th Floor |
| City: | San Francisco    State: CA    Zip: 94111 |
| Phone Number: | ( 415 ) 693-2000 |
| State Bar Number: | CA 124896 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 25, 2025

By the Court

*[signature]*
Ronald H. Sargis, Judge
United States Bankruptcy Court

Generated: Jun 24, 2025 10:43AM

Page 1/1

## U.S. District Court

### California Eastern - Sacramento

Receipt Date: Jun 24, 2025 10:43AM

First Legal Buyer, Inc.
2501 Davidson Drive, STE #300
Monterey Park, CA 91754

Rcpt. No: 200013497     Trans. Date: Jun 24, 2025 10:43AM     Cashier ID: #VK (6500)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DCAE225LB000063 /001<br>PRO HAC<br>**FBO**: Caitlin B. Munley | 1 | 300.00 | 300.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1489 | 06/24/2025 | | $300.00 |
| | | | | Total Due Prior to Payment: | $300.00 |
| | | | | Total Tendered: | $300.00 |

**Comments**: Bankruptcy Case no. 19-90003-E-7

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **CAITLIN BRIDGET MUNLEY** (No. **118212014**) was constituted and appointed an Attorney at Law of New Jersey on **November 06, 2014** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 11th day of June, 2025.*

*Clerk of the Supreme Court*



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Caitlin Bridget Munley, Esq.*

**DATE OF ADMISSION**

*November 20, 2014*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: June 23, 2025**

*Nicole Traini*
Nicole Traini
Chief Clerk



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# *Caitlin Bridget Munley*

*was duly qualified and admitted on September 8, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on June 10, 2025.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*