# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

**Case Title:** Nathan Benjamin Damigo
**Adversary Title:** Sines et al v. Damigo

**Case No.:** 19-90003 - E - 7
**Adv No.:** 19-09006
**Docket Control No.** RLE-1
**Date:** 06/26/2025
**Time:** 10:30 AM

**Matter:** [93] - Motion/Application For Summary Judgment [RLE-1] Filed by Plaintiffs Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (smis)

**Judge: Ronald H. Sargis**
**Courtroom Deputy: Kamee Thao**
**Reporter: Not Recorded**
**Department: E**

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

## CIVIL MINUTES

HEARING TO BE HELD ON 7/10/2025 at 10:30 AM at Sacramento Courtroom 33, Department E

See Findings of fact and conclusions of law below

> **The hearing has been continued to 10:30 a.m. on July 10, 2025, by prior order of the Court (Dckt. 113).**