# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NATHAN BENJAMIN DAMIGO,<br><br>　　　　Debtor.<br><hr>ELIZABETH SINES, et al.,<br><br>　　　　Plaintiffs<br>v.<br><br>NATHAN BENJAMIN DAMIGO,<br><br>　　　　Defendant. | Case No.: 19-90003-E-7<br><br>Adv. Proc. No.: 19-9006<br><br>Adv. Proceeding Status Conference, CAE-1<br><br>Plaintiff Mtn for Summary Judgment, RLE-1<br><br>Defendant Mtn for Summary Judgment, Dckt. 89 (No DCN provided)<br><br>DATE:　　July 31, 2025<br>TIME:　　10:30 a.m.<br>DEPT:　　E |

**ORDER CONTINUING
(1) STATUS CONFERENCE [CAE-1];
(2) DEBTOR'S MOTION FOR SUMMARY JUDGMENT
[No Docket Control Number Provided]; and
(3) PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [RLE-1]**

The Parties having filed Cross Summary Judgment Motions, the court having developed a conflict which does not allow for the full preparation for the July 17, 2025 hearing, to avoid unnecessary repeat appearances by counsel, and good cause appearing,

**IT IS ORDERED** that the hearings on Debtor's Motion for Summary Judgment, Dckt 89, and Plaintiff's Motion for Summary Judgment, RLE-1 Dckt 93, and the Status Conference, CAE-1, scheduled for July 17, 2025, at 10:30 a.m., and each of them, **are continued to July 31, 2025, at 10:30 a.m.** in Department E, United States Courthouse, 501 I Street, Sixth Floor, Sacramento, California.

Dated: July 16, 2025

By the Court

/s/ Ronald H. Sargis
Ronald H. Sargis, Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
### Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| | |
|---|---|
| **Debtor**(s) | **Attorney for the Debtor**(s) (if any) |
| | **Attorney for Defendant-Debtor(s)** |
| | Glen Keith Allen, Esq.<br>5423 Springlake Way<br>Baltimore, MD 21212 |
| | Andrew Allen<br>83 Beach Road<br>Belvedere, CA 94920 |
| **Bankruptcy Trustee** (if appointed in the case) | Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| **Attorney(s) for the Trustee** (if any) | **Attorney for Plaintiff(s)** |
| | Robert L. Eisenbach, Esq.<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111 |