# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

**Case Title:** Nathan Benjamin Damigo
**Adversary Title:** Sines et al v. Damigo

**Case No.:** 19-90003 - E - 7
**Adv No.:** 19-09006
**Docket Control No.** CAE-1
**Date:** 07/31/2025
**Time:** 10:30 AM

**Matter:** Continued Status Conference Re: Amended Complaint - [82] - Amended Complaint filed by Plaintiff Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (lbef)

**Judge: Ronald H. Sargis**
**Courtroom Deputy: Kamee Thao**
**Reporter: Electronic Record**
**Department: E**

**APPEARANCES for:**
**Movant(s):**
(by phone) Plaintiff's Attorney - Robert L. Eisenbach III; (by phone) Plaintiff's Attorney - Caitlin B. Munley; (by phone) Interested Party - Amanda Liverzani; (by phone) Interested Party - David Mills; (by phone) Interested Party - George Papademetriou
**Respondent(s):**
(by phone) Defendant's Attorney - Glen Keith Allen

## CIVIL MINUTES

STATUS CONFERENCE NOW TO BE HELD ON 8/21/2025 at 10:30 AM at Sacramento Courtroom 33, Department E

Findings of fact and conclusions of law stated orally on the record

**The court will issue an order.**

Plaintiff's Atty:   Robert L. Eisenbach; Caitlin B. Munley
Defendant's Atty:   Glen Keith Allen; Andrew Allen

Adv. Filed:   1/30/19
Answer:  3/13/25

Amd Cmplt Filed: 4/3/25
Answer: 4/22/25

Nature of Action:

Dischargeability - willful and malicious injury

Notes:
Continued from 7/17/25 by order of the court filed 7/16/25 [Dckt 130].  To be conducted in conjunction with other matters on the calendar.

> **The Status Conference is continued to 10:30 a.m. on August 21, 2025 (Specially Set Day and Time),** to be conducted in conjunction with the hearings on the Cross Motions for Summary Judgment.