# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

---

**Case Title:** Nathan Benjamin Damigo     **Case No.:** 19-90003 - E - 7
**Adversary Title:** Sines et al v. Damigo     **Adv No.:** 19-09006
                                     **Docket Control No.**
                                     **Date:** 08/21/2025
                                     **Time:** 10:30 AM

**Matter:** [89] - Motion/Application For Summary Judgment Filed by Defendant Nathan Benjamin Damigo (smis)

**Judge: Ronald H. Sargis**
**Courtroom Deputy: Kamee Thao**
**Reporter: Electronic Record**
**Department: E**

---

**APPEARANCES for:**
**Movant(s):**
(by phone) Defendant's Attorney - Glen Keith Allen
**Respondent(s):**
(by phone) Plaintiff's Attorney - Robert L. Eisenbach III; (by phone) Plaintiff's Attorney - Caitlin B. Munley; (by phone) Interested Party - Amanda Lindner; (by phone) Interested Party - George Papademetriou

---

### CIVIL MINUTES

Motion Denied

Findings of fact and conclusions of law stated orally on the record

    **Chambers to prepare Order**

---

    **The Motion for Summary Judgment filed by Defendant-Debtor Nathan Benjamin Damigo is denied.**

    **The Cross Motion for Summary Judgment is granted in favor of Plaintiffs in this Adversary Proceeding, Elizabeth Sines, Seth Wispelwey, Soronya Hudson (as successor to Marissa Blair), April Muñiz, Marcus Martin, Natalie Romero, Devin Willis, Chelsea Alvarado, and Thomas Baker.**

The Court's Findings of Fact and Conclusions of Law are stated in the Joint Memorandum Opinion and Decision filed by the court for the two Motions.