# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

**Case Title:** Nathan Benjamin Damigo
**Adversary Title:** Sines et al v. Damigo

**Case No.:** 19-90003 - E - 7
**Adv No.:** 19-09006
**Docket Control No.** CAE-1
**Date:** 08/21/2025
**Time:** 10:30 AM

**Matter:** Continued Status Conference Re: Amended Complaint - [82] - Amended Complaint filed by Plaintiff Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (lbef)

**Judge:** Ronald H. Sargis
**Courtroom Deputy:** Kamee Thao
**Reporter:** Electronic Record
**Department:** E

**APPEARANCES for:**
**Movant(s):**
(by phone) Plaintiff's Attorney - Robert L. Eisenbach III; (by phone) Plaintiff's Attorney - Caitlin B. Munley
**Respondent(s):**
(by phone) Defendant's Attorney - Glen Keith Allen; (by phone) Interested Party - Amanda Lindner; (by phone) Interested Party - George Papademetriou

## CIVIL MINUTES

STATUS CONFERENCE NOW TO BE HELD ON 10/29/2025 at 1:30 PM at Sacramento Courtroom 35, Department C

Findings of fact and conclusions of law stated orally on the record

**The court will issue an order.**

Plaintiff's Atty:   Robert L. Eisenbach; Caitlin B. Munley
Defendant's Atty:   Glen Keith Allen; Andrew Allen

Adv. Filed:   1/30/19
Answer:  3/13/25
Amd Cmplt Filed: 4/3/25
Answer: 4/22/25

Nature of Action:
Dischargeability - willful and malicious injury

Notes:
Continued from 7/31/25 to be heard in conjunction with the hearings on the Cross Motions for Summary Judgment.

> **The Status Conference is continued to 1:30 p.m. on October 29, 2025, to be conducted by the Hon. Christopher M. Klein, the bankruptcy judge to whom this Adversary Proceeding and the related Bankruptcy Case are being transferred, in Courtroom 35 of this Court, 501 I Street, Sixth Floor, Sacramento, California.**

### AUGUST 21, 2025 STATUS CONFERENCE

The Adversary Proceeding Status Conference was conducted on August 21, 2025, in conjunction with the cross Motions for Summary Judgment filed by Defendant-Debtor Nathan Benjamin Damigo and Plaintiffs Elizabeth Sines, Seth Wispelwey, Soronya Hudson (as successor to Marissa Blair), April Muñiz, Marcus Martin, Natalie Romero, Devin Willis, Chelsea Alvarado, and Thomas Baker.  The court granted Plaintiffs' Motion for Summary Judgment and denied Defendant-Debtor's Motion for Summary Judgment, fully resolving all claims and defenses in this Adversary Proceeding.

The court has entered Judgment that the Amended Charlottesville Judgment and the monetary obligation owing in the amount of $3,096,254.32, plus additional post judgment-interest and costs, costs, fees and expenses allowable thereunder, against Defendant-Debtor Mr. Damigo is nondischargeable as provided in 11 U.S.C. § 523(a)(6).

The Judgment having been entered and there being possible post-judgment motions or appeals to be filed, the court continues the Status Conference a sufficient time for these to be filed and the situation stabilized.

The Status Conference is continued to 1:30 p.m.  on October 29 2025, to be conducted by the Hon. Christopher M. Klein, the bankruptcy judge to whom this Adversary Proceeding and the related Bankruptcy Case are being transferred, in Courtroom 35 of this Court, 501 I Street, Sixth Floor, Sacramento, California.