# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NATHAN BENJAMIN DAMIGO,<br><br>    Debtor. | Case No. 19-90003 |
| ELIZABETH SINES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NATHAN BENJAMIN DAMIGO,<br><br>    Defendant. | Adv. Proc. No. 19-9006<br>Docket Control No. RLE-1 |

**JUDGMENT**
**DETERMINING THAT THE OBLIGATIONS OF DEBTOR-DEFENDANT**
**NATHAN BENJAMIN DAMIGO ARISING UNDER THE**
**AMENDED CHARLOTTESVILLE JUDGMENT ARE NONDISCHARGEABLE**

The court having granted the Motion for Summary Judgment filed by Plaintiffs in this Adversary Proceeding, Elizabeth Sines, Seth Wispelwey, Soronya Hudson (as successor to Marissa Blair), April Muñiz, Marcus Martin, Natalie Romero, Devin Willis, Chelsea Alvarado, and Thomas Baker for all claims in the Amended Complaint and to Count I and denied it as to Count II (Order; Dckt. 146), the court having denied Defendant-Debtor's Motion for Summary Judgment as to Count I and granted it as to Count II (Order; Dckt. 145), all claims and defenses arising under the Amended Complaint and the Answer having been addressed, and good cause appearing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Judgment is entered for Plaintiffs in this Adversary Proceeding, Elizabeth Sines, Seth Wispelwey, Soronya Hudson (as successor to

Marissa Blair), April Muñiz, Marcus Martin, Natalie Romero, Devin Willis, Chelsea Alvarado, and Thomas Baker, and against Defendant-Debtor Nathan Benjamin Damigo, on Count I of the Amended Complaint (Dckt. 82) that the Amended Judgment (the "Amended Charlottesville Judgment") and the monetary obligations owing by Defendant-Debtor thereunder, obtained by Plaintiffs against Defendant-Debtor in *Elizabeth Sines et al. V. Jason Kessler*, et al., Civil Action No. 3:17-cv-00072-NKM, the United States District Court for the Western District of Virginia, plus additional post-judgment interest, costs, and expenses allowable thereunder, are nondischargeable pursuant to 11 U.S.C. § 523(a)(6), and the Charlottesville Amended Judgment and may be enforced, including any additional amount accruing thereto, through a district court or state court proceeding or as otherwise permitted under applicable federal or state law to be added to the judgment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is granted for Defendant-Debtor and against Plaintiffs for the Count II of the Amended Complaint, denying Plaintiffs relief pursuant to 11 U.S.C. § 727(b).

Attorney's fees, costs, and expenses if any, shall be requested post-judgment as provided in the Federal Rules of Bankruptcy Procedure, which incorporate provisions of the Federal Rules of Civil Procedure therein.

**Dated:** August 29, 2025

By the Court

/s/ Ronald H. Sargis
Ronald H. Sargis, Judge
United States Bankruptcy Court

Filed 08/29/25     Case 19-09006     Doc 150

# Instructions to Clerk of Court
### Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| Debtor(s) / Defendant-Debtor(s) | Attorney(s) for the Debtor(s) / Defendant-Debtor(s) (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| **Attorney(s) for the Trustee** (if any) | Robert L. Eisenbach, Esq.<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111 |
| Caitlin B. Munley, Esq.<br>1299 Pennsylvania Avenue, NW, Ste. 700<br>Washington DC 20004 | |