# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NATHAN BENJAMIN DAMIGO,<br><br>            Debtor. | Case No. 19-90003 |
| ELIZABETH SINES, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>NATHAN BENJAMIN DAMIGO,<br><br>            Defendant. | Adv. Proc. No. 19-9006<br>Docket Control No. CAE-1<br><br>DATE: October 29, 2025<br>TIME: 1:30 p.m.<br>Courtroom: 35 |

**ORDER CONTINUING ADVERSARY PROCEEDING STATUS CONFERENCE**

The Adversary Proceeding Status Conference was conducted on August 21, 2025, in conjunction with the cross Motions for Summary Judgment filed by Defendant-Debtor Nathan Benjamin Damigo and Plaintiffs Elizabeth Sines, Seth Wispelwey, Soronya Hudson (as successor to Marissa Blair), April Muñiz, Marcus Martin, Natalie Romero, Devin Willis, Chelsea Alvarado, and Thomas Baker. The court granted Plaintiffs' Motion for Summary Judgment and denied Defendant-Debtor's Motion for Summary Judgment, fully resolving all claims and defenses in this Adversary Proceeding. The court has entered Judgment that the Amended Charlottesville Judgment and the monetary obligation owing in the amount of $3,096,254.32, plus additional post judgment-interest and costs, costs, fees and expenses allowable thereunder, against Defendant-Debtor Mr. Damigo is nondischargeable as provided in 11 U.S.C. § 523(a)(6).

The Judgment having been entered and possible post-judgment motions or appeals potentially to be filed, and good cause appearing;

**IT IS ORDERED** that the Status Conference is continued to **1:30 p.m. on October 29, 2025**, to be conducted by **the Hon. Christopher M. Klein**, the bankruptcy judge to whom this Adversary Proceeding and the related Bankruptcy Case are being transferred, **in Courtroom 35 of this Court**, 501 I Street, Sixth Floor, Sacramento, California.

Dated: August 29, 2025

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
## Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| Debtor(s) / Defendant-Debtor(s) | Attorney(s) for the Debtor(s) / Defendant-Debtor(s) (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| **Attorney(s) for the Trustee** (if any) | Robert L. Eisenbach, Esq.<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111 |
| Caitlin B. Munley, Esq.<br>1299 Pennsylvania Avenue, NW, Ste. 700<br>Washington DC 20004 | |