Glen K. Allen, admitted pro hac vice
5423 Springlake Way
Baltimore, MD 21212
Tel: 410-802-6453
glenallenlaw@protonmail.com

Attorney for Debtor and Defendant
Nathan Damigo

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br>**NATHAN BENJAMIN DAMIGO**,<br><br>Debtor<br><br>Chapter Number: 7<br><br>---<br>**ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, JOHN DOE, AND CHELSEA ALVARADO**<br><br>Plaintiffs<br><br>v.<br><br>**NATHAN BENJAMIN DAMIGO**<br><br>Defendant | **Case No. 19-90003-E-7**<br>**Hon. Judge Christopher Klein**<br><br>**DEBTOR NATHAN DAMIGO'S STATEMENT OF ISSUES, DESIGNATION OF RECORD, AND STATEMENT REGARDING TRANSCRIPT**<br><br>**Adv. Pro. No. 19-09006-E**<br><br>Hearing Date: October 29, 2025<br>Hearing Time: 10:00 a.m. |

DEBTOR'S STATEMENT OF ISSUES, DESGNATION OF RECORD, STATEMENT RE TRANSCRIPT

In accordance with Federal Rule of Bankruptcy Procedure 8009, Debtor and Appellant Nathan Damigo provides the following Statement of Issues, Designation of items to be included in the record on appeal, and statement regarding the ordering of a transcript.

**STATEMENT OF ISSUES**

1) Whether the bankruptcy court erred in holding, based on collateral estoppel principles and the jury verdict, jury instructions, and amended judgment in the *Sines, et al. v. Kessler, et al.,* Case No. 3:17-cv-00072-NKM (Western District of Virginia) case that the compensatory and nominal damages awarded against Mr. Damigo in that case are nondischargeable under 11 U.S.C. § 523(a)(6).

2) Whether the bankruptcy court erred in holding, based on collateral estoppel principles and the jury verdict, jury instructions, and amended judgment in the *Sines, et al. v. Kessler, et al.,* Case No. 3:17-cv-00072-NKM (Western District of Virginia) case that the punitive damages awarded against Mr. Damigo in that case are nondischargeableunder 11 U.S.C. § 523(a)(6).

3) Whether the bankruptcy court erred in holding, based on collateral estoppel principles and the jury verdict, jury instructions, and amended judgment in the *Sines, et al. v. Kessler, et al.,* Case No. 3:17-cv-00072-NKM (Western District of Virginia) case that Reimbursable Expenses awarded against Mr. Damigo in that case are nondischargeable under 11 U.S.C. § 523(a)(6).

# DESIGNATION OF ITEMS FOR INCLUSION IN RECORD ON APPEAL

**A.** From Chapter 7 Bankruptcy Petition # 19-90003, *In re Nathan B. Damigo:*

1. List of all docket entries

2. Docket Entry ("DE") No. 1, Damigo Chapter 7 Voluntary Petition, dated 1/02/2019

3. DE No. 20, Amended Schedule of Assets, dated 02/11/2019

4. DE No. 21, Notice of Report of No Distribution, dated 02/15/2019

**B.** From Adversary Proceeding 19-09006, *Sines et al. v. Damigo:*

1. List of all docket entries

2. DE No. 1, Initial Complaint

3. DE 76, Answer to Initial Complaint, dated 03/13/2025

4. DE 82, Amended Complaint, dated 04/03/2025

5. DE 87, Answer to Amended Complaint, dated 04/22/2025

6. DE 89, Motion for Summary Judgment by Nathan Damigo, dated 05/08/2025

7. DE 91, Memorandum in Support of Damigo Motion for Summary Judgment, dated 05/08/2025

8. DE 93, Motion for Summary Judgment by Plaintiffs, dated 05/08/2025

9. DE 95, Declaration by Mr. Eisenbach in support of Joint Statement of Undisputed Facts, dated 05/08/2025

10. DE 97, Memorandum in Support of Plaintiffs' Motion for Summary Judgment, dated 05/08/2025

11. DE 98, Joint Exhibits 1-5 in support of Joint Statement of Undisputed Facts, dated 05/08/2025

12. DE 100, Joint Exhibits 6-17 in support of Joint Statement of Undisputed Facts, dated 05/08/2025

13. DE 101, Joint Stipulation of Undisputed Facts, dated 05/08/2025

14. DE 107, Damigo's Opposition to Plaintiffs' Motion for Summary Judgment, dated 6/11/2025

15. DE 108, Plaintiffs' Opposition to Damigo's Motion for Summary Judgment, dated 6/11/2025

16. DE 110, Plaintiffs' Reply Memorandum in Support of Motion for Summary Judgment, dated 6/18/2025

17. DE 112, Damigo's Reply in Support of Motion for Summary Judgment, dated 6/18/2025

18. DE 144, Court's Memorandum Opinion regarding cross motions for summary judgment, dated 8/29/2025

19. DE 145, judgment / Order Granting in Part, denying in part each party's motion for summary judgment

20. DE 150, Judgment Against Nathan Damigo, dated 8/29/205

21. DE 158, Damigo Notice of Appeal, dated 09/10/2025

22. DE 164, Damigo Motion to Stay Judgment Pending Appeal, dated 09/12/2025.

DEBTOR'S NOTICE OF HEARING FOR HIS MOTION FOR A STAY OF JUDGMENT

## STATEMENT REGARDING TRANSCRIPT ORDER

Mr. Damigo states and certifies that he has not ordered any transcripts and does not intend to do so.

Dated: September 24, 2025

                                                            Respectfully submitted,

                                                         _____/s/_____

                                                         Glen K. Allen, Esq.
                                                         5423 Springlake Way
                                                         Baltimore, MD 21212
                                                         Attorney for Nathan Damigo, Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2025 true and accurate copies of the foregoing were served via ECF procedures of this Court to all counsel of record.

                                                 _____ /s/ _____

                                                         Glen K. Allen, Esq.
                                                         5423 Springlake Way
                                                         Baltimore, MD 21212
                                                         Attorney for Nathan Damigo, Debtor

DEBTOR'S NOTICE OF HEARING FOR HIS MOTION FOR A STAY OF JUDGMENT