**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Nathan Benjamin Damigo
**Adversary Title:** Sines et al v. Damigo

**Case No.:** 19-90003 - C - 7
**Adv No.:** 19-09006

**Docket Control No.** CAE-1
**Date:** 10/29/2025
**Time:** 1:30 PM

**Matter:** Continued Status Conference Re: Amended Complaint - [82] - Amended Complaint filed by Plaintiff Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (lbef)

**Judge:** Christopher M. Klein
**Courtroom Deputy:** Lindsey Peratis
**Reporter:** Electronic Record
**Department:** C

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Plaintiff's Attorney - Robert L. Eisenbach III; (by zoom) Plaintiff's Attorney - Caitlin B. Munley
**Respondent(s):**
(by phone) Defendant's Attorney - Glen Keith Allen

---

**CIVIL MINUTES**

Status conference held/concluded.